**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Mini Mania Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **Seven Mini Parts** <br> **DBA  Sprintboostersales.com** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **71-0921103** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **870 Gold Flat Rd Ste A** <br> **Nevada City, CA 95959-3200** <br> Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Nevada** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **minimania.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Mini Mania Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_4413_

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | **Mini Mania Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | Case number, if known | |
| | When | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

█ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

| Debtor | **Mini Mania Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000　　　　☐ $10,000,001 - $50 million　　　　☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　　　☐ $50,000,001 - $100 million　　　　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　　　☐ $100,000,001 - $500 million　　　　☐ More than $50 billion

| Debtor | Mini Mania Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6 / 3 / 2024
MM / DD / YYYY

X  *Jonathan Harvey, President*
Signature of authorized representative of debtor

**Jonathan Harvey**
Printed name

Title    **President**

**18. Signature of attorney**

X   /s/ Steven R. Fox
Signature of attorney for debtor

Date
MM / DD / YYYY

**Steven R. Fox**
Printed name

**The Fox Law Corporation Inc.**
Firm name

**17835 Ventura Blvd #306**
**Encino, CA 91316**
Number, Street, City, State & ZIP Code

Contact phone    **818 774-3545**        Email address    **SRFox@foxlaw.com**

**138808 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Mini Mania Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | **$200.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America - value as of May 27, 2024** | **Checking** | **7855** | **$22,378.83** |
| 3.2. | **Bank of America - value as of May 27, 2024** | **Payroll** | **7751** | **$6,099.29** |
| 3.3. | **Bank of America - value as of May 27, 2024** | **Savings** | **7873** | **$4.98** |
| 3.4. | **Bank of America - value as of May 27, 2024** | **Savings - Sinking Fund** | **1149** | **$292.41** |
| 3.5. | **Bank of America - value as of May 27, 2024, account in Seven Mini Parts (relationship?) name** | **Unknw** | **9100** | **$1,330.81** |
| 3.6. | **BMO Harris Bank** | | **2454** | **$250.50** |

Debtor    **Mini Mania Inc.**
          Name                                              Case number *(If known)* _____

4.        **Other cash equivalents** *(Identify all)*

5.        **Total of Part 1.**                                                        | $30,556.82 |
          Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:  Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.        **Deposits, including security deposits and utility deposits**
          Description, including name of holder of deposit

          7.1.   **Deposit with Mini-tec for a single customer project.**                    $6,153.00

8.        **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
          Description, including name of holder of prepayment

9.        **Total of Part 2.**                                                        | $6,153.00 |
          Add lines 7 through 8. Copy the total to line 81.

**Part 3:  Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11.       **Accounts receivable**

          11a. 90 days old or less:        7,300.40        -        0.00        = ....        $7,300.40
                                       face amount                doubtful or uncollectible accounts

          11b. Over 90 days old:           7,110.23        -        7,110.23        = ....        $0.00
                                       face amount                doubtful or uncollectible accounts

12.       **Total of Part 3.**                                                        | $7,300.40 |
          Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:  Investments**

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:  Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    **Mini Mania Inc.**                                                    Case number *(If known)* _____
          Name

| 19. | **Raw materials** | | | | |
|---|---|---|---|---|---|
| 20. | **Work in progress** **Automobile engines in remanufacturing process.** | **Yearly cycle counts** | **$42,391.67** | **Mgmt Opinion** | **$86,603.37** |
| 21. | **Finished goods, including goods held for resale** **Repaired and remanufactured automobile engines. Value is moving average over the usual course of business.** | **Yearly cycle counts** | **$313,919.67** | **Mgmt Opinion** | **$858,288.60** |
| 22. | **Other inventory or supplies** **Engine build supplies (e.g. paint, nuts, bolts, washers, gaskets, covid safety supplies). Current value is approximate.** | **Ongoing** | **$1,500.00** | **Mgmt Opinion** | **$4,495.00** |

23. **Total of Part 5.**                                                          | **$949,386.97** |

   Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

| Debtor | **Mini Mania Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| | Desks, tables, furniture, file cabinets, bookcases etc. | $146,180.92 | Mgmt Opinion | $3,330.00 |
| 40. | **Office fixtures** Warehouse shelving, packing tables, pallet racks. | $73,676.66 | Mgmt Opinion | $4,385.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Desktop computers, laptops, and printers | $63,414.27 | Mgmt Opinion | $4,730.00 |
| | Network services, routers, switches, battery backups | $70,031.57 | Mgmt Opinion | $4,200.00 |
| | Accounting software. The Debtor uses a unique accounting software system to manage and track its accounts. | $32,827.00 | Mgmt Opinion | $0.00 |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | |
|---|---|---|---|

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $16,645.00 |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2007 Mini Cooper "S" Hatchback.** Registered owners are the Debtor and Jonathan Harvey | $27,897.46 | KBB | $5,255.00 |
| 47.2. **2018 Mini Cooper "S" Clubman.** Registered owners are the Debtor and Jonathan Harvey | $46,390.96 | KBB | $21,055.00 |

| Debtor | **Mini Mania Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 47.3. | **1968 Morris Mini Cooper "S" Police Car** | $40,000.00 | **Balance Sheet** | $65,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Engine parts washer** | $3,511.00 | **Mgmt Opinion** | Unknown |
| **Generac 14kW Generator** | $9,785.00 | **Mgmt Opinion** | Unknown |
| **Big Joe Power Pallet Jack** | $5,000.00 | **Mgmt Opinion** | Unknown |
| **Toyota Forklift** | $16,204.00 | **Mgmt Opinion** | $23,950.00 |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| |
|---|
| **$115,260.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **870 Gold Flat Rd Nevada City, CA 95959-3200** | **Lease Agreement** | $0.00 | **Mgmt Opinion** | $0.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| |
|---|
| **$0.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

Debtor   **Mini Mania Inc.**                          Case number *(If known)* _____
         <sub>Name</sub>

■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** **www.minimania.com** **www.7ent.com** **www.sprintboostersales.com** **www.morrismania.com** **www.spridgetmania.com** | **$0.00** | **Mgmt Opinion** | **$0.00** |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** **Debtor collects customer name, address, city, state, zip code, email address, telephone number, and encrypted payment information. The Debtor has a privacy policy.** | **$0.00** | | **$0.00** |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** **Personal Goodwill of Donald F. Racine.** | **$0.00** | | **$0.00** |

66.   **Total of Part 10.**                                                              **$0.00**

      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor   **Mini Mania Inc.**                              Case number *(If known)* _____
         Name

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

| 71. | **Notes receivable**<br>Description (include name of obligor) | | |
|---|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Employee Retention Tax Credit (ERTC)- $252,856.31.**<br>**Value is uncertain.** | Tax year **2021** | $1.00 |

| 73. | **Interests in insurance policies or annuities** |
|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
|---|---|---|
| | **Workers compensation refund 2023 premium audit.** | $7,327.00 |
| | **Funds withdrawn by PayPal from the Debtor's PayPal Account. PayPal is holding $22,491.37 based on a lien claim filed by FirstLine Advance, an MCA. Debtor understands PayPal holds the funds.** | $22,491.37 |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $29,819.37 |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor    **Mini Mania Inc.**_____        Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $30,556.82 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,153.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $7,300.40 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $949,386.97 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $16,645.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $115,260.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $29,819.37 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,155,121.56 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,155,121.56 |

Schedule A/B
Inventory List

| Location | Description | Quantity | Value | Extnd Value |
|---|---|---|---|---|
| **Office Inventory** | | | | |
| Office 1 | Desk  - U Shape Workstation 31 1/2 x 180 / 24 x  50 | 1 | 35.00 | 35.00 |
| Office 1 | Bookcase - Metal 36 x 29 x 12 | 1 | 15.00 | 15.00 |
| Office 1 | File Cabinet - Metal 2 Drawer | 2 | 15.00 | 30.00 |
| Office 1 | Chair | 2 | 10.00 | 20.00 |
| Office 2 | Desk - L Shape Workstation 31 1/2 x 183 | 1 | 35.00 | 35.00 |
| Office 2 | Bookcase - Wood 59 x 59 x 16 | 1 | 15.00 | 15.00 |
| Office 2 | Bookcase - Wood 73 x 17 x 16 | 1 | 15.00 | 15.00 |
| Office 2 | File Cabinet - Metal 2 Drawer | 1 | 15.00 | 15.00 |
| Office 2 | File Cabinet - Wood 2 Drawer | 1 | 15.00 | 15.00 |
| Office 2 | Chair | 2 | 10.00 | 20.00 |
| Office 3 | Desk - L Shape Workstation 31 1/2 x 183 | 1 | 35.00 | 35.00 |
| Office 3 | Bookcase - Wood 17 x 16 x 73 | 1 | 15.00 | 15.00 |
| Office 3 | Bookcase - Wood 32 x 11 x 80 | 1 | 15.00 | 15.00 |
| Office 3 | File Cabinet - Metal 2 Drawer | 2 | 15.00 | 30.00 |
| Office 3 | File Cabinet - Wood 2 Drawer | 1 | 15.00 | 15.00 |
| Office 3 | Chair | 2 | 10.00 | 20.00 |
| Office 4 | Desk - L Shape Workstation 31 1/2 x 183 | 1 | 35.00 | 35.00 |
| Office 4 | Bookcase -  Wood 32 x 11 x 80 | 2 | 15.00 | 30.00 |
| Office 4 | File Cabinet - Metal 2 Drawer | 1 | 15.00 | 15.00 |
| Office 4 | File Cabinet - Wood 2 Drawer | 2 | 15.00 | 30.00 |
| Office 4 | Chair | 2 | 10.00 | 20.00 |
| Office 5 | Desk - L Shape Workstation 31 1/2 x 183 | 1 | 35.00 | 35.00 |
| Office 5 | Bookcase - Wood  32 x 11 x 42 | 1 | 15.00 | 15.00 |
| Office 5 | File Cabinet - Metal 2 Drawer | 1 | 15.00 | 15.00 |
| Office 5 | File Cabinet - Wood 2 Drawer | 1 | 15.00 | 15.00 |
| Office 6 | Desk - L Shape Workstation 31 1/2 x 183 | 1 | 35.00 | 35.00 |
| Office 6 | Bookcase - Wood 33 x 13 x 80 | 1 | 15.00 | 15.00 |
| Office 6 | File Cabinet - Metal 2 Drawer | 2 | 15.00 | 30.00 |
| Office 6 | File Cabinet - Wood Lateral 33 x 24 x 30 | 2 | 15.00 | 30.00 |
| Office 6 | Chair | 1 | 10.00 | 10.00 |
| Marketing Office | Desk - U Shape Workstation 38 x 170 / 2 x 115 | 1 | 35.00 | 35.00 |

