3
THE FOX LAW CORPORATION, INC.
Steven R. Fox, SBN 138808
srfox@foxlaw.com
17835 Ventura Blvd., Suite 306
Encino, California 91316
Tel: 818.774.3545; Fax: 818.774.3707

Proposed Counsel for Debtor-in-Possession
Mini Mania, Inc.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>Mini Mania, Inc.<br><br>Debtor. | Case No.: 2024-22456-11<br><br>DCN: SRF 1<br><br>Chapter 11<br><br>MOTION FOR AUTHORITY TO USE CASH COLLATERAL ON AN INTERIM AND FINAL BASIS; REQUEST FOR PRELIMINARY HEARING<br><br>Date : To be set<br>Time :<br>Place : |

To the Honorable Bankruptcy Judge:

Comes Now the Debtor and Debtor-in-Possession, Mini Mania, Inc. ("Mini" or the "Debtor"), with its Motion.

Mini sells parts and provides certain services such as engine rebuilds for Mini Cooper vehicles. Mini was started because there was a need for replacement parts here in the United States for the classic British Mini Cooper. Mini Mania also provides technical expertise to the Classic Mini community. Over the years, the Debtor expanded its offerings to provide parts for related classic British car marques (e.g. Triumph, Mini, Jaguar, Morris Minor and the Austin Bugeye Sprite and MG) that use many of the same parts that the Mini Cooper used.

1

The concurrently filed First Day Declaration discusses the Debtor's operating and financial difficulties and solutions the Debtor intends to implement to reorganize. The difficulties leading to the bankruptcy filing include a series of Merchant Cash Advance ("MCA") transactions that killed the Debtor's cash flow and monies and starved the Debtor of the ability to satisfy customer orders and to replenish its inventory. The Debtor has significantly reduced expenses and is working with suppliers to bring in new inventory.

The Debtor intends to remain in business. It does not intend to sell its assets but instead intends to propose a plan of reorganiztion.

Many entities will assert security interests in cash collateral. The Debtor believes that Bank of America holds the senior lien in cash collateral. In its Memorandum, the Debtor outlines the adequate protection offered to all entities that may actually hold security interests in cash collateral and that are not effetively unsecured. For present purposes, the Debtor assumes (1) Bank of America is fully secured and that (2) its financing statement was properly recorded and perfected, (3) is valid and (4) that Bank of America's lien is the senior lien in cash collateral.

Mini seeks authority to use its monies to operate its business, and to do so first on an interim basis and then on a final basis. If the Debtor cannot use its cash collateral, it would need to cease its business operation and let employees go.

The Debtor's projection (Exhibit "C" to the First Day Declaration) reflects projected receipts, disbursements, net operating cash flows and beginning and ending cash balances. Total projected monies will increase during the projected period.

The Debtor's business typically has few to no receivables as customers pay before products are delivered.

Pursuant to L.B.R. 4000-1, the Motion, Memorandum, the First Day Declaration and the exhibits are being served on the twenty largest unsecured creditors.

The Debtor requests that the Court take the following actions:

1. Set a hearing on this Motion within two days of the filing of the petition;

|     |     |     |
| --- | --- | --- |
| 1   | 2.  | Enter an order authorizing the Debtor to use cash collateral on an interim basis per the projection attached to the First Day Declaration together with the requested variances, rollover provisions and application of excess revenues to costs of goods sold; |
| 5   | 3.  | Set a hearing on use of cash collateral on a final basis; |
| 6   | 4.  | Grant to entities asserting interests in the Debtor's monies, replacement liens in collateral of the estate as discussed in the Memorandum; and |
| 8   | 5.  | Such further relief as is appropriate and consistent with this Motion. |

Dated: June 4, 2024                    THE FOX LAW CORPORATION, INC.

/s/ Steven R. Fox
Steven R. Fox, proposed counsel for Mini Mania, Inc. Debtor-in-Possession

3