THE FOX LAW CORPORATION
Steven R. Fox, SBN 138808
17835 Ventura Boulevard, Suite 306
Encino, California 91316
(818) 774-3545
Fax (818) 774-3707
srfox@foxlaw.com

Counsel for Mini Mania, Inc.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Mini Mania, Inc.,<br><br>    Debtor<br>_____ | CASE NO: 24:22456 -A -11<br>DCN SRF 001<br><br>CHAPTER 11<br><br>**ORDER GRANTING FINAL RELIEF ON DEBTOR'S MOTION FOR AUTHORITY TO USE CASH COLLATERAL ON AN INTERIM AND FINAL BASIS**<br><br>Date: July 15, 2024<br>Time: 1:30 p.m.<br>Place: 7th Floor Ctrm 28 |

  The Court has considered the Debtor's Motion For Authority to Use Cash Collateral on an Interim and Final Basis ("Motion"). A final hearing was held on the above date and time. Steven R. Fox appeared for the Debtor-in-Possession. Raffi Khatchadourian appeared for Bank of America, N.A. Jason Blumberg appeared for the United States Trustee. Rebecca Wicks appeared for Kapitus, LLC. Bank of America and Kapitus LLC will be referred to in this order collectively as the "Secured Creditors" for convenience.

Good cause appearing, the Court finding that entities asserting interests in cash collateral will be adequately protected by the relief afforded to them in the Motion and in this Order, the Court orders as follows:

1. The Motion is granted on a final basis through September 21, 2024. The Debtor is authorized to use cash collateral on a final basis, pursuant to the budget appended to this Motion, subject to the conditions below.

2. The Debtor is authorized to deviate from the amounts set forth in the budget in the percentages specified in the Motion without any notification to the Secured Creditors.

3. The request to rollover any unused expense allowance from week to week by category is approved.

4. If actual gross revenues exceed projected gross revenues, the Debtor may apply up to 75% of such excess (beyond the projected gross revenues) to costs of goods sold and the balance of such excess to expenses.

5. As adequate protection, the Secured Creditors are granted replacement lien in all post-petition assets of the Debtor, other than avoidance power actions and recoveries.

6. The replacement lien granted here shall have the same validity, extent and priority (and shall be subject to the same defenses) as the Secured Creditors' liens held in prepetition collateral.

7. This Order does not affect the power of any party-in-interest to challenge the validity, extent, amount, or nature of the lien asserted by any creditor.

8. The Debtor shall pay $1,900 monthly to Bank of America, N.A., during the term of this period of usage on the payment schedule set forth in the budget but at the amount of $1,900 for all such payments.

9. In addition to the replacement lien ordered above, the Debtor shall provide to Kapitus, LLC on a monthly basis, due the 20 days of each month beginning with the July report due August 20 2024, monthly reports in the form of a

1. budget to actual report, a profit & loss statement and a report tracking the Debtor's inventory including values.

10. The Debtor is authorized and directed to take all actions necessary to implement the relief granted in this Order.

11. A further hearing on cash collateral is set for September 9, 2024, at 9:00 a.m. with the Debtor to use the same DCN. The Debtor shall file a notice of hearing and a further request to use cash collateral on or before August 5, 2024 and shall include a supplemental budget with the request. The notice and request shall be served on the affected parties, the 20 largest unsecured creditors and the U.S. Trustee. Oppositions, if any shall be filed and served not later than August 30, 2024.

Dated: July 23, 2024

_____
Fredrick E. Clement
United States Bankruptcy Judge

1  Approved as to form:
2
3  Hemar, Russo & Heald, LLP
4
5  *Raffi Khatchadourian* (signature)
   _____
6  Raffi Khatchadourian
7  Attorney for Bank of America, N.A.
8
9  Buchalter
10
11
12 *Rebecca Wicks* (signature)
   _____
13 Rebecca Wicks,
14 Attorney for Kapitus, LLC

