3
THE FOX LAW CORPORATION, INC.
Steven R. Fox CBN 138808
17835 Ventura Blvd., Ste 306
Encino, CA 91316
Ph. (818) 774-3545 Fax. (818) 774-3707
srfox@foxlaw.com

Counsel for Debtor-in-Possession
Mini Mania, Inc.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No.: 24-22456-A-11 |
| | DCN: SRF 006 |
| Mini Mania, Inc. | CHAPTER 11 |
| Debtor. | EMERGENCY MOTION FOR ORDER LIMITING NOTICE OF CERTAIN MATTERS REQUIRING NOTICE TO CREDITORS PURSUANT TO RULES 2002 AND 9007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE |
| | Memorandum and Declaration concurrently filed |
| _____ | No hearing requested |

Mini Mania, ("Debtor" or "Mini"), the Debtor and Debtor in Possession in the above captioned chapter 11 case, hereby moves the Court, on an emergency basis without a hearing, for an order authorizing the Debtor to limit notice of certain matters requiring notice to creditors, pursuant to the provisions of Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure ("the Motion")

The Court has directed that the Debtor provide notice of the filing of the bankruptcy case to some 1130 creditors who provided orders prepetition to the Debtor for products or services (the "retail creditors"). The typical size of these orders is between $40.00 and $230.00. The legal interest of most, if not all, of

- 1 -

the retail creditors, will be slight. The cost to Mini to mail notices to these 1130 creditors, through a mailing house, will be approximately $1785.40, assuming a mailing of 5 pages that is reduced in size to fit onto 2 pages. The mailing house will add an additional cover page. Attached as Exhibit "A" is a cost estimated generated by CertificateOfService.com, a mailing house the Debtor intends to rely on to provide service to the retail creditors. The company is regularly used by attorneys for bankruptcy case mailings.

Granting the relief requested herein is appropriate because: (1) the Debtor, by August 12, 2024, will schedule some 1130 retail creditors who would need to be served with various notices and motions; (2) the estate and creditors thereof will be better served by an immediate preservation of cash, rather than the expenditure of funds to serve notice to retail creditors whose interest in particular matters will be slight; (3) they will not be prejudiced by granting the relief sought in this Motion because the Debtor will serve all notices and motion on any party that requests special notice of the same; and (4) the Debtor will still serve notices on matters of critical important in this case on the Committee.

Also, the mailing of notices of all pleadings and other documents in the Debtor's case to the retail creditors would be both impractical, as well as impose a heavy administrative burden upon the Debtor's estate.

In accordance with the foregoing, the Debtor requests that the Court enter an order, on or before August 9, 2024 - as the mailing to the retail creditors will be done on August 12, 2024 - with the order to limit notice such that, with the exceptions set forth below, service of notice of matters in this case shall be limited to the following parties: (a) the Office of the United States Trustee; (b) the members of the recently appointed Official Committee of Unsecured Creditors (the "Committee"), in lieu of the Debtor's twenty largest unsecured creditors or its counsel; (c) any party holding a security interest in the Debtor's assets (herein

1  "Secured Creditors"); (d) any party against whom direct relief is sought by a
2  motion, application or otherwise; and (e) all parties requesting special notice. The
3  request that the order be entered by August 8th is so that the Court's order limiting
4  notice can be included in the mailing by the mailing house on August 12th to the

5      This Motion is made and based upon itself, the Memorandum of Points and
6  Authorities appended hereto, the Declaration of Jonathan Harvey filed
7  concurrently herewith, all pleadings, papers and records on file with this Court,
8  and upon such other evidence, oral or documentary, as may be presented to this
9  Court at or prior to the hearing on this Motion.

10      In light of the limited scope of the requested relief, the consequent benefit to
11  the Debtor's estate, and the absence of any prejudice to any creditor or party in
12  interest, the Debtor respectfully requests that the Court enter an order granting this
13  Motion without a hearing not later than August 8, 2024, so that the Order can be
14  included in the mailing on August 12, 2024, that the Debtor will make on the
15  retail creditors.

16  Dated:  August 6, 2024

17                                              THE FOX LAW CORPORATION, INC.

18                                              By: /s/ Steven R. Fox
19                                              Steven R. Fox, Attorney for Mini Mania, Inc.