THE FOX LAW CORPORATION
Steven R. Fox, SBN 138808
17835 Ventura Boulevard, Suite 306
Encino, California 91316
(818) 774-3545
Fax (818) 774-3707
srfox@foxlaw.com

Counsel for Mini Mania, Inc.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>Mini Mania, Inc.,<br><br>        Debtor<br><br>_____ | CASE NO: 24:22456 -A -11<br>DCN SRF 006<br><br>CHAPTER 11<br><br>**ORDER GRANTING EMERGENCY MOTION FOR ORDER LIMITING NOTICE OF CERTAIN MATTERS REQUIRING NOTICE TO CREDITORS PURSUANT TO RULES 2002 AND 9007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**<br><br>Date: No hearing set<br>Time:<br>Place: |

    The Court has considered the above named Motion. The Motion seeks to limit notice on certain creditors referred to as the "retail creditors", those creditors holding claims against the Debtor based on deposits provided to the Debtor for product not delivered as of the petition date or based on requests for refunds made prepetition against the Debtor. An Official Committee of Unsecured Creditors was formed.

    Good cause appearing, the Court orders as follows:

- 1 -

1. The Motion be, and the Motion hereby is, ~~granted~~ denied.

~~2. The Debtor shall not be required to provide notice of hearings or other matters to the retail creditors.~~

~~3. The Debtor shall provide notice of this Order together with a form request for special notice that retail creditors may file with the Court.~~

~~4. Service of notice of matters in this case shall be limited to the following parties: (a) the Office of the United States Trustee; (b) the members of the recently appointed Official Committee of Unsecured Creditors (the "Committee"), in lieu of the Debtor's twenty largest unsecured creditors or its counsel; (c) any party holding a security interest in the Debtor's assets (herein, "Secured Creditors"); (d) any party against whom direct relief is sought by a motion, application or otherwise; and (e) all parties requesting special notice.~~

2. These creditors should have been noticed when the petition was filed; had they been included in the original matrix noticing would have been at no cost to the debtor.

3. The court has ordered that Schedules E/F be amended and that these creditors be given notice not later than August 12, 2024. Order pars. 2, ECF No. 94. No enlargement of that date will be granted.

Dated: August 07, 2024

Fredrick E. Clement
United States Bankruptcy Judge

- 2 -