Schedule A/B
Inventory List

| Location | Description | Quantity | Value | Extnd Value |
|----------|-------------|----------|-------|-------------|
| Marketing Office | Bookcase - Metal  42 x 13 x 36 | 1 | 15.00 | 15.00 |
| Marketing Office | File Cabinet - Metal 2 Drawer | 3 | 15.00 | 45.00 |
| Marketing Office | Chair | 1 | 10.00 | 10.00 |
| Office 7 | Desk - L Shape Workstation 115 x 38 x 122 | 1 | 35.00 | 35.00 |
| Office 7 | File Cabinet - Metal 2 Drawer | 1 | 15.00 | 15.00 |
| Office 7 | File Cabinet - Metal Lateral 42 x 18 X 29 | 1 | 15.00 | 15.00 |
| Office 7 | Bookcase - Wood 59 x 10 x 59 | 1 | 15.00 | 15.00 |
| Common Area | Desk - Workstation 31 1/2 x 203 | 1 | 35.00 | 35.00 |
| Common Area | Bookcase - Metal 36 x 13 x 64 | 1 | 15.00 | 15.00 |
| Common Area | File Cabinet - Metal 5 Drawer 42 x 19 x 67 | 1 | 15.00 | 15.00 |
| Common Area | Photo Light System / 3 Lights and Paper Hanger | 1 | 100.00 | 100.00 |
| Common Area | Folding Chair - Cloth seat | 12 | 10.00 | 120.00 |
| Common Area | File Cabinet - 6 drawer Map size 33 x 17 x 47 | 1 | 15.00 | 15.00 |
| Common Area | Bookcase - Metal 37 x 13 x 87 | 2 | 15.00 | 30.00 |
| Common Area | Generator - EG 10,000 Echo Gas Generator 8.5K | 1 | 250.00 | 250.00 |
| Common Area | Generator - 7,000 Watt Preditor | 1 | 250.00 | 250.00 |
| IT Office | Desk - L Shape Workstation 115 x 38 x 122 | 1 | 35.00 | 35.00 |
| IT Office | Desk - 42 x 30 | 2 | 35.00 | 70.00 |
| IT Office | File Cabinet - Wood 2 drawer | 1 | 15.00 | 15.00 |
| IT Office | File Cabinet - Cabinet  4 drawer | 1 | 15.00 | 15.00 |
| IT Office | Chair | 1 | 10.00 | 10.00 |
| Presidents Office | Desk - Wood 71 x 42 | 1 | 35.00 | 35.00 |
| Presidents Office | Credenza 71 x 22 x 24 | 1 | 35.00 | 35.00 |
| Presidents Office | File Cabinet - Wood 2 drawer | 1 | 15.00 | 15.00 |
| Presidents Office | File Cabinet - Wood Lateral 35 X 22 X 30 | 1 | 15.00 | 15.00 |
| Presidents Office | Bookcase - Wood 33 x 16 x 56 | 2 | 15.00 | 30.00 |
| Presidents Office | End Table Glass Top 21 x 24 | 1 | 10.00 | 10.00 |
| Presidents Office | Chair | 3 | 10.00 | 30.00 |
| Conference Room | Conference Table  with 9 chairs 86 x 40 | 1 | 35.00 | 35.00 |
| Conference Room | Chair | 2 | 10.00 | 20.00 |
| Conference Room | Chair - Leather | 2 | 10.00 | 20.00 |
| Kitchen Upstairs | Refrigerator - LG Stainless 31 x 30 x 66 | 1 | 300.00 | 300.00 |
| Kitchen Upstairs | Coffee Maker - Kureig | 1 | 15.00 | 15.00 |

Schedule A/B
Inventory List

| Location | Description | Quantity | Value | Extnd Value |
|---|---|---|---|---|
| Kitchen Upstairs | Toaster Oven - Cuisenart | 1 | 15.00 | 15.00 |
| Kitchen Upstairs | Microwave - Sharp | 1 | 20.00 | 20.00 |
| Kitchen Downstairs | Refrigerator - Kenmore 30 x 33 x 67 | 1 | 100.00 | 100.00 |
| Kitchen Downstairs | Coffee Maker - Kureig | 1 | 15.00 | 15.00 |
| Kitchen Downstairs | Toaster Oven - Cuisenart | 1 | 15.00 | 15.00 |
| Kitchen Downstairs | Microwave - Panasonic | 1 | 20.00 | 20.00 |
| Kitchen Downstairs | Desk - 42 x 30 | 1 | 35.00 | 35.00 |
| Kitchen Downstairs | Table - 36 x 72 | 1 | 35.00 | 35.00 |
| Sales Office 1 | Desk - L Shape Workstation 79 x 79 x 32 | 1 | 35.00 | 35.00 |
| Sales Office 1 | File Cabinet - Metal 4 Drawer | 1 | 15.00 | 15.00 |
| Sales Office 1 | File Cabinet - Wood 2 Drawer | 2 | 15.00 | 30.00 |
| Sales Office 1 | Stand up Desk Extention | 1 | 10.00 | 10.00 |
| Sales Office 1 | Chair | 1 | 10.00 | 10.00 |
| Sales Office 2 | Desk - L Shape Workstation 63 x 79 x 32 | 1 | 35.00 | 35.00 |
| Sales Office 2 | Chair | 1 | 10.00 | 10.00 |
| Common Area Showroom | Bookshelf Woosd 31 x 10 x 29 | 1 | 15.00 | 15.00 |
| Common Area Showroom | Display Cabinet Glass 60 x 20 x 38 | 1 | 15.00 | 15.00 |
| Common Area Showroom | Display Cabinet Glass 72 x 18 x 38 | 1 | 15.00 | 15.00 |
| Receptionist Area | Desk - 30 x 30 | 2 | 35.00 | 70.00 |
| Receptionist Area | Desk Extension with file cabinet 31 x 24 | 2 | 15.00 | 30.00 |
| Receptionist Area | File Cabinet 2 Drawer  36 x 22 | 1 | 15.00 | 15.00 |
| Receptionist Area | File Cabinet Metal 2 Drawer | 1 | 15.00 | 15.00 |
| Receptionist Area | Reception Partition 156 x 12 | 1 | 15.00 | 15.00 |
| Receptionist Area | Chair | 1 | 10.00 | 10.00 |
| Warehouse | Desk - L Shape Workstation 115 x 38 x 122 | 1 | 35.00 | 35.00 |
| Warehouse | Desk - 42 x 30 | 4 | 30.00 | 120.00 |
| By Kitchen Downstairs | File Cabinet - 2 Drawer | 1 | 15.00 | 15.00 |
| By Kitchen Downstairs | Bookshelf - Metal 30 x 12 x 43 | 1 | 15.00 | 15.00 |
| Warehouse Manager | Desk - Wood 60 x 30 | 1 | 35.00 | 35.00 |
| Warehouse Manager | File Cabinet  - Wood 2 Drawer | 1 | 15.00 | 15.00 |
| Warehouse Manager | Chair | 2 | 10.00 | 20.00 |
| Extra Desk | Desk - Wood 72 x 36 | 1 | 35.00 | 35.00 |
| Mechanic | Desk - Metal 60 X 30 | 1 | 35.00 | 35.00 |