Mini Mania, Inc.  
24-22456  
Projection of Cash Receipts and Disbursements

Through Period Ending 9/21/24

| For the week ending: | Week 1<br>6/8/24 | Week 2<br>6/15/24 | Week 3<br>6/22/24 | Week 4<br>6/29/24 | Week 5<br>7/6/24 |
|---|---|---|---|---|---|
| Revenue - Sales | 35,000 | 35,000 | 45,000 | 40,000 | 45,000 |
| Revenue - Freight | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 |
| Total Receipts | 41,500 | 41,500 | 51,500 | 46,500 | 51,500 |
| | | | | | |
| Disbursements | | | | | |
| COGS Freight | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 |
| COGS Parts & Material | 21,000 | 24,000 | 30,000 | 27,000 | 30,000 |
| Adequate Protection - BofA | | | | | |
| Advertising/Marketing | 500 | 500 | 500 | 500 | 500 |
| Bank & CC Fees | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Bookkeeping | | 500 | | | 500 |
| Insurance [Table 1] | 468 | 6,918 | | 96 | 653 |
| Payroll - Admin, PR Tax + Fees | | 27,000 | | | 27,000 |
| Office & Admin Expenses | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 |
| Rent | 5,000 | | | | 5,000 |
| Repairs & Maintenance | 750 | 750 | 750 | 750 | 750 |
| Supplies | | 1,500 | | 1,500 | |
| Utility Exp | 1,500 | | 1,500 | 500 | 1,500 |
| US Trustee Fee | | | | | |
| Total Disbursements | 37,618 | 69,568 | 41,150 | 38,746 | 74,303 |
| Net Operating Cash Flows | 3,882 | (28,068) | 10,350 | 7,754 | (22,803) |
| | | | | | |
| Beginning Cash as of 6/4/24 | 30,000 | | | | |
| Projected Ending Cash | 33,882 | 5,813 | 16,163 | 23,918 | 1,114 |

Mini Mania, Inc.  
24-22456  
Projection of Cash Receipts and Disbursements

Through Period  
Ending 9/21/24

| For the week ending: | Week 6 7/13/24 | Week 7 7/20/24 | Week 8 7/27/24 | Week 9 8/3/24 | Week 10 8/10/24 |
|---|---|---|---|---|---|
| Revenue - Sales | 40,000 | 45,000 | 45,000 | 45,000 | 45,000 |
| Revenue - Freight | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 |
| Total Receipts | 46,500 | 51,500 | 51,500 | 51,500 | 51,500 |
| Disbursements | | | | | |
| COGS Freight | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 |
| COGS Parts & Material | 27,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| Adequate Protection - BofA | | | | 1,900 | |
| Advertising/Marketing | 500 | 500 | 500 | 500 | 500 |
| Bank & CC Fees | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Bookkeeping | | 500 | | 500 | |
| Insurance [Table 1] | 799 | 5,419 | | 281 | 615 |
| Payroll - Admin, PR Tax + Fees | | 27,000 | | 27,000 | |
| Office & Admin Expenses | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 |
| Rent | | | | 5,000 | |
| Repairs & Maintenance | 750 | 750 | 750 | 750 | 750 |
| Supplies | 1,500 | | 1,500 | | 1,500 |
| Utility Exp | | 1,500 | 500 | 1,500 | |
| US Trustee Fee | | | 748 | | |
| Total Disbursements | 38,949 | 74,069 | 42,398 | 75,831 | 41,765 |
| Net Operating Cash Flows | 7,551 | (22,569) | 9,102 | (24,331) | 9,735 |
| | | | | | |
| Beginning Cash as of 6/4/24 | | | | | |
| Projected Ending Cash | 8,665 | (13,904) | (4,802) | (29,133) | (19,398) |

Mini Mania, Inc.  
24-22456  
Projection of Cash Receipts and Disbursements

Through Period  
Ending 9/21/24

| For the week ending: | Week 11<br>8/17/24 | Week 12<br>8/24/24 | Week 13<br>8/31/24 | Week 14<br>9/7/24 | Week 15<br>9/14/24 |
|---|---:|---:|---:|---:|---:|
| Revenue - Sales | 45,000 | 45,000 | 45,000 | 45,000 | 50,000 |
| Revenue - Freight | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 |
| Total Receipts | 51,500 | 51,500 | 51,500 | 51,500 | 56,500 |
| Disbursements | | | | | |
| COGS Freight | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 |
| COGS Parts & Material | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| Adequate Protection - BofA | | | | 1,900 | |
| Advertising/Marketing | 500 | 500 | 500 | 500 | 500 |
| Bank & CC Fees | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Bookkeeping | 500 | | | 500 | |
| Insurance [Table 1] | 6,072 | | 281 | 468 | 984 |
| Payroll - Admin, PR Tax + Fees | 27,000 | | 27,000 | | 27,000 |
| Office & Admin Expenses | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 |
| Rent | | | | 5,000 | |
| Repairs & Maintenance | 750 | 750 | 750 | 750 | 750 |
| Supplies | | 1,500 | | 1,500 | |
| Utility Exp | 1,500 | 500 | | 1,500 | |
| US Trustee Fee | | | | | |
| Total Disbursements | 74,722 | 41,650 | 66,931 | 50,518 | 67,634 |
| Net Operating Cash Flows | (23,222) | 9,850 | (15,431) | 982 | (11,134) |
| | | | | | |
| Beginning Cash as of 6/4/24 | | | | | |
| Projected Ending Cash | (42,619) | (32,769) | (48,200) | (47,218) | (58,353) |