Schedule A/B
Inventory List

| Location | Description | Quantity | Value | Extnd Value |
|---|---|---|---|---|
| Mechanic | Chair | 1 | 10.00 | 10.00 |
| **Computer Inventory** | | | | |
| Office 1 | Computer All in one HP | 1 | 100.00 | 100.00 |
| Office 1 | Monitor | 2 | 15.00 | 30.00 |
| Office 1 | UPS Battery Backup | 1 | 20.00 | 20.00 |
| Office 2 | Computer - All in on IMAC | 1 | 200.00 | 200.00 |
| Office 2 | Computer - Dell Optiplex 70/60 | 1 | 100.00 | 100.00 |
| Office 2 | Monitor | 1 | 15.00 | 15.00 |
| Office 2 | UPS Battery Backup | 1 | 20.00 | 20.00 |
| Office 3 | Computer - All in one HP | 1 | 100.00 | 100.00 |
| Office 3 | Monitor | 1 | 15.00 | 15.00 |
| Office 3 | UPS Battery Backup | 1 | 20.00 | 20.00 |
| Office 3 | Printer - HP Laser Jet | 1 | 20.00 | 20.00 |
| Office 4 | Computer - Dell Optiplex 50/70 | 1 | 100.00 | 100.00 |
| Office 4 | Monitor | 1 | 15.00 | 15.00 |
| Office 4 | UPS Battery Backup | 1 | 20.00 | 20.00 |
| Office 4 | Printer - HP Ink Jet | 1 | 20.00 | 20.00 |
| Office 5 | Computer - Dell Optiplex 70/40 | 1 | 100.00 | 100.00 |
| Office 5 | Monitor | 3 | 15.00 | 45.00 |
| Office 5 | UPS Battery Backup | 1 | 20.00 | 20.00 |
| Office 6 | Computer - Dell Optiplex XE2 | 1 | 100.00 | 100.00 |
| Office 6 | Monitor | 2 | 15.00 | 30.00 |
| Office 6 | UPS Battery Backup | 1 | 20.00 | 20.00 |
| Office 6 | Printer - HP Laser Jet | 1 | 20.00 | 20.00 |
| Marketing Office | Computer - Dell Optiplex 50/80 | 1 | 100.00 | 100.00 |
| Marketing Office | Monitor | 2 | 15.00 | 30.00 |
| Marketing Office | Vinyl Cutter 30" | 1 | 100.00 | 100.00 |
| Marketing Office | Monitor - Extra | 1 | 15.00 | 15.00 |
| Marketing Office | UPS Battery Backup | 1 | 20.00 | 20.00 |
| Office 7 | Computer - Laptop HP 87/60 | 1 | 50.00 | 50.00 |
| Office 7 | Monitor | 2 | 15.00 | 30.00 |
| Office 7 | UPS Battery Backup | 1 | 20.00 | 20.00 |

Schedule A/B
Inventory List

| Location | Description | Quantity | Value | Extnd Value |
|---|---|---|---|---|
| Office 7 | Docking Station | 1 | 15.00 | 15.00 |
| Common Area | Printer - HP Laser Jet | 1 | 20.00 | 20.00 |
| IT Office | Computer -  All in one  Linovo | 3 | 100.00 | 300.00 |
| IT Office | Computer -  All in one  HP | 1 | 100.00 | 100.00 |
| IT Office | Computer - All in one Dell | 1 | 100.00 | 100.00 |
| IT Office | Computer - Desktop | 4 | 100.00 | 400.00 |
| IT Office | Monitor | 8 | 15.00 | 120.00 |
| President's Office | Monitor - LG HD 54" | 2 | 15.00 | 30.00 |
| President's Office | UPS Battery Backup | 1 | 20.00 | 20.00 |
| President's Office | Printer - HP Laser Jet | 1 | 20.00 | 20.00 |
| Conference Room | Computer - Dell Optiplex XE2 | 1 | 100.00 | 100.00 |
| Conference Room | Monitor - Pioneer HD 60 " | 1 | 300.00 | 300.00 |
| Sales Office 1 | Computer - All in one Dell | 1 | 100.00 | 100.00 |
| Sales Office 1 | Monitor | 1 | 15.00 | 15.00 |
| Sales Office 1 | Printer - Laser Jet HP | 1 | 20.00 | 20.00 |
| Sales Office 2 | Computer - Dell Optiplex 30/30 | 1 | 100.00 | 100.00 |
| Sales Office 2 | Monitor | 2 | 15.00 | 30.00 |
| Common Area | Computer - All in one Lenovo | 1 | 100.00 | 100.00 |
| Receptionist | Computer - All in one HP | 1 | 100.00 | 100.00 |
| Receptionist | UPS Battery Backup | 1 | 20.00 | 20.00 |
| Picking | Computer - All in one Lenovo | 1 | 100.00 | 100.00 |
| Picking | Computer  - Dell PC | 1 | 100.00 | 100.00 |
| Picking | Monitor | 1 | 15.00 | 15.00 |
| Picking | UPS Battery Backup | 1 | 20.00 | 20.00 |
| Picking | Printer - Laser Jet HP | 1 | 20.00 | 20.00 |
| Picking | Printer - Zebra | 1 | 50.00 | 50.00 |
| Picking | Monitor | 1 | 15.00 | 15.00 |
| Picking | UPS Battery Backup | 1 | 20.00 | 20.00 |
| Shipping  Desk | Computer - Dell Opiplex XE3 | 2 | 100.00 | 200.00 |
| Shipping  Desk | Monitor | 4 | 15.00 | 60.00 |
| Shipping  Desk | UPS Battery Backup | 2 | 20.00 | 40.00 |
| Shipping  Desk | Printer - Laser Jet HP | 1 | 50.00 | 50.00 |
| Shipping  Desk | Printer - Zebra | 3 | 50.00 | 150.00 |

Schedule A/B
Inventory List

| Location | Description | Quantity | Value | Extnd Value |
|---|---|---|---|---|
| Warehouse Manager | Computer - Dell Optiplex XE2 | 1 | 100.00 | 100.00 |
| Warehouse Manager | Monitor | 2 | 15.00 | 30.00 |
| Warehouse Manager | UPS Battery Backup | 1 | 20.00 | 20.00 |
| Warehouse Manager | Printer - HP Laser Jet | 2 | 20.00 | 40.00 |
| Warehouse Manager | Printer - Zebra | 1 | 50.00 | 50.00 |
| Extra Desk | Monitor | 2 | 15.00 | 30.00 |
| Engine Shop | Computer - Dell | 1 | 100.00 | 100.00 |
| Engine Shop | Monitor | 1 | 15.00 | 15.00 |
| **Server Room Inventory** | | | | |
| Network Server Room | Dell PowerEdge R900 Server | 2 | 200.00 | 400.00 |
| Network Server Room | Dell PowerEdge R730 Server | 2 | 500.00 | 1000.00 |
| Network Server Room | Dell PowerEdge 2950 Server | 2 | 100.00 | 200.00 |
| Network Server Room | APC UPS Battery Backup | 2 | 200.00 | 400.00 |
| Network Server Room | Western Digital Network Attached Storage | 1 | 200.00 | 200.00 |
| Network Server Room | Synology Network Attached Storage | 1 | 500.00 | 500.00 |
| Network Server Room | HP ProCurve Smart Switch - 24 Port | 5 | 200.00 | 1000.00 |
| Network Server Room | TP Link Switch - 24 Port | 1 | 50.00 | 50.00 |
| Network Server Room | Varoius Network Patch Panels | 9 | 50.00 | 450.00 |
| **Warehouse Inventory** | | | | |
| Warehouse | 3x1 | 176 | 15.00 | 2640.00 |
| Warehouse | 3x2 | 61 | 15.00 | 915.00 |
| Warehouse | 4x2 | 6 | 15.00 | 90.00 |
| Warehouse | 6x2 | 2 | 20.00 | 40.00 |
| Warehouse | 8x2 | 2 | 20.00 | 40.00 |
| Warehouse | 6x4 Pallet Racks | 3 | 20.00 | 60.00 |
| Warehouse | 8x4 Pallet Racks | 4 | 25.00 | 100.00 |
| Warehouse | 9x4 Pallet Racks | 2 | 30.00 | 60.00 |
| Warehouse | 12x4 Pallet Racks | 6 | 40.00 | 240.00 |
| Warehouse | Temco Parts Washer | 1 | 50.00 | 50.00 |
| Warehouse | Oil Eater: Flex Line II | 1 | 50.00 | 50.00 |
| Warehouse | Ingersol-Rand T30 Compressor | 1 | 50.00 | 50.00 |
| Warehouse | Skat Blast Abrasive Blast Cabinet | 1 | 50.00 | 50.00 |

| Fill in this information to identify the case: |
|---|
| Debtor name     **Mini Mania Inc.** |
| United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) |

☐ Check if this is an
   amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1  Amazon Capital Services, Inc.**
Creditor's Name

**dba Amazon Lending**
**410 Terry Ave N**
**Seattle, WA 98109**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All assets. Fifth (5) position.**

_____

Describe the lien
**UCC-1: U220210272423**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

                                                  **$4,973.20**          **$0.00**

**2.2  American Express National Bank**
Creditor's Name

**4315 South 2700 West**
**Salt Lake City, UT 84184**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**April, 2023**
**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**All assets. Second (2) position.**