Mini Mania, Inc.  
24-22456  
Projection of Cash Receipts and Disbursements

Through Period  
Ending 9/21/24

| For the week ending: | Week 16 9/21/24 | Totals |
|---|---|---|
| Revenue - Sales | 50,000 | 700,000 |
| Revenue - Freight | 6,500 | 104,000 |
| Total Receipts | 56,500 | 804,000 |
| | | |
| Disbursements | | |
| COGS Freight | 5,500 | 88,000 |
| COGS Parts & Material | 30,000 | 459,000 |
| Adequate Protection - BofA | | 3,800 |
| Advertising/Marketing | 500 | 8,000 |
| Bank & CC Fees | 1,500 | 24,000 |
| Bookkeeping | 500 | 3,500 |
| Insurance [Table 1] | 5,234 | 28,288 |
| Payroll - Admin, PR Tax + Fees | | 189,000 |
| Office & Admin Expenses | 1,400 | 22,400 |
| Rent | | 20,000 |
| Repairs & Maintenance | 750 | 12,000 |
| Supplies | 1,500 | 12,000 |
| Utility Exp | 1,500 | 13,500 |
| US Trustee Fee | | 748 |
| Total Disbursements | 48,384 | 884,237 |
| Net Operating Cash Flows | 8,116 | (80,237) |
| | | |
| Beginning Cash as of 6/4/24 | | |
| Projected Ending Cash | (50,237) | (50,237) |

Mini Mania, Inc.
24-22456
Footnotes

| | |
|---|---|
| Revenue - Sales | Cash receipts are projected based on anticipated invoicing volume. |
| Revenue - Freight | Cash receipts are projected based on anticipated invoicing volume. |
| COGS Freight | COGS Freight based on projected costs for freight. |
| COGS Parts & Material | COGS Parts & Material based on projected costs for products. |
| Advertising/Marketing | Based on costs anticipated for marketing efforts. |
| Bank & CC Fees | Based on current costs for bank service charges and fees and credit card processing fees. |
| Bookkeeping | Fee for monthly bookkeeping including reconciliation of accounts and financial statement preparation. |
| Insurance [Table 1] | Based on employee insurance benefits, liability insurance, and worker's comp. |
| Payroll - Admin, PR Tax + Fees | Based on current costs for administration, employer taxes and payroll fees. |
| Office & Admin Expenses | Based upon historical average office expenses for computers, software, admin expenses, supplies, etc. |
| Rent | Rent is $5,000 per month. |
| Repairs & Maintenance | Based on costs for building, equipment, and warranty repairs. |
| Supplies | Based on current costs for workshop, mechanic, and safety supplies. |
| Utility Exp | Based on current costs for phone service, electric, gas, water. |
| US Trustee Fee | Based on the current fee schedule for the US Trustee, the fee is .4% of quarterly disbursements. |

Mini Mania, Inc.
24-22456
Insurance Table

| Insurance | 6/8/24 Week 1 | 6/15/24 Week 2 | 6/22/24 Week 3 | 6/29/24 Week 4 | 7/6/24 Week 5 | 7/13/24 Week 6 | 7/20/24 Week 7 | 7/27/24 Week 8 | 8/3/24 Week 9 |
|---|---|---|---|---|---|---|---|---|---|
| General Liability | 468 | | | | 468 | | | | |
| Worker's Comp (approx.) | | 185 | | | 185 | | 185 | | 185 |
| Life Insurance | | | | 96 | | | | | 96 |
| Dental Insurance | | 653 | | | | 653 | | | |
| Medical Insurance | | 4,534 | | | | | 4,534 | | |
| Business Personal Property | | 1,400 | | | | | 700 | | |
| Vision Insurance | | 146 | | | | 146 | | | |
| Total | 468 | 6,918 | - | 96 | 653 | 799 | 5,419 | - | 281 |

Mini Mania, Inc.
24-22456
Insurance Table

| | 8/10/24 | 8/17/24 | 8/24/24 | 8/31/24 | 9/7/24 | 9/14/24 | 9/21/24 |
|---|---|---|---|---|---|---|---|
| Insurance | Week 10 | Week 11 | Week 12 | Week 13 | Week 14 | Week 15 | Week 16 |
| General Liability | 468 | | | | 468 | | |
| Worker's Comp (approx.) | | 185 | | 185 | | 185 | |
| Life Insurance | | | | | 96 | | |
| Dental Insurance | | 653 | | | | 653 | |
| Medical Insurance | | 4,534 | | | | | 4534 |
| Business Personal Property | | 700 | | | | | 700 |
| Vision Insurance | 146 | | | | | 146 | |
| Total | 615 | 6,072 | - | 281 | 468 | 984 | 5,234 |