_____

Describe the lien
**UCC-1: 19-7701639659**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

                                                  **$60,120.53**          **$0.00**

Debtor   **Mini Mania Inc.**       Case number (if known) _____
     Name

---

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Arena Funding Source LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**66 West Flagler St Ste 900**
**Miami, FL 33130**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All assets. Ninth (9) position.**
**Second UCC-1 Filed: UCC-1: U230049487543**

          $85,062.25          $0.00

**Describe the lien**
**UCC-1: 230035775832**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.4 | **Bank of America, N.A.** | | | |
|---|---|---|---|---|

Creditor's Name

**1075 Main St**
**Waltham, MA 02451**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**July, 2019**

**Last 4 digits of account number**
**3169**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**UCC-1 filed in 2011, continued in 2021, continued in 2023. All assets. First (1) position.**

         $192,478.22         $0.00

**Describe the lien**
**UCC-1: 11-7280051277**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **CHTD Company** | | | |
|---|---|---|---|---|

Creditor's Name

**As Representative**
**PO Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Representative for the secured creditor entity not listed in the UCC-1. Claimant unknown. All assets. Third (3) position.**

          $0.00           $0.00

**Describe the lien**
**UCC-1 Filing: U210110098322**

---

Debtor    **Mini Mania Inc.**
_____    Case number (if known) _____
          Name

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Corporation Service Company** |
|---|---|

Creditor's Name

**As Representative
PO Box 2576
Springfield, IL 62708**
Creditor's mailing address

**uccsprep@cscglobal.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Representative the for secured creditor entity not listed in the UCC-1. All assets. Seventh (7) position. Believed to represent MCA GFE.**                    $60,339.80      $0.00

Describe the lien
**UCC-1: U220240163327**
Is the creditor an insider or related party?
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **CT Corporation System As Rep** |
|---|---|

Creditor's Name

**Attn: SPRS
330 N Brand Blvd Ste 700
Glendale, CA 91203**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Representative for the secured creditor entity not listed in the UCC-1. All assets. Fourth (4) position. Believed to represent Fox Funding, which was paid in full. Listed here because FF did not remove lien.**                  $0.00       $0.00

Describe the lien
**UCC-1: U220163005816**
Is the creditor an insider or related party?
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **Mini Mania Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.8 | **CT Corporation System As Rep** | | |
|---|---|---|---|

Creditor's Name

**Attn: SPRS
330 N Brand Blvd Ste 700
Glendale, CA 91203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien** $52,257.50 $0.00
**Representative for the secured creditor entity not listed in the UCC-1. All receivables. Sixth (6) position. Believed to represent Unique Funding Solutions.**

**Describe the lien**
**UCC-1: U220226322731**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.9 | **CT Corporation System As Rep** | | |
|---|---|---|---|

Creditor's Name

**Attn: SPRS
330 N Brand Blvd Ste 700
Glendale, CA 91203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien** $22,500.00 $0.00
**Representative for the secured creditor entity not listed in the UCC-1. All receivables. Eighth (8) position. Believed to represent MCA UFS West LLC.**

**Describe the lien**
**UCC-1: U230012504316**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 0 | **CT Corporation System As Rep** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien** $94,000.00 $0.00

---

Debtor    **Mini Mania Inc.**          Case number (if known) _____
_____
Name

| | |
|---|---|
| _____<br>Creditor's Name<br><br>**Attn: SPRS**<br>**330 N Brand Blvd Ste 700**<br>**Glendale, CA 91203**<br>_____<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Representative for the secured creditor entity not listed in the UCC-1. All assets. Tenth (10) position. Believed to represent MCA Firstline Advance**<br><br>**Describe the lien**<br>**UCC-1: 230082863937**<br>_____<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

| | | |
|---|---|---|
| 2.11 | | |
| **Goldman Sachs Bank USA**<br>Creditor's Name<br><br>**PO Box 45400**<br>**Salt Lake City, UT 84145**<br>_____<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**2721**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**All assets. Eleventh (11) position.**<br>_____<br><br>**Describe the lien**<br>**UCC-1: U240018984641**<br>_____<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$34,050.28**        **$0.00** |

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $605,781.78

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Firstline Advance LLC**<br>**c/o The LLC**<br>**99 Wall Street, 2615**<br>**New York, NY 10005** | Line **2.10** | |

Debtor   **Mini Mania Inc.**                                    Case number (if known) _____
         _____
              Name

| | |
|---|---|
| **Fox Capital Funding LLC**<br>**65 Broadway Ste 804**<br>**New York, NY 10006** | Line __2.7__ |
| **Global Funding Experts**<br>**27-01 Queens Plaza North Ste 802**<br>**Long Island City, NY 11101** | Line __2.6__ |
| **UFS West LLC**<br>**c/o Platinum Agent Services LLC**<br>**99 West Hawthorne Ave Ste 408**<br>**Valley Stream, NY 11580** | Line __2.9__ |
| **Unique Funding Solutions LLC**<br>**71 South Central Ave 2nd Flr**<br>**Valley Stream, NY 11580** | Line __2.8__ |
| **White Road Capital LLC Series 146472**<br>**DBA GFE Holdings**<br>**27-01 Queens Plaza N.**<br>**Long Island City, NY 11101** | Line __2.6__ |

**Fill in this information to identify the case:**

Debtor name    **Mini Mania Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$200.00** | **$200.00** |

| | |
|---|---|
| **2.1**   Priority creditor's name and mailing address<br>**Bureau of Automotive Repair**<br>**LICENSING UNIT**<br>**P.O. BOX 989001**<br>**WEST SACRAMENTO, CA**<br>**95798-9001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Fees.** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | **$8,253.76** | **$8,253.76** |

| | |
|---|---|
| **2.2**   Priority creditor's name and mailing address<br>**California Dept of Tax & Fee**<br>**Admin**<br>**Bankruptcy Team MIC: 74**<br>**PO Box 942879**<br>**Sacramento, CA 94279-3555** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred<br>**April, 2024** | Basis for the claim:<br>**1st Quarter 2024** |
| Last 4 digits of account number **8315**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

Debtor　**Mini Mania Inc.**　　　　　　Case number (if known) _____
　　　　<u>Name</u>

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**2.3** Priority creditor's name and mailing address

**Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For notification purposes.**

Is the claim subject to offset?
■ No
☐ Yes

$0.00　　$0.00

---

**2.4** Priority creditor's name and mailing address

**Franchise Tax Board
Bankruptcy, PIT MS A340
PO Box 2952
Sacramento, CA 95812-2952**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For notification purposes**

Is the claim subject to offset?
■ No
☐ Yes

$0.00　　$0.00

---

**2.5** Priority creditor's name and mailing address

**Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For notification purposes.**

Is the claim subject to offset?
■ No
☐ Yes

$0.00　　$0.00

---

**2.6** Priority creditor's name and mailing address

**Ohio Bureau of Workers Compensation
30 W. Spring St
Columbus, OH 43215-2256**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**Workers compensation fees**

Is the claim subject to offset?
■ No
☐ Yes

$146.00　　$146.00

| Debtor | **Mini Mania Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.7** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.00 | $174.00

**US Customs and Borders**
**Office of Chief Counsel**
**1300 Pennsylvania Ave Ste 4.4-B**
**Washington, DC 20229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**(Address pulled from CBP website [process address])**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $274.80

**AARP (Amer Assn of Retired Persons)**
**United Healthcare Insurance Co**
**PO BOX 660291**
**DALLAS, TX 75266-0291**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: **Insurance**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $1,195.60

**ABS MOTORSPORT**
**UNIT 40, BINBROOK TECHNICAL PARK**
**BINBROOK**
**LINCOLNSHIRE, LN8 6HF**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: **Vendor/services.**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $18,608.40

**ADP Payroll Small Business Services**
**Attn: CEO, President, Officer**
**6300 Canoga Ave Ste 400B**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

Basis for the claim: **Payroll processor. Debtor believes this was paid.**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $619.20

**ADVANCED PERFORMANCE TECHNOLOGY**
**595 Iowa Ave Ste C**
**RIVERSIDE, CA 92507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: **Vendor/services.**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $298.20

**ALEXANDER RACING ENTERPRISES**
**324 Progress Ave**
**WATERLOO, IA 50701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: **Vendor/Services.**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) |
|--------|----------------------|-------------------------|
|        | Name                 |                         |

---

**3.6** | Nonpriority creditor's name and mailing address

**Allfab, Inc.**
**MINI-FINI**
**2273 WILLIAMS RD.**
**COLUMBUS, OH 43207-5121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Vendor/services.</u>

Is the claim subject to offset? ☐ No  ☐ Yes

**$1,010.71**

---

**3.7** | Nonpriority creditor's name and mailing address

**American Express Business Blue**
**PO BOX 981535**
**EL PASO, TX 79998-1535**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Business credit card.</u>

Is the claim subject to offset? ☐ No  ☐ Yes

**$134.90**

---

**3.8** | Nonpriority creditor's name and mailing address

**American Express Business Blue**
**PO BOX 981535**
**EL PASO, TX 79998-1535**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Business credit card.</u>

Is the claim subject to offset? ■ No  ☐ Yes

**$6,784.21**

---

**3.9** | Nonpriority creditor's name and mailing address

**American Express National Bank**
**4315 South 2700 West**
**Salt Lake City, UT 84184**

Date(s) debt was incurred _

Last 4 digits of account number  **1000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Credit card. Business platinum</u>

Is the claim subject to offset? ☐ No  ☐ Yes

**$37,644.34**

---

**3.10** | Nonpriority creditor's name and mailing address

**American Express National Bank**
**4315 South 2700 West**
**Salt Lake City, UT 84184**

Date(s) debt was incurred _

Last 4 digits of account number  **1008**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Credit card. Business blue</u>

Is the claim subject to offset? ☐ No  ☐ Yes

**$19,273.96**

---

**3.11** | Nonpriority creditor's name and mailing address

**American Express National Bank**
**4315 South 2700 West**
**Salt Lake City, UT 84184**

Date(s) debt was incurred _

Last 4 digits of account number  **1006**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Credit card in Debtor's President's name used for Debtor's business.</u>

Is the claim subject to offset? ■ No  ☐ Yes

**$13,586.10**

---

**3.12** | Nonpriority creditor's name and mailing address

**B & C ACE Home Center**
**2032 NEVADA CITY HWY**
**GRASS VALLEY, CA 95945**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Supplier.</u>

Is the claim subject to offset? ■ No  ☐ Yes

**$74.18**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.13** | Nonpriority creditor's name and mailing address

**Bank of America**
Bk Dept SL1-908-01-50
4909 Savarese Circle
Tampa, FL 33634

Date(s) debt was incurred _

Last 4 digits of account number  **9732**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card. Business cash rewards**

Is the claim subject to offset? ☐ No ☐ Yes

**$33,432.20**

---

**3.14** | Nonpriority creditor's name and mailing address

**Bank of America**
Bk Dept SL1-908-01-50
4909 Savarese Circle
Tampa, FL 33634

Date(s) debt was incurred _

Last 4 digits of account number  **3713**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card. Business travel**

Is the claim subject to offset? ☐ No ☐ Yes

**$4,890.90**

---

**3.15** | Nonpriority creditor's name and mailing address

**Bank of America**
Bk Dept SL1-908-01-50
4909 Savarese Circle
Tampa, FL 33634

Date(s) debt was incurred _

Last 4 digits of account number  **3192**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card. Commercial card**

Is the claim subject to offset? ☐ No ☐ Yes

**$40,457.58**

---

**3.16** | Nonpriority creditor's name and mailing address

**Bank of America**
Bk Dept SL1-908-01-50
4909 Savarese Circle
Tampa, FL 33634

Date(s) debt was incurred _

Last 4 digits of account number  **1893**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card in Debtor's President's name used for Debtor's business.**

Is the claim subject to offset? ☐ No ☐ Yes

**$57,973.85**

---

**3.17** | Nonpriority creditor's name and mailing address

**Bank of America**
Bk Dept SL1-908-01-50
4909 Savarese Circle
Tampa, FL 33634

Date(s) debt was incurred _

Last 4 digits of account number  **3259**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card. Business cash rewards.**

Is the claim subject to offset? ☐ No ☐ Yes

**$42,110.48**

---

**3.18** | Nonpriority creditor's name and mailing address

**Bank of America Business MasterCard**
PO BOX 660441
Dallas, TX 75266-0441

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business credit card.**

Is the claim subject to offset? ☐ No ☐ Yes

**$12,280.58**

---

**3.19** | Nonpriority creditor's name and mailing address

**Bank of America Business MasterCard**
PO BOX 660441
Dallas, TX 75266-0441

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business credit card.**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,283.43**

---

Debtor      **Mini Mania Inc.**                                    Case number (if known) _____
            _____
            Name

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,494.34 |
|---|---|---|---|

**Bank of America Business MasterCard**
**PO BOX 660441**
**Dallas, TX 75266-0441**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business credit card.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,433.30 |
|---|---|---|---|

**Bank of America Commercial Visa**
**PO BOX 660441**
**Dallas, TX 75266-0441**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business credit card.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127.95 |
|---|---|---|---|

**Bank of America Commercial Visa**
**Rick Beaty's Card**
**PO Box 660441**
**Dallas, TX 75266-0441**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business credit card.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,120.39 |
|---|---|---|---|

**Bank of America Commercial Visa**
**Jonathan Harvey's Card**
**PO Box 660441**
**Dallas, TX 75266-0441**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business credit card.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,307.55 |
|---|---|---|---|

**Bank of America Commercial Visa**
**Authorized Rep Card**
**PO Box 660441**
**Dallas, TX 75266-0441**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business credit card.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,011.46 |
|---|---|---|---|

**Bank of America Travel Visa**
**Jonathan's Card**
**PO BOX 660441**
**Dallas, TX 75266-0441**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business credit card.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.83 |
|---|---|---|---|

**Bank of America Travel Visa**
**PO BOX 660441**
**Dallas, TX 75266-0441**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business credit card.

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.27** | Nonpriority creditor's name and mailing address
**Bank of America Travel Visa Card**
PO BOX 660441
Dallas, TX 75266-0441

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business credit card.**

Is the claim subject to offset? ☐ No ☐ Yes

**$19,451.83**

---

**3.28** | Nonpriority creditor's name and mailing address
**Bank of America Ultd Cash Rewards**
PO BOX 660441
Dallas, TX 75266-0441

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business credit card.**

Is the claim subject to offset? ■ No ☐ Yes

**$9,681.73**

---

**3.29** | Nonpriority creditor's name and mailing address
**Barry Taft**
1148 West First Street
Unit B
Reno, NV 89503

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ☐ No ☐ Yes

**$25,000.00**

---

**3.30** | Nonpriority creditor's name and mailing address
**BEARING ENGINEERING**
667 McCormick Street
SAN LEANDRO, CA 94577-1109

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset? ☐ No ☐ Yes

**$2,699.14**

---

**3.31** | Nonpriority creditor's name and mailing address
**Bill Me Later**
9690 Deereco Rd Ste 705
Lutherville Timonium, MD 21093

Date(s) debt was incurred  **April, 2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Arbitration Award**

Is the claim subject to offset? ☐ No ☐ Yes

**$114,159.82**

---

**3.32** | Nonpriority creditor's name and mailing address
**BLUE SHIELD OF CALIFORNIA**
Cash Receiving
FILE 55331
LOS ANGELES, CA 90074-5331

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance.**

Is the claim subject to offset? ■ No ☐ Yes

**$12,847.56**

---

**3.33** | Nonpriority creditor's name and mailing address
**Brandlock**
56-1 Bergen Ridge Road
North Bergen, NJ 07047

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

**$3,200.00**

---

Debtor  **Mini Mania Inc.** _____          Case number (if known) _____

Name

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$647.50** |

**BRITISH MOTOR HERITAGE**
**RANGE ROAD**
**COTSWOLD BUSINESS PARK**
**WHITNEY OXON, 0X8 5YB**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Vendor/Services.

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,296.96** |

**BRITISH WIRING**
**P.O. BOX 185**
**BALLY, PA 19503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Vendor/Services.

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,528.75** |

**Cintas Corporation**
**PO BOX 631025**
**CINCINNATI, OH 45263-1025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Vendor/Services.

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,356.74** |

**ClearFly Communications**
**Department LA 24287**
**PASADENA, CA 91185-4287**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Vendor/Services.

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$146.46** |

**Co Power**
**PO BOX 884606**
**LOS ANGELES, CA 90088-4606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Vendor/Services.

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,500.00** |

**Comcast Corporation**
**1701 JFK Blvd**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Utility service provider.

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$923.90** |

**COVERKING**
**PO BOX 9860**
**ANAHEIM, CA 92812-9860**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Vendor/Services.

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor     **Mini Mania Inc.**                                          Case number (if known) _____
_____
Name

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,373.08 |

**CRAVEN SPEED DLT, LLC**
**7337 SW Tech Center Dr**
**PORTLAND, OR 97223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $343,262.00 |

**Customer Deposit, Gift Certificate**
**and Returns**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **The Debtor holds over 1,400 customer deposits (1)**
**for goods to be delivered, (2) returns and (3) gift certificates.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $427.92 |

**DAMES & ASSOCIATES L.L.C.**
**13002 N. 2ND ST**
**PHOENIX, AZ 85022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,746.66 |

**Debt Savvy**
**39 Broadway 32nd Flr**
**New York, NY 10046**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Debt settlement company charges. Creditor recently**
**attempted withdrawing $13,500 from Debtor's bank account.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $179.32 |

**Dischbein MotorSports**
**Frank Dischbein**
**5171 REITER AVE**
**LAS VEGAS, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,103.96 |

**Discover Financial Services**
**Attn: President, CEO, Officer**
**2500 Lake Cook Rd**
**Deerfield, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number  **0967**

Basis for the claim:  **Credit card in Debtor's President's name used for**
**Debtor's business.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,212.13 |

**Divvy Bill.com**
**c/o Caine & Weiner**
**PO Box 55848**
**Sherman Oaks, CA 91413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Divvy Visa**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Mini Mania Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Donald F. Racine**
**13733 Highland Dr**
**Grass Valley, CA 95945**

Date(s) debt was incurred  07/01/2019

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Workshop rent.

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $315,590.57 |
|---|---|---|---|

**Donald F. Racine**
**13733 Highland Dr**
**Grass Valley, CA 95945**

Date(s) debt was incurred  June, 2019

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Purchase of goodwill

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,953.19 |
|---|---|---|---|

**EARTH CUSTOMS**
**28441 Highridge Rd.**
**Unit 101**
**ROLLING HILLS ESTATE, CA 90274**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor/Services.

Is the claim subject to offset? ☐ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,382.55 |
|---|---|---|---|

**EBC BRAKES USA, Ltd.**
**6180 S. Pearl Street Suite A**
**LAS VEGAS, NV 89120**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor/Services.

Is the claim subject to offset? ☐ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**ED D'ARATA**
**12120 MURPHEY ROAD**
**NEVADA CITY, CA 95959**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor/Services.

Is the claim subject to offset? ☐ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,973.00 |
|---|---|---|---|

**FEDERAL EXPRESS CORPORATION**
**PO BOX 7221**
**PASADENA, CA 91109-7321**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor/Services.

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Hedges Management, Inc**
**DBA Hedges & Company**
**5603 Darrow Road #100**
**HUDSON, OH 44236-5015**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor/Services.

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Mini Mania Inc.**

Name

Case number (if known) _____

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**HUFFAKER RACING**
**29601 ARNOLD DR.**
**SONOMA, CA 95476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | | $1,109.91 |
|---|---|---|---|

**Humana, Inc.**
**PO Box 14209**
**LEXINGTON, KY 40512-4209**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | | $463.92 |
|---|---|---|---|

**INSYNC BUSINESS SOLUTIONS**
**2530 N POWERLINE RD SUITE 404**
**POMPANO BEACH, FL 33069**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | | $3,041.48 |
|---|---|---|---|

**InterAmerican Motor Corporation**
**Parts Authority LLC**
**PO Box 748957**
**LOS ANGELES, CA 90074-8957**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | | $3,975.00 |
|---|---|---|---|

**James W. Toft & Associates, Inc.**
**563 Brunswick Road  #12**
**GRASS VALLEY, CA 95945**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **CPA Services.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | | $28,112.36 |
|---|---|---|---|

**JM Turbo Coopers, LLC**
**530 E. Hunt Hwy. Ste 103**
**SAN TAN VALLEY, AZ 85143**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | | $19,680.42 |
|---|---|---|---|

**Johnston Research & Performance Inc**
**2344 South Sheridan Way**
**Mississuaga, On**
**L5J 2M4**
**Canada**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.62**

Nonpriority creditor's name and mailing address
Jonathan Harvey
10340 Banner Lava Cap Rd
Nevada City, CA 95959

Date(s) debt was incurred  __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Loans.__

Is the claim subject to offset? ☐ No ☐ Yes

$561,278.05

---

**3.63**

Nonpriority creditor's name and mailing address
Jorgensen Company
PO BOX 888655
LOS ANGELES, CA 90088-8655

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Services.__

Is the claim subject to offset? ■ No ☐ Yes

$417.13

---

**3.64**

Nonpriority creditor's name and mailing address
JP Morgan Chase Bank NA
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203

Date(s) debt was incurred __

Last 4 digits of account number  __6652__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Credit card in Debtor's President's name used for Debtor's business.__

Is the claim subject to offset? ☐ No ☐ Yes

$37,721.15

---

**3.65**

Nonpriority creditor's name and mailing address
JP Morgan Chase Bank NA
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203

Date(s) debt was incurred __

Last 4 digits of account number  __3055__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Credit card in Debtor's President's name used for Debtor's business.__

Is the claim subject to offset? ☐ No ☐ Yes

$21,342.47

---

**3.66**

Nonpriority creditor's name and mailing address
Kapitus LLC
2500 Wilson Blvd Ste 350
Arlington, VA 22201

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __MCA Agreement, no UCC-1 filed.__

Is the claim subject to offset? ☐ No ☐ Yes

$173,504.00

---

**3.67**

Nonpriority creditor's name and mailing address
MAHLE Industries, Inc.
PO Box 13254
NEWARK, NJ 07101-3254

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Services.__

Is the claim subject to offset? ■ No ☐ Yes

$588.44

---

**3.68**

Nonpriority creditor's name and mailing address
MANIFLOW and COMPANY LTD
MITCHELL ROAD
CHURCHFIELD INDUSTRIAL ESTATE
SALISBURY, WILTS, SP2 7PY
United Kingdom

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Services.__

Is the claim subject to offset? ■ No ☐ Yes

$780.86

---

| Debtor | Mini Mania Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,725.82**

MapCargo International Ltd
Unit 1A, Westgate One
Staines Road, Bedfont
Middlesex, TW14 8RS
United Kingdom

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,500.00**

Menture, Inc.
360 Venture Acquisitions
5000 Younge St., Suite 1901
Toronto ON, M2N 7E9
Canada

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$141,705.20**

Michael Abramson
1401 Baltic Ave
Virginia Beach, VA 23451

Date(s) debt was incurred  **July, 2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Seven Enterprises asset sale liability.**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80,350.47**

Michael Kearney
13711 Highland Dr
Grass Valley, CA 95945

Date(s) debt was incurred  **July, 2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Seven Enterprises asset sale liability.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$76,753.41**

Mini Spares Centre, Ltd
13 Cranbourne Industrial Estate
Cranbourne Road, Potters Bar
Hertsfordshire, EN6 3JN
United Kingdom

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$71.94**

MOTIVE PRODUCTS/AGS COMPANY
PO BOX 772043
DETROIT, MI 48277

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$89.01**

Motor Warehouse
Nat'l Performance Wrhse - A/R
5801 E 10TH AVE STE 112
HIALEAH, FL 33013

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Mini Mania Inc.**                                    Case number (if known) _____
_____
Name

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23.57** |
|---|---|---|---|

**MSC INDUSTRIAL SUPPLY CO.**
**PO BOX 953635**
**SAINT LOUIS, MO 63195-3635**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor/Services.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,942.00** |
|---|---|---|---|

**Name South, LLC**
**128 Fast Lane**
**MOORESVILLE, NC 28117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor/Services.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,457.70** |
|---|---|---|---|

**NAPA AUTO PARTS**
**FILE 56893**
**LOS ANGELES, CA 90074-8693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor/Services.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$103.00** |
|---|---|---|---|

**NERP LLC**
**58016 CRUMSTON HWY**
**SOUTH BEND, IN 46619**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor/Services.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,823.00** |
|---|---|---|---|

**Pacific Gas & Electric**
**77 Beale St**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __April, 2024__

**Last 4 digits of account number** __4709__

**Basis for the claim:** __Utility service provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$981.62** |
|---|---|---|---|

**Patterson Fabrication LLC**
**2851 E. Gamebird**
**PAHRUMP, NV 89048**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor/Services.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$320.00** |
|---|---|---|---|

**Pete's Welding & Machine**
**509 Searls Ave.**
**NEVADA CITY, CA 95959**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor/Services.__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Mini Mania Inc.**                                             Case number (if known) _____
          _____
          Name

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,332.22 |

**PIERCE MANIFOLDS**
**2339 TECHNOLOGY DR SUITE F**
**HOLLISTER, CA 95023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor/Services.**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,000.00 |

**Racine Properties**
**13733 Highland Dr**
**Grass Valley, CA 95945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **January, 2023**

Basis for the claim:  **Rent.**

Last 4 digits of account number **N001**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,500.00 |

**RACINE WEB DESIGN**
**15293 BEEMAN LANE**
**GRASS VALLEY, CA 95949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor/Services.**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306.66 |

**SPEED WAREHOUSE**
**Nat'l Performance Wrhse - A/R**
**3626 WEST PARKWAY BLVD**
**WEST VALLEY, UT 84120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor/Services.**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $715.50 |

**SSF IMPORTED AUTO PARTS**
**437 ROZZI PLACE**
**SOUTH SAN FRANCISCO, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor/Services.**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $211.11 |

**TURNER MOTORSPORT**
**16 SO HUNT RD**
**AMESBURY, MA 01913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor/Services.**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,346.16 |

**ULINE**
**PO Box 88741**
**CHICAGO, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor/Services.**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **Mini Mania Inc.**                                    Case number (if known) _____
          Name

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,317.76 |
|---|---|---|---|

**Unishippers**
**901 Sunrise Avenue**
**Suite B1**
**ROSEVILLE, CA 95661-4521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Vendor/Services._

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.94 |
|---|---|---|---|

**VIKING CLOUD INC**
**DEPT CH 17101**
**PALATINE, IL 60055-7101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Vendor/Services._

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.00 |
|---|---|---|---|

**WANDERLOST OVERLAND**
**2328 RANDOLPH ST**
**MARK & MERRI MORRALL**
**CALEDONIA, IL 61011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Vendor/Services._

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $954.51 |
|---|---|---|---|

**WASTE MANAGEMENT OF NEVADA**
**COUNTY**
**PO Box 541065**
**LOS ANGELES, CA 90054-1065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Utility service provider._

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $512.40 |
|---|---|---|---|

**WH Motors**
**Hortonwood 10, Unit C4**
**TF1 4ES**
**Telford, Shropshire**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Vendor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express Lending aka Kabbage**<br>**Attn: Legal Department**<br>**3370 N. Hayden Rd #123 PMB 681**<br>**Scottsdale, AZ 85251** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Bank of America Corporate Center**<br>**Attn: President, CEO, Officer**<br>**100 North Tyron St**<br>**Charlotte, NC 28255** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Mini Mania Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Bueau of Automotive Repair**<br>**Attn: Legal Department**<br>**10949 N Mather Blvd**<br>**Rancho Cordova, CA 95670** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **California Dept of Tax & Fee Admin**<br>**450 N St MIC:56**<br>**Sacramento, CA 95814** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **California Dept of Tax & Fee Admin**<br>**Acct Info Group MIC: 29**<br>**PO Box 942879**<br>**Sacramento, CA 94279-0029** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **CT Corporation System As Rep**<br>**Attn: SPRS, Discover Financial Services**<br>**330 N Brand Blvd Ste 700**<br>**Glendale, CA 91203** | Line **3.46**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Discover Financial Services**<br>**Attn: Legal Subpoena Processing**<br>**2500 Lake Cook Rd**<br>**Deerfield, IL 60015** | Line **3.46**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Employment Development Department**<br>**PO Box 826215 MIC3A**<br>**Sacramento, CA 94230-6215** | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Foley & Lardner LLP**<br>**90 Park Ave**<br>**New York, NY 10016** | Line **3.31**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **JPMorgan Chase Bank NA**<br>**Attn: President, CEO, Officer**<br>**1111 Polaris Pkwy**<br>**Columbus, OH 43240** | Line **3.64**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Paypal Inc.**<br>**Attn: Legal Department**<br>**PO Box 45950**<br>**Omaha, NE 68145-0950** | Line **3.31**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Swift Financial, LLC**<br>**3505 Silverside Rd**<br>**Wilmington, DE 19810** | Line **3.31**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Waste Management**<br>**800 Capitol St Ste 3000**<br>**Houston, TX 77002** | Line **3.93**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 8,773.76 |
| **5b. Total claims from Part 2** | 5b. | + $ | 2,796,778.40 |

Debtor      **Mini Mania Inc.**
                     Name

Case number (if known) _____

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.     $ _____ 2,805,552.16

| Fill in this information to identify the case: |
| --- |

Debtor name __Mini Mania Inc.__

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   - ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Oral contract with Donald Racine to rent a workshop. $1,000 per month. Mini Mania, Inc. intends to end this arrangement.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Donald F. Racine**<br>**13733 Highland Dr**<br>**Grass Valley, CA 95945** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Office/Warehouse space 3-year lease renewed May, 2024.**<br><br>State the term remaining **05/31/2027**<br><br>List the contract number of any government contract | **Racine Properties**<br>**13733 Highland Dr**<br>**Grass Valley, CA 95945** |

**Fill in this information to identify the case:**

Debtor name  **Mini Mania Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Jonathan Harvey** | **10340 Banner Lava Cap Rd**<br>**Nevada City, CA 95959**<br>**Listed Debtor on UCC-1 Filing.** | **CT Corporation System As Rep** | ■ D   **2.7**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Jonathan Harvey** | **10340 Banner Lava Cap Rd**<br>**Nevada City, CA 95959** | **Bank of America** | ☐ D _____<br>■ E/F   **3.16**<br>☐ G _____ |
| 2.3 | **Jonathan Harvey** | **10340 Banner Lava Cap Rd**<br>**Nevada City, CA 95959** | **JP Morgan Chase Bank NA** | ☐ D _____<br>■ E/F   **3.64**<br>☐ G _____ |
| 2.4 | **Jonathan Harvey** | **10340 Banner Lava Cap Rd**<br>**Nevada City, CA 95959** | **Discover Financial Services** | ☐ D _____<br>■ E/F   **3.46**<br>☐ G _____ |
| 2.5 | **Jonathan Harvey** | **10340 Banner Lava Cap Rd**<br>**Nevada City, CA 95959** | **American Express National Bank** | ☐ D _____<br>■ E/F   **3.11**<br>☐ G _____ |

| Debtor | **Mini Mania Inc.** | | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** |
|---|---|
| | Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. |
| | *Column 1:* **Codebtor** — *Column 2:* **Creditor** |

| | | | | |
|---|---|---|---|---|
| 2.6 | Jonathan Harvey | 10340 Banner Lava Cap Rd<br>Nevada City, CA 95959 | Amazon Capital Services, Inc. | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Jonathan Harvey | 10340 Banner Lava Cap Rd<br>Nevada City, CA 95959 | American Express National Bank | ■ D __**2.2**__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Jonathan Harvey | 10340 Banner Lava Cap Rd<br>Nevada City, CA 95959 | Arena Funding Source LLC | ■ D __**2.3**__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Jonathan Harvey | 10340 Banner Lava Cap Rd<br>Nevada City, CA 95959 | Bank of America, N.A. | ■ D __**2.4**__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Jonathan Harvey | 10340 Banner Lava Cap Rd<br>Nevada City, CA 95959 | CHTD Company | ■ D __**2.5**__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Jonathan Harvey | 10340 Banner Lava Cap Rd<br>Nevada City, CA 95959 | Corporation Service Company | ■ D __**2.6**__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Jonathan Harvey | 10340 Banner Lava Cap Rd<br>Nevada City, CA 95959 | CT Corporation System As Rep | ■ D __**2.8**__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Jonathan Harvey | 10340 Banner Lava Cap Rd<br>Nevada City, CA 95959 | CT Corporation System As Rep | ■ D __**2.9**__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Mini Mania Inc.** | | Case number *(if known)* | |

| ■ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 **Jonathan Harvey** | 10340 Banner Lava Cap Rd<br>Nevada City, CA 95959 | **CT Corporation<br>System As Rep** | ■ D   **2.10**<br>☐ E/F ____<br>☐ G ____ |
| 2.15 **Jonathan Harvey** | 10340 Banner Lava Cap Rd<br>Nevada City, CA 95959 | **Goldman Sachs Bank<br>USA** | ■ D   **2.11**<br>☐ E/F ____<br>☐ G ____ |
| 2.16 **Jonathan Harvey** | 10340 Banner Lava Cap Rd<br>Nevada City, CA 95959 | **Bill Me Later** | ☐ D ____<br>■ E/F   **3.31**<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name    **Mini Mania Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*.................................................................    $ _____ **0.00**

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*............................................................    $ _____ **1,155,121.56**

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*..............................................................    $ _____ **1,155,121.56**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____ **506,961.28**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................    $ _____ **8,773.76**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$ _____ **2,796,778.40**

4. **Total liabilities** ............................................................................
     Lines 2 + 3a + 3b      $ _____ **3,312,513.44**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Mini Mania Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:  Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>■ Other  P&L (Accrual) | **$813,299.06** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>■ Other  P&L | **$3,419,091.02** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>■ Other  2022 Tax Return | **$5,484,311.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | **Google Affiliate Commission** | **$259.14** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | **Moke American (Google) Commission** | **$23,608.40** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | **ERTC Refund (2020, 2021)** | **$175,938.46** |

| Debtor | **Mini Mania Inc.** | | Case number *(if known)* | |

| | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|
| **For prior year:** From **1/01/2023** to **12/31/2023** | | Interest | $11,435.26 |

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Bank of America** Bk Dept SL1-908-01-50 4909 Savarese Circle Tampa, FL 33634 | **Various** | **$50,541.74** | ☐ Secured debt ☑ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. | **Blue Shield of California** | **Various** | **$13,641.26** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Insurance.** |
| 3.3. | **Clear Pay Processing** | **Various** | **$17,549.21** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Supplier/Vendor repayments.** |
| 3.4. | **Debt Savvy** | **Various** | **$10,235.00** | ☑ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. | **East Bay Mini/BMW** | **Various** | **$53,942.29** | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6. | **Johnson Research & Performance** | **Various** | **$24,658.60** | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor　**Mini Mania Inc.**　　　　　　　　　　Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.7. **Niello Mini / BMW** | **Various** | **$74,344.59** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Racine Properties**<br>**309 Katie Lane**<br>**Easley, SC 29640** | **Various** | **$10,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **SSF Imported Auto Parts** | **Various** | **$11,748.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **California Dept of Tax & Fee Admin** | **Various** | **$8,352.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Priority taxes and fees** |
| 3.11. **Mini Spares Centre Ltd** | **Various** | **$30,950.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **United Parcel Service** | **Various** | **$31,005.49** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13. **American Express** | **Various** | **$24,776.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Mini Mania Inc.**             Case number *(if known)* _____

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Jonathan Harvey<br>10340 Banner Lava Cap Rd<br>Nevada City, CA 95959<br>President | Various | $143,888.95 | $79,667.00 for Payroll/Salry<br>$1,500 for Owner Distributions<br>$62,721.95 for Repaying Personal Loans |
| 4.2. | Logan Harvey<br>15719 Rattlesnake Rd<br>Grass Valley, CA 95945<br>President's Son | Various | $35,059.41 | Payroll |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Firstline Advance<br>Attn: The LLC<br>99 Wall Street, 2615<br>New York, NY 10005 | PayPal withdrew funds from the Debtor's PayPal account in response to the UCC-1 filed by Firstline Advance. | | $22,491.37 |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Firstline Advance, LLC v. Mini Mania Inc., Jonathan Harvey<br>138335-2024 | Civil action | Supreme Court of New York County of Ontario<br>27 North Main St<br>Canandaigua, NY 14424 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Bill Me Later, Inc. vs Mini Mania, Inc. and Jonathan Harvey<br>01-23-0004-7634 | Arbitration (PayPal) | American Arbitration Award<br>725 S Figueroa St #400<br>Los Angeles, CA 90017 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| Debtor | Mini Mania Inc. | Case number *(if known)* | |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | The Fox Law Corporation, Inc.<br>17835 Ventura Blvd Ste 306<br>Encino, CA 91316 | Mini Mania, Inc. paid $5,000 on May 9, 2024<br>Mini Mania, Inc. paid $23,262 on May 20, 2024<br>Mini Mania, Inc. paid $5,000 on May 29, 2024 | May, 2024 | $28,262.00 |
| | Email or website address<br>foxlaw.com | | | |
| | Who made the payment, if not debtor? | | | |

Debtor __Mini Mania Inc._____     Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **The Fox Law Corporation, Inc.** **17835 Ventura Blvd Ste 306 Encino, CA 91316** | **The Harvey Family Trust paid $20,000 on May 17, 2024** | **May 17, 2024** | **$20,000.00** |
| | Email or website address **foxlaw.com** | | | |
| | Who made the payment, if not debtor? **Harvey Family Trust** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:  Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:  Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:  Personally Identifiable Information**

| Debtor | Mini Mania Inc. | Case number *(if known)* | |
|---|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**Customer name, address, city, state, zip code, email address, telephone number, and encrypted payment information.**

Does the debtor have a privacy policy about that information?

☐ No

■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Map Cargo | Mini Mania, Inc. 870 Gold Flat Rd Ste A Nevada City, CA 95959-3200 | Product with a value likely less than $2,500. | ☐ No ■ Yes |

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Debtor | Mini Mania Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Various | 870 Gold Flat Rd Ste A Nevada City, CA 95959-3200 | Emploee personal tools left on-site | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Various | 870 Gold Flat Rd Ste A Nevada City, CA 95959-3200 | Non-Shipped/Collected client product | Unknown |

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

| Debtor | **Mini Mania Inc.** | Case number *(if known)* |
|---|---|---|

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **Mini Mania, Inc.** | **The Debtor prepares internal financial reports at various times.** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Mini Mania, Inc.**<br>**870 Gold Flat Rd Ste A**<br>**Nevada City, CA 95959-3200** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Bank of America**<br>**Bk Dept SL1-908-01-50**<br>**4909 Savarese Circle**<br>**Tampa, FL 33634** |
| 26d.2. | **Bank of the West**<br>**180 Montgomery St**<br>**San Francisco, CA 94104** |
| 26d.3. | **Arena Funding Source LLC (MCA)** |
| 26d.4. | **Capital Assist (MCA)** |
| 26d.5. | **Credibly (MCA)** |
| 26d.6. | **Crest Capital (MCA)** |
| 26d.7. | **Delta Capital (MCA)** |
| 26d.8. | **Finpoint Funding (MCA)** |

| Debtor | Mini Mania Inc. | Case number *(if known)* | |
|---|---|---|---|

| | **Name and address** |
|---|---|
| 26d.9. | **Firstline Advance (MCA)** |
| 26d.10. | **Lendini (MCA)** |
| 26d.11. | **Riverpointe (MCA - Broker)** |
| 26d.12. | **Square Funding (MCA)** |
| 26d.13. | **Tag Capital (MCA - Broker)** |
| 26d.14. | **Fox Funding (MCA)** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|---|
| 27.1. | Jonathan Harvey | 12/2023 | **Varies over the usual course of business** |

| | **Name and address of the person who has possession of inventory records** |
|---|---|
| | **Mini Mania, Inc.**<br>**870 Gold Flat Rd Ste A**<br>**Nevada City, CA 95959-3200** |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jonathan Harvey | 10340 Banner Lava Cap Rd<br>Nevada City, CA 95959 | President/Owner | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

Debtor   **Mini Mania Inc.**                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | Jonathan Harvey<br>10340 Banner Lava Cap Rd<br>Nevada City, CA 95959 | $143,888.95 | Various | **Payroll/Salary, Owner Distribution, and Repayments for Loans and Personal Credit Card Usage** |
| | **Relationship to debtor**<br>**President/Owner** | | | |
| 30.2 . | **Logan Harvey**<br>**15719 Rattlesnake Rd**<br>**Grass Valley, CA 95945** | $35,059.41 | Various | **Payroll.** |
| | **Relationship to debtor**<br>**Son to Owner** | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

   ■ No
   ☐ Yes. Identify below.

   **Name of the parent corporation**                          **Employer Identification number of the parent corporation**

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

   ■ No
   ☐ Yes. Identify below.

   **Name of the pension fund**                                **Employer Identification number of the pension fund**

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **6/3/2024**

_____      **Jonathan Harvey**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor      **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Mini Mania Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express National Bank 4315 South 2700 West Salt Lake City, UT 84184** | | **Credit card. Business platinum** | | | | **$37,644.34** |
| **Bank of America Bk Dept SL1-908-01-50 4909 Savarese Circle Tampa, FL 33634** | | **Credit card. Business cash rewards.** | | | | **$42,110.48** |
| **Bank of America Bk Dept SL1-908-01-50 4909 Savarese Circle Tampa, FL 33634** | | **Credit card. Commercial card** | | | | **$40,457.58** |
| **Bank of America Bk Dept SL1-908-01-50 4909 Savarese Circle Tampa, FL 33634** | | **Credit card. Business cash rewards** | | | | **$33,432.20** |
| **Bank of America Bk Dept SL1-908-01-50 4909 Savarese Circle Tampa, FL 33634** | | **Credit card in Debtor's President's name used for Debtor's business.** | | | | **$57,973.85** |
| **Bank of America Business MasterCard PO BOX 660441 Dallas, TX 75266-0441** | | **Business credit card.** | | | | **$33,494.34** |

| Debtor | **Mini Mania Inc.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Bank of America Commercial Visa PO BOX 660441 Dallas, TX 75266-0441** | | **Business credit card.** | | | | **$30,433.30** |
| **Barry Taft 1148 West First Street Unit B Reno, NV 89503** | | **Loan** | | | | **$25,000.00** |
| **Bill Me Later 9690 Deereco Rd Ste 705 Lutherville Timonium, MD 21093** | | **Arbitration Award** | | | | **$114,159.82** |
| **Debt Savvy 39 Broadway 32nd Flr New York, NY 10046** | | **Debt settlement company charges. Creditor recently attempted withdrawing $13,500 from Debtor's bank account.** | **Disputed** | | | **$100,746.66** |
| **Divvy Bill.com c/o Caine & Weiner PO Box 55848 Sherman Oaks, CA 91413** | | **Divvy Visa** | | | | **$40,212.13** |
| **Donald F. Racine 13733 Highland Dr Grass Valley, CA 95945** | | **Purchase of goodwill** | | | | **$315,590.57** |
| **FEDERAL EXPRESS CORPORATION PO BOX 7221 PASADENA, CA 91109-7321** | | **Vendor/Services.** | | | | **$48,973.00** |
| **JM Turbo Coopers, LLC 530 E. Hunt Hwy. Ste 103 SAN TAN VALLEY, AZ 85143** | | **Vendor/Services.** | | | | **$28,112.36** |
| **JP Morgan Chase Bank NA Mail Code LA4-7100 700 Kansas Lane Monroe, LA 71203** | | **Credit card in Debtor's President's name used for Debtor's business.** | | | | **$37,721.15** |

| Debtor | **Mini Mania Inc.** | | Case number *(if known)* | | |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Kapitus LLC 2500 Wilson Blvd Ste 350 Arlington, VA 22201** | | **MCA Agreement, no UCC-1 filed.** | | | | **$173,504.00** |
| **Michael Abramson 1401 Baltic Ave Virginia Beach, VA 23451** | | **Business assets.** | | | | **$141,705.20** |
| **Michael Kearney 13711 Highland Dr Grass Valley, CA 95945** | | **Business assets** | | | | **$80,350.47** |
| **Mini Spares Centre, Ltd 13 Cranbourne Industrial Estate Cranbourne Road, Potters Bar Hertsfordshire, EN6 3JN United Kingdom** | | **Vendor/Services.** | | | | **$76,753.41** |
| **Racine Properties 13733 Highland Dr Grass Valley, CA 95945** | | **Rent.** | | | | **$85,000.00** |