**Fill in this information to identify the case:**

Debtor name **Mini Mania Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) **24-22456 A-11**

■ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 | $200.00 |

**2.1** Priority creditor's name and mailing address
**Bureau of Automotive Repair**
**LICENSING UNIT**
**P.O. BOX 989001**
**WEST SACRAMENTO, CA**
**95798-9001**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Fees.**

Is the claim subject to offset?
■ No
☐ Yes

Total claim **$200.00**    Priority amount **$200.00**

---

**2.2** Priority creditor's name and mailing address
**California Dept of Tax & Fee Admin**
**Bankruptcy Team MIC: 74**
**PO Box 942879**
**Sacramento, CA 94279-3555**

Date or dates debt was incurred
**April, 2024**

Last 4 digits of account number **8315**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**1st Quarter 2024**

Is the claim subject to offset?
■ No
☐ Yes

Total claim **$8,253.76**    Priority amount **$8,253.76**

| Debtor | **Mini Mania Inc.** | Case number (if known) | **24-22456 A-11** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Employment Development Department**
**Bankruptcy Group MIC 92E**
**PO Box 826880**
**Sacramento, CA 94280-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notification purposes.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy, PIT MS A340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notification purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notification purposes.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$146.00** | **$146.00** |
|---|---|---|---|---|

**Ohio Bureau of Workers Compensation**
**30 W. Spring St**
**Columbus, OH 43215-2256**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Workers compensation fees**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor  **Mini Mania Inc.**                    Case number (if known)   24-22456 A-11
_____                                _____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.00 | $174.00 |

**US Customs and Borders**
**Office of Chief Counsel**
**1300 Pennsylvania Ave Ste 4.4-B**
**Washington, DC 20229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**(Address pulled from CBP website [process address])**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |

| 3.1 | Nonpriority creditor's name and mailing address | $152.21 |

**A Charlton**
**PO Box 1930**
**Beaverton,, OR 97075**

**Date(s) debt was incurred**  4/26/2024
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | $230.78 |

**A Perez**
**8609 Garnet Crest Ct**
**Elk Grove,, CA 95624**

**Date(s) debt was incurred**  8/29/2023
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | $75.00 |

**Aa Auto Service &Tire Llc.**
**2458 N Highway 89 Ste 1**
**Ogden,, UT 84404**

**Date(s) debt was incurred**  4/22/2024
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | $735.59 |

**Aaron Duran**
**202 Panetta Ave Unit 4**
**Santa Cruz,, CA 95060**

**Date(s) debt was incurred**  5/31/2024
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | $134.92 |

**Aaron Joos**
**23 Boudle Rd**
**Stewartstown,, NH 03576**

**Date(s) debt was incurred**  4/23/2024
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address

**Aaron Pass**
978 Se 12th St
North Bend,, WA 98045

Date(s) debt was incurred  **5/5/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$36.67**

---

**3.7** | Nonpriority creditor's name and mailing address

**Aaron Shores**
1126 Bella Vista Ave
Oakland,, CA 94610

Date(s) debt was incurred  **4/26/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$345.98**

---

**3.8** | Nonpriority creditor's name and mailing address

**Aaron Sphar**
1194 Georgia Ave
Harrisville,, UT 84404

Date(s) debt was incurred  **5/29/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$48.70**

---

**3.9** | Nonpriority creditor's name and mailing address

**Aaron Trudeau**
4416 W Las Palmaritas Dr
Glendale,, AZ 85302-6620

Date(s) debt was incurred  **4/18/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.83**

---

**3.10** | Nonpriority creditor's name and mailing address

**AARP (Amer Assn of Retired Persons)**
United Healthcare Insurance Co
PO BOX 660291
DALLAS, TX 75266-0291

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

**$274.80**

---

**3.11** | Nonpriority creditor's name and mailing address

**Abacus Racing**
1372 Baker Rd
Virginia Beach,, VA 23455

Date(s) debt was incurred  **10/5/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$190.41**

---

**3.12** | Nonpriority creditor's name and mailing address

**Abraham Askenazi**
380 El Pueblo Rd
Scotts Valley,, CA 95066

Date(s) debt was incurred  **5/26/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$101.12**

---

Debtor    **Mini Mania Inc.**
_____
Name

Case number (if known)    24-22456 A-11

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,195.60**

**ABS MOTORSPORT**
**UNIT 40, BINBROOK TECHNICAL PARK**
**BINBROOK**
**LINCOLNSHIRE, LN8 6HF**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor/services.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$197.11**

**Adam Kirkham**
**20205 Old State Rd**
**Haubstadt,, IN 47639-9220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/11/2024__

**Basis for the claim:** __Customer Refund__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$236.13**

**Adam Kovacik**
**1014 Timberline Ave**
**Bremerton,, WA 98312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/12/2024__

**Basis for the claim:** __Customer Deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$79.76**

**Adam Sebesta**
**23971 Forest View Dr**
**Land O Lakes,, FL 34639-4849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/20/2024__

**Basis for the claim:** __Customer Deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$975.50**

**Adam Steelman**
**3000 S Hanley Rd**
**Maplewood,, MO 63143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/9/2024__

**Basis for the claim:** __Customer Deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$161.46**

**Adams Apple**
**203 Sandberg St**
**Thousand Oaks,, CA 91360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/29/2024__

**Basis for the claim:** __Customer Deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$128.44**

**Addyson Brereton**
**165 E Walnut St**
**Long Beach,, NY 11561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/26/2024__

**Basis for the claim:** __Customer Deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address

**Adkins Race Cars**
**10397 Plank Rd**
**Milan,, MI 48160**

Date(s) debt was incurred  10/23/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$412.50**

---

**3.21** | Nonpriority creditor's name and mailing address

**ADP Payroll Small Business Services**
**Attn: CEO, President, Officer**
**6300 Canoga Ave Ste 400B**
**Woodland Hills, CA 91367**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Payroll processor. Debtor believes this was paid.**

Is the claim subject to offset? ■ No ☐ Yes

**$18,608.40**

---

**3.22** | Nonpriority creditor's name and mailing address

**Adrian Weatherford**
**47-230 Kamehameha Hwy**
**Kaneohe,, HI 96744-4734**

Date(s) debt was incurred  5/28/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$849.67**

---

**3.23** | Nonpriority creditor's name and mailing address

**Adriano Jorge**
**33 Kildee Rd**
**Belle Mead,, NJ 08502**

Date(s) debt was incurred  4/18/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$575.69**

---

**3.24** | Nonpriority creditor's name and mailing address

**Advance Auto Parts**
**2402 E Silver Springs Blvd**
**Ocala,, FL 34470**

Date(s) debt was incurred  4/10/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$116.71**

---

**3.25** | Nonpriority creditor's name and mailing address

**ADVANCED PERFORMANCE TECHNOLOGY**
**595 Iowa Ave Ste C**
**RIVERSIDE, CA 92507**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/services.**

Is the claim subject to offset? ■ No ☐ Yes

**$619.20**

---

**3.26** | Nonpriority creditor's name and mailing address

**Ahmad Alnigrish**
**1319 Iris Ln**
**Lewisville,, TX 75067**

Date(s) debt was incurred  4/18/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$8.76**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.18** |

**Aidin Davoudi**
**145 Tyee Dr #4889**
**Point Roberts,, WA 98281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/16/2024**

**Basis for the claim:**  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.75** |

**Aimee Whitfield**
**PO Box 1543**
**46245 Selenium Lane**
**Big Bear City,, CA 92314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/5/2024**

**Basis for the claim:**  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39.35** |

**Alain Lacasse**
**661 Dixon Rd**
**Venice,, FL 34292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/14/2024**

**Basis for the claim:**  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$326.21** |

**Alan Billups**
**123 Town Square Place #235**
**Jersey City,, NJ 07310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/19/2024**

**Basis for the claim:**  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$77.85** |

**Alan Wise**
**440 Vincent Ct**
**Middletown,, OH 45042-4903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/10/2024**

**Basis for the claim:**  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39.55** |

**Albert Herrington**
**3012 Barcody Rd Se**
**Huntsville,, AL 35802-1111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/23/2024**

**Basis for the claim:**  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$990.05** |

**Alberto Barba Gomez**
**Paseo De Los Valles 1020, Cond. Florenci**
**Fracc. Valle Real**
**Mexico**
**Zapopan,   45019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/16/2024**

**Basis for the claim:**  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number *(if known)* | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

**3.34** | Nonpriority creditor's name and mailing address
Alejandro Gonzalez
13036 Sycamore Ave #B
Chino,, CA 91710

Date(s) debt was incurred  **9/27/2023**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$62.25**

---

**3.35** | Nonpriority creditor's name and mailing address
Alejandro Juan Silveti Barry
Boulevard Bosque Real #43
Torre 1 G-2
Mexico
Huixquilucan,  52774

Date(s) debt was incurred  **4/10/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$225.02**

---

**3.36** | Nonpriority creditor's name and mailing address
Alex Harrison
1661 N Bell Ave Apt 3
Chicago,, IL 60647-0041

Date(s) debt was incurred  **4/10/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.30**

---

**3.37** | Nonpriority creditor's name and mailing address
Alex Reethof
630 Gunby Rd Se
Marietta,, GA 30067-5132

Date(s) debt was incurred  **2/29/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$216.17**

---

**3.38** | Nonpriority creditor's name and mailing address
Alex Zavarro
14 Poko Pl
Hilo,, HI 96720-2238

Date(s) debt was incurred  **4/29/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$32.02**

---

**3.39** | Nonpriority creditor's name and mailing address
Alexander Kunz
27 Ann St
Verona,, NJ 07044-1905

Date(s) debt was incurred  **4/3/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$26.55**

---

**3.40** | Nonpriority creditor's name and mailing address
Alexander Perez
2501 Brass Lantern Dr
La Habra,, CA 90631

Date(s) debt was incurred  **4/24/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$276.74**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.41**

**Nonpriority creditor's name and mailing address**
ALEXANDER RACING ENTERPRISES
324 Progress Ave
WATERLOO, IA 50701

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

**$298.20**

---

**3.42**

**Nonpriority creditor's name and mailing address**
Alexander Shedina
4215 78th Way N
Saint Petersburg,, FL 33709

Date(s) debt was incurred  **4/28/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$774.50**

---

**3.43**

**Nonpriority creditor's name and mailing address**
Aliyah Humphrey
1526 E 31St St
Oakland,, CA 94602-1061

Date(s) debt was incurred  **5/30/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$34.90**

---

**3.44**

**Nonpriority creditor's name and mailing address**
Allan Warner
462A Tunxis Ave
Bloomfield,, CT 06002-1127

Date(s) debt was incurred  **5/13/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$67.58**

---

**3.45**

**Nonpriority creditor's name and mailing address**
Allen Electrical Contracting
10486 Cohasset Rd
Chico,, CA 95973

Date(s) debt was incurred  **5/1/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$248.75**

---

**3.46**

**Nonpriority creditor's name and mailing address**
Allfab, Inc.
MINI-FINI
2273 WILLIAMS RD.
COLUMBUS, OH 43207-5121

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/services.**

Is the claim subject to offset? ■ No ☐ Yes

**$1,010.71**

---

**3.47**

**Nonpriority creditor's name and mailing address**
Alternative Beemer Service
1303 N 2Nd St
Rogers,, AR 72756-2413

Date(s) debt was incurred  **4/16/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$180.21**

---

| Debtor | **Mini Mania Inc.** | Case number (if known)   24-22456 A-11 |
|---|---|---|
| | Name | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.81** |
|---|---|---|---|

**Amanda Pachler**
725 Coach Light Dr
Fern Park,, FL 32730-3119

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **9/1/2023**

**Basis for the claim:**  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$134.90** |
|---|---|---|---|

**American Express Business Blue**
PO BOX 981535
EL PASO, TX 79998-1535

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Business credit card.**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,784.21** |
|---|---|---|---|

**American Express Business Blue**
PO BOX 981535
EL PASO, TX 79998-1535

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Business credit card.**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,644.34** |
|---|---|---|---|

**American Express National Bank**
4315 South 2700 West
Salt Lake City, UT 84184

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Credit card. Business platinum**

Last 4 digits of account number  **1000**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,273.96** |
|---|---|---|---|

**American Express National Bank**
4315 South 2700 West
Salt Lake City, UT 84184

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Credit card. Business blue**

Last 4 digits of account number  **1008**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,586.10** |
|---|---|---|---|

**American Express National Bank**
4315 South 2700 West
Salt Lake City, UT 84184

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Credit card in Debtor's President's name used for Debtor's business.**

Last 4 digits of account number  **1006**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26.00** |
|---|---|---|---|

**Amy Miller**
104 Antonia St
Johnstown,, PA 15905-2939

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **4/29/2024**

**Basis for the claim:**  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
| | Name | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $301.09 |
|------|------|------|------|
| | **Andres Martinez** | ☐ Contingent | |
| | **860 Harbor Dr** | ☐ Unliquidated | |
| | **Key Biscayne,, FL 33149-1745** | ☐ Disputed | |
| | Date(s) debt was incurred  **4/6/2024** | Basis for the claim:  **Customer Deposit** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.90 |
|------|------|------|------|
| | **Andrew Anderson** | ☐ Contingent | |
| | **4854 Linda Dr** | ☐ Unliquidated | |
| | **Geneva,, OH 44041** | ☐ Disputed | |
| | Date(s) debt was incurred  **5/31/2024** | Basis for the claim:  **Customer Refund** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.17 |
|------|------|------|------|
| | **Andrew Andraka** | ☐ Contingent | |
| | **3015 Temple Rd** | ☐ Unliquidated | |
| | **Sumter,, SC 29153** | ☐ Disputed | |
| | Date(s) debt was incurred  **4/18/2024** | Basis for the claim:  **Customer Deposit** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $959.40 |
|------|------|------|------|
| | **Andrew Darrach** | ☐ Contingent | |
| | **Site 3 Box 52 Rr 3** | ☐ Unliquidated | |
| | **Canada, T1V 1N3** | ☐ Disputed | |
| | **High River,, AB** | | |
| | Date(s) debt was incurred  **5/3/2024** | Basis for the claim:  **Customer Deposit** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,525.34 |
|------|------|------|------|
| | **Andrew Droole** | ☐ Contingent | |
| | **124 Queen Isabela Ct.** | ☐ Unliquidated | |
| | **Hutchinson Island,, FL 34949** | ☐ Disputed | |
| | Date(s) debt was incurred  **12/15/2023** | Basis for the claim:  **Customer Refund** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216.04 |
|------|------|------|------|
| | **Andrew Fesler** | ☐ Contingent | |
| | **1825 Butters Rd.** | ☐ Unliquidated | |
| | **Carlsbad,, CA 92008** | ☐ Disputed | |
| | Date(s) debt was incurred  **12/5/2023** | Basis for the claim:  **Customer Deposit** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.05 |
|------|------|------|------|
| | **Andrew Hill** | ☐ Contingent | |
| | **209 Wilton Rd E** | ☐ Unliquidated | |
| | **Ridgefield,, CT 06877-5720** | ☐ Disputed | |
| | Date(s) debt was incurred  **5/14/2024** | Basis for the claim:  **Customer Deposit** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Mini Mania Inc.**

Name

Case number (if known)   24-22456 A-11

---

**3.62**   **Nonpriority creditor's name and mailing address**
**Andrew Kissner**
**838 W Sublette St**
**Pocatello,, ID 83204-2806**

Date(s) debt was incurred  **5/20/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$80.38**

---

**3.63**   **Nonpriority creditor's name and mailing address**
**Andrew Morgan**
**P.O. Box 179**
**Kaaawa,, HI 96730-0179**

Date(s) debt was incurred  **5/25/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$107.17**

---

**3.64**   **Nonpriority creditor's name and mailing address**
**Andrew Strawbridge**
**PO Box 198900**
**Pmb 303**
**Hawi,, HI 96719-8900**

Date(s) debt was incurred  **5/9/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$91.30**

---

**3.65**   **Nonpriority creditor's name and mailing address**
**Andrew Surratt**
**2112 Abbott Ave**
**Ann Arbor,, MI 48103**

Date(s) debt was incurred  **5/8/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$245.12**

---

**3.66**   **Nonpriority creditor's name and mailing address**
**Andrew Thomas**
**21796 Sw Meadow Ter**
**Sherwood,, OR 97140-9724**

Date(s) debt was incurred  **2/21/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$54.18**

---

**3.67**   **Nonpriority creditor's name and mailing address**
**Andy Herringshaw**
**391 Sunshine Acres Dr**
**Eugene,, OR 97401**

Date(s) debt was incurred  **3/11/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$31.23**

---

**3.68**   **Nonpriority creditor's name and mailing address**
**Andy Hoffman**
**79 S 1St St**
**Campbell,, CA 95008**

Date(s) debt was incurred  **5/28/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$115.81**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.69** | **Nonpriority creditor's name and mailing address**

**Andy Olafson**
**508 Central Ave Se**
**Bemidji,, MN 56601**

Date(s) debt was incurred  **3/29/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$60.36**

---

**3.70** | **Nonpriority creditor's name and mailing address**

**Andy Ray**
**21 Knox Ln**
**Berwick,, ME 03901**

Date(s) debt was incurred  **5/10/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$37.35**

---

**3.71** | **Nonpriority creditor's name and mailing address**

**Andy Wojack**
**832 Delaware Ave. #F**
**Grafton,, WI 53024**

Date(s) debt was incurred  **12/27/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$18.73**

---

**3.72** | **Nonpriority creditor's name and mailing address**

**Angel Lopez**
**Parque Del Monte**
**Ma 2 Via Del Monte**
**Trujillo Alto,, PR 00976**

Date(s) debt was incurred  **4/22/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$163.09**

---

**3.73** | **Nonpriority creditor's name and mailing address**

**ani  u ic**
**Vrh, Na Placu 18**
**Croatia**
**Krk,  51500**

Date(s) debt was incurred  **3/20/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$680.37**

---

**3.74** | **Nonpriority creditor's name and mailing address**

**Anie Johnson**
**1430 Fort Jesse Rd**
**Normal,, IL 61761-1982**

Date(s) debt was incurred  **3/14/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$347.68**

---

**3.75** | **Nonpriority creditor's name and mailing address**

**Ann Childers**
**1460 Hallinan Street**
**Lake Oswego,, OR 97034**

Date(s) debt was incurred  **2/28/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$61.57**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$182.81** |
|---|---|---|---|

**Anthony Ciaglia**
**26450 E Arbor Dr**
**Aurora,, CO 80016-6122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/24/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$104.73** |
|---|---|---|---|

**Anthony Georgetti**
**5739 Sunlight Dr**
**Erie,, PA 16509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/23/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$788.31** |
|---|---|---|---|

**Anthony Gonzalez**
**5714 Calaveras Way**
**San Antonio,, TX 78253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/14/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$110.02** |
|---|---|---|---|

**Anthony Seely**
**12472 Turquoise Terrace Pl**
**Castle Pines, CO 80108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/16/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,337.53** |
|---|---|---|---|

**Anthony Vitarelli**
**2020 Forest Ave Ste 1**
**San Jose,, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/6/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$66.40** |
|---|---|---|---|

**Aplus Marketing Services**
**2513 Violet Ave**
**Mcallen,, TX 78504-4585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/28/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$219.95** |
|---|---|---|---|

**Ari Agapekian**
**1511 9th Ave Apt 2**
**San Francisco,, CA 94122-3679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/2/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69.48** |
|---|---|---|---|

**Ari Freeman**
**864 Mountain View Dr**
**Lafayette,, CA 94549-4214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/14/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$584.72** |
|---|---|---|---|

**Aristotelis Fotiou**
**Foivou 9**
**Greece**
**Athens,   14578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/14/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.00** |
|---|---|---|---|

**Arlene Lillegard**
**4005 Bobolink Cir**
**Reno, NV 89508-6419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/29/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.24** |
|---|---|---|---|

**Arne Wallbrecher**
**3906 Alta Mesa Dr**
**Studio City,, CA 91604-4009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/21/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$172.03** |
|---|---|---|---|

**Art Fowler**
**1390 Poplar St**
**Walla Walla,, WA 99362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61.65** |
|---|---|---|---|

**Arthur Lima**
**55 Alharvey Rd.**
**Stonington,, CT 06378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/9/2023**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65.45** |
|---|---|---|---|

**Artomotive**
**4020 N 3 Bs And K Rd**
**Sunbury,, OH 43074-9201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/20/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

Debtor  **Mini Mania Inc.**                                    Case number (if known)   24-22456 A-11
_____
Name

| | |
|---|---|
| 3.90  **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.          **$362.09** |

**Asc. Electric**
**8232 Highway 941**
**Gonzales,, LA 70737**

Date(s) debt was incurred  **12/22/2023**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.91  **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.          **$301.23** |
|---|---|

**Ashby Jones**
**12128 Orange Crest Ct Unit 1**
**Lakeside,, CA 92040**

Date(s) debt was incurred  **3/27/2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92  **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.          **$440.58** |
|---|---|

**Ashley Wilson**
**11331 Old Scotland Rd**
**Glen Allen,, VA 23059-1858**

Date(s) debt was incurred  **2/27/2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.93  **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.          **$415.08** |
|---|---|

**Atelier Zone Rouge**
**354 Av De L'Empress**
**Canada, G5M 1N2**
**Rimouski,, QC**

Date(s) debt was incurred  **3/21/2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.94  **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.          **$994.75** |
|---|---|

**Automotive Service & Repairs**
**3/12 Travers St**
**Australia**
**Coconut Grove,, NT 00810**

Date(s) debt was incurred  **3/21/2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.95  **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.          **$781.52** |
|---|---|

**Azael Bustos**
**20 De Noviembre 106**
**Mexico**
**Toluca,   50070**

Date(s) debt was incurred  **4/1/2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.96  **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.          **$74.18** |
|---|---|

**B & C ACE Home Center**
**2032 NEVADA CITY HWY**
**GRASS VALLEY, CA 95945**

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.82 |
|---|---|---|---|

**Balbino Villanoz**
**16560 Circle Hill Ln**
**Hacienda Heights,, CA 91745-5508**

Date(s) debt was incurred  **5/13/2024**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,432.20 |
|---|---|---|---|

**Bank of America**
**Bk Dept SL1-908-01-50**
**4909 Savarese Circle**
**Tampa, FL 33634**

Date(s) debt was incurred

Last 4 digits of account number  **9732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card. Business cash rewards**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,890.90 |
|---|---|---|---|

**Bank of America**
**Bk Dept SL1-908-01-50**
**4909 Savarese Circle**
**Tampa, FL 33634**

Date(s) debt was incurred

Last 4 digits of account number  **3713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card. Business travel**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,457.58 |
|---|---|---|---|

**Bank of America**
**Bk Dept SL1-908-01-50**
**4909 Savarese Circle**
**Tampa, FL 33634**

Date(s) debt was incurred

Last 4 digits of account number  **3192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card. Commercial card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,973.85 |
|---|---|---|---|

**Bank of America**
**Bk Dept SL1-908-01-50**
**4909 Savarese Circle**
**Tampa, FL 33634**

Date(s) debt was incurred

Last 4 digits of account number  **1893**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card in Debtor's President's name used for Debtor's business.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,110.48 |
|---|---|---|---|

**Bank of America**
**Bk Dept SL1-908-01-50**
**4909 Savarese Circle**
**Tampa, FL 33634**

Date(s) debt was incurred

Last 4 digits of account number  **3259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card. Business cash rewards.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,280.58 |
|---|---|---|---|

**Bank of America Business MasterCard**
**PO BOX 660441**
**Dallas, TX 75266-0441**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business credit card.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

**3.104** | Nonpriority creditor's name and mailing address

**Bank of America Business MasterCard**
**PO BOX 660441**
**Dallas, TX 75266-0441**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business credit card.__

Is the claim subject to offset? ☐ No ☐ Yes

**$5,283.43**

---

**3.105** | Nonpriority creditor's name and mailing address

**Bank of America Business MasterCard**
**PO BOX 660441**
**Dallas, TX 75266-0441**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business credit card.__

Is the claim subject to offset? ■ No ☐ Yes

**$33,494.34**

---

**3.106** | Nonpriority creditor's name and mailing address

**Bank of America Commercial Visa**
**PO BOX 660441**
**Dallas, TX 75266-0441**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business credit card.__

Is the claim subject to offset? ☐ No ☐ Yes

**$30,433.30**

---

**3.107** | Nonpriority creditor's name and mailing address

**Bank of America Commercial Visa**
**Rick Beaty's Card**
**PO Box 660441**
**Dallas, TX 75266-0441**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business credit card.__

Is the claim subject to offset? ☐ No ☐ Yes

**$127.95**

---

**3.108** | Nonpriority creditor's name and mailing address

**Bank of America Commercial Visa**
**Jonathan Harvey's Card**
**PO Box 660441**
**Dallas, TX 75266-0441**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business credit card.__

Is the claim subject to offset? ☐ No ☐ Yes

**$10,120.39**

---

**3.109** | Nonpriority creditor's name and mailing address

**Bank of America Commercial Visa**
**Authorized Rep Card**
**PO Box 660441**
**Dallas, TX 75266-0441**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business credit card.__

Is the claim subject to offset? ☐ No ☐ Yes

**$1,307.55**

---

**3.110** | Nonpriority creditor's name and mailing address

**Bank of America Travel Visa**
**Jonathan's Card**
**PO BOX 660441**
**Dallas, TX 75266-0441**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business credit card.__

Is the claim subject to offset? ■ No ☐ Yes

**$24,011.46**

---

| Debtor | **Mini Mania Inc.** | Case number *(if known)* | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.111**   Nonpriority creditor's name and mailing address

**Bank of America Travel Visa**
**PO BOX 660441**
**Dallas, TX 75266-0441**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*     **$197.83**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business credit card.**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.112**   Nonpriority creditor's name and mailing address

**Bank of America Travel Visa Card**
**PO BOX 660441**
**Dallas, TX 75266-0441**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*     **$19,451.83**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business credit card.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113**   Nonpriority creditor's name and mailing address

**Bank of America Ultd Cash Rewards**
**PO BOX 660441**
**Dallas, TX 75266-0441**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*     **$9,681.73**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business credit card.**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.114**   Nonpriority creditor's name and mailing address

**Barko**
**Block B 291 Sprite Ave**
**Faerie Glen**
**South Africa**
**Pretoria,  00081**

Date(s) debt was incurred  **2/1/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*     **$232.92**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.115**   Nonpriority creditor's name and mailing address

**Barry Taft**
**1148 West First Street**
**Unit B**
**Reno, NV 89503**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*     **$25,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Loan**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.116**   Nonpriority creditor's name and mailing address

**Bartek Ringwelski**
**493 13th St**
**Brooklyn,, NY 11215-7183**

Date(s) debt was incurred  **9/25/2023**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*     **$416.66**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117**   Nonpriority creditor's name and mailing address

**Barton Miller**
**1167 Mill Creek Trl**
**Cleveland,, GA 30528-7300**

Date(s) debt was incurred  **5/17/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*     **$191.09**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number *(if known)* | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.118** | Nonpriority creditor's name and mailing address

**Bastian Auer**
**166 Prospect St**
**Wallingford,, VT 05773-9332**

Date(s) debt was incurred __2/26/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$213.59**

---

**3.119** | Nonpriority creditor's name and mailing address

**BEARING ENGINEERING**
**667 McCormick Street**
**SAN LEANDRO, CA 94577-1109**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Services.__

Is the claim subject to offset? ■ No ☐ Yes

**$2,699.14**

---

**3.120** | Nonpriority creditor's name and mailing address

**Ben Crowell**
**369 Burnt Hill Rd**
**New London,, NH 03257-5306**

Date(s) debt was incurred __4/24/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$156.79**

---

**3.121** | Nonpriority creditor's name and mailing address

**Ben Holdaway**
**190 Kenny Ave**
**Santa Cruz,, CA 95065**

Date(s) debt was incurred __2/26/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$127.67**

---

**3.122** | Nonpriority creditor's name and mailing address

**Ben Mansell**
**46 Baird St**
**Asheville,, NC 28801-2033**

Date(s) debt was incurred __5/1/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$4.77**

---

**3.123** | Nonpriority creditor's name and mailing address

**Ben Triplett**
**4505 Oakmoor Dr**
**Greensboro,, NC 27406-8677**

Date(s) debt was incurred __4/11/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

**$50.36**

---

**3.124** | Nonpriority creditor's name and mailing address

**Benito Bugedo**
**7110 S Kirkman Rd**
**Hampton Inn Orlando**
**Orlando,, FL 32819-9347**

Date(s) debt was incurred __4/11/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$332.39**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
|---|---|---|---|

**Benjamin Tarlow**
**3199 Albany Post Rd Ste 107F**
**Buchanan,, NY 10511-1636**

Date(s) debt was incurred  **6/20/2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19.68** |
|---|---|---|---|

**Beta Co. Ltd.**
**211 Tanglewood Ave**
**Charleston,, SC 29407-6776**

Date(s) debt was incurred  **4/28/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$264.64** |
|---|---|---|---|

**Bill Denton**
**733 W Cowman St**
**Eagle,, ID 83616-4957**

Date(s) debt was incurred  **4/13/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$487.36** |
|---|---|---|---|

**Bill Fogerson**
**6012 N Wickwood Rd**
**Peoria,, IL 61614-3529**

Date(s) debt was incurred  **4/14/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,526.20** |
|---|---|---|---|

**Bill Greenman**
**12804 Rattlesnake Rd**
**Grass Valley,, CA 95945**

Date(s) debt was incurred  **1/11/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$114,159.82** |
|---|---|---|---|

**Bill Me Later**
**9690 Deereco Rd Ste 705**
**Lutherville Timonium, MD 21093**

Date(s) debt was incurred  **April, 2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Arbitration Award**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$532.20** |
|---|---|---|---|

**Bill Oneil**
**6717 Royer Ave**
**West Hills,, CA 91307-3509**

Date(s) debt was incurred  **10/23/2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Mini Mania Inc.**

Name

Case number (if known)   24-22456 A-11

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.18 |
|---|---|---|---|

**Bill Stephens Automotive Inc**
**7 Canal St**
**Medford,, MA 02155-3621**

Date(s) debt was incurred  4/26/2024

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.54 |
|---|---|---|---|

**Black Forest Werkshop**
**2512 Buell Ave**
**Austin,, TX 78757**

Date(s) debt was incurred  3/5/2024

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.69 |
|---|---|---|---|

**Black, Michelle**
**23521 Crest Forest Drive**
**Crestline,, CA 92325**

Date(s) debt was incurred  3/29/2024

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,847.56 |
|---|---|---|---|

**BLUE SHIELD OF CALIFORNIA**
**Cash Receiving**
**FILE 55331**
**LOS ANGELES, CA 90074-5331**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.31 |
|---|---|---|---|

**Bob Darden**
**237 Dogwood Pass**
**Nelson,, GA 30151**

Date(s) debt was incurred  8/11/2023

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.81 |
|---|---|---|---|

**Bob Goddard**
**12940 Se Marsh Rd**
**Sandy,, OR 97055**

Date(s) debt was incurred  5/6/2024

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181.24 |
|---|---|---|---|

**Bob Mastrianni**
**27 Willis Ave**
**Plainville,, CT 06062**

Date(s) debt was incurred  6/1/2024

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6.17**

**Bob Powell**
**138 Pennsylvania Ave**
**Everson,, PA 15631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/3/2024

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$161.55**

**Boffo Motors Inc**
**3713 52Nd St**
**New Brighton,, PA 15066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/16/2024

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3.90**

**Bonner Concrete Products**
**464616 Highway 95**
**Sagle,, ID 83860-8019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/5/2024

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52.10**

**Boris De Vries**
**356 Maolis Ave**
**Glen Ridge,, NJ 07028-2134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/21/2024

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$136.38**

**Boston Sports Cars**
**596 Boston Post Rd**
**Weston,, MA 02493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/15/2024

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,123.65**

**Bradley Itzcovitch**
**2030 30 Ave**
**Canada, T2T 1R2**
**Calgary,, AB**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/26/2024

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26.51**

**Bradley Wilkerson**
**130 Ridgeview Dr**
**Lenoir City,, TN 37771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/24/2024

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known)   24-22456 A-11 |
|---|---|---|
| | Name | |

**3.146** | Nonpriority creditor's name and mailing address
**Bram Sadones**
2833 Bedrock Ln
Madison,, WI 53719

Date(s) debt was incurred  3/12/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$297.30

---

**3.147** | Nonpriority creditor's name and mailing address
**Brandlock**
56-1 Bergen Ridge Road
North Bergen, NJ 07047

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

$3,200.00

---

**3.148** | Nonpriority creditor's name and mailing address
**Brandon Cooper**
702 S Main St
Wayland,, MI 49348-1319

Date(s) debt was incurred  10/4/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$969.38

---

**3.149** | Nonpriority creditor's name and mailing address
**Brandon Wiggins**
4B Buena Vista Del Rio
Carmel Valley,, CA 93924

Date(s) debt was incurred  5/16/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$335.36

---

**3.150** | Nonpriority creditor's name and mailing address
**Brandyn Andrews**
33221 E Carmel Valley Rd
Carmel Valley,, CA 93924

Date(s) debt was incurred  5/28/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$35.71

---

**3.151** | Nonpriority creditor's name and mailing address
**Brendan Dougherty**
729 Meadow Wood Ave
Pottstown,, PA 19465

Date(s) debt was incurred  4/13/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$70.76

---

**3.152** | Nonpriority creditor's name and mailing address
**Brendan Halper**
PO Box 511
Canada, V0K 2Z0
108 Mile Ranch,, BC

Date(s) debt was incurred  2/14/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$53.58

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84.73** |
|---|---|---|---|

**Brendan Paing**
**7628 Windbridge Dr Apt 66**
**Sacramento,, CA 95831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/9/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70.72** |
|---|---|---|---|

**Brendon Fisher**
**30806 Nw Turel Dr**
**North Plains,, OR 97133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/12/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$425.52** |
|---|---|---|---|

**Brett Riggs**
**4609 Ne 131St Ave**
**Vancouver,, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/14/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$366.58** |
|---|---|---|---|

**Brian Baxter**
**8446 Belvedere Rd**
**West Palm Beach,, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/21/2023**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$216.72** |
|---|---|---|---|

**Brian Estrada**
**3049 72Nd St**
**East Elmhurst,, NY 11370-1416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/21/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$419.67** |
|---|---|---|---|

**Brian Fisher**
**1849 Bridgewater Dr**
**Avon,, IN 46123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/13/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.97** |
|---|---|---|---|

**Brian Grenda**
**216 Bonanza Dr**
**Bonaire,, GA 31005-3909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.160**

Nonpriority creditor's name and mailing address
**Brian Jack**
**101 Bridge St**
**Millvale,, PA 15209-2713**

Date(s) debt was incurred  **3/29/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$356.72

---

**3.161**

Nonpriority creditor's name and mailing address
**Brian Stevenson**
**9910 Nw 74th St**
**Kansas City,, MO 64152-1703**

Date(s) debt was incurred  **4/23/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$34.46

---

**3.162**

Nonpriority creditor's name and mailing address
**Brian Winter**
**5439 Goshen Grv**
**San Antonio,, TX 78247**

Date(s) debt was incurred  **3/28/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$45.45

---

**3.163**

Nonpriority creditor's name and mailing address
**Brian Young**
**27 Second St**
**Canada, M8V 2X1**
**Toronto,, ON**

Date(s) debt was incurred  **2/16/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$321.53

---

**3.164**

Nonpriority creditor's name and mailing address
**Brice Reining**
**7041 Delavan Rd**
**Delavan,, IL 61734**

Date(s) debt was incurred  **4/4/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$138.29

---

**3.165**

Nonpriority creditor's name and mailing address
**Bright Sparks**
**1206 Watson St**
**Key West,, FL 33040**

Date(s) debt was incurred  **4/11/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

$115.81

---

**3.166**

Nonpriority creditor's name and mailing address
**British European Auto**
**1525 S Pacific Ave**
**San Pedro,, CA 90731**

Date(s) debt was incurred  **4/11/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$184.02

---

Debtor  **Mini Mania Inc.**

Case number (*if known*)  24-22456 A-11

Name

---

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$647.50**
---|---|---|---

**BRITISH MOTOR HERITAGE
RANGE ROAD
COTSWOLD BUSINESS PARK
WHITNEY OXON, 0X8 5YB
United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor/Services. **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,296.96**

**BRITISH WIRING
P.O. BOX 185
BALLY, PA 19503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor/Services. **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00**

**Brock Sisson
450 West 1950 North
Orem, UT 84057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/4/2023 

**Basis for the claim:  Customer Deposit **

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.170** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.35**

**Bruce Gearns
2687 Black Eagle Ridge
Howell,, MI 48843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/15/2024 

**Basis for the claim:  Customer Deposit **

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.171** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$272.89**

**Bruce Moulton
903 Highland Dr
Wenatchee,, WA 98801-3406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/7/2024 

**Basis for the claim:  Customer Deposit **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32.37**

**Bruce Schatz
2604 Ne 99th Ave
Vancouver,, WA 98662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/10/2024 

**Basis for the claim:  Customer Deposit **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81.25**

**Bruce Whiteside
16601 Mixtli Cv
Leander,, TX 78641-3010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/28/2024 

**Basis for the claim:  Customer Deposit **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.174** | Nonpriority creditor's name and mailing address

**Bruno Savoldelli**
**Via Cuorta 7**
**Switzerland**
**Flims,, GR 07018**

Date(s) debt was incurred  5/2/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.55**

---

**3.175** | Nonpriority creditor's name and mailing address

**Bryan Ayers**
**3500 Dogwood Drive**
**Raleigh,, NC 27604**

Date(s) debt was incurred  4/17/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$31.05**

---

**3.176** | Nonpriority creditor's name and mailing address

**Bryan M Dench**
**78 Hersey St**
**Portland,, ME 04103-4508**

Date(s) debt was incurred  3/18/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$130.20**

---

**3.177** | Nonpriority creditor's name and mailing address

**Bryan Paxton**
**2731 W County Farm Rd**
**Springfield,, TN 37172**

Date(s) debt was incurred  5/24/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$48.92**

---

**3.178** | Nonpriority creditor's name and mailing address

**Bud Hepburn**
**155 Fleming Rd**
**Canada N1E 0B9**
**Guelph,, ON**

Date(s) debt was incurred  4/5/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$59.83**

---

**3.179** | Nonpriority creditor's name and mailing address

**Burris Esplen**
**2295 William Penn Hwy**
**Pittsburgh,, PA 15235-4950**

Date(s) debt was incurred  4/8/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$52.15**

---

**3.180** | Nonpriority creditor's name and mailing address

**Butch Popp**
**767 Nw 2Nd St**
**Grants Pass,, OR 97526-1513**

Date(s) debt was incurred  5/8/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,217.31**

---

Debtor **Mini Mania Inc.**
Name

Case number (if known) ___24-22456 A-11___

---

| 3.181 | Nonpriority creditor's name and mailing address | | $55.14 |

**Byron Long**
**101 Andele Way**
**Liberty Hill,, TX 78642**

Date(s) debt was incurred  **5/3/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | | $309.87 |

**Cameron Delgado**
**2653 5th Street**
**Alameda,, CA 94501**

Date(s) debt was incurred  **1/31/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | | $345.13 |

**Cami Terpstra**
**4413 Dagnino Rd**
**Livermore,, CA 94551-9701**

Date(s) debt was incurred  **5/29/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | | $37.19 |

**Carl Morrell**
**7940 Thomas Rd**
**Middletown,, OH 45042**

Date(s) debt was incurred  **4/18/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | | $97.82 |

**Carlos E Leroux**
**4406 Nw 74th Ave**
**001-072447**
**Miami,, FL 33166-6407**

Date(s) debt was incurred  **5/28/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | | $272.11 |

**Carol Abele**
**4073 W Rosecrans Ave Apt 7**
**Hawthorne,, CA 90250**

Date(s) debt was incurred  **3/23/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | | $778.26 |

**Carol Aldaco**
**1965 Victoria St**
**Davenport,, FL 33837-1628**

Date(s) debt was incurred  **1/3/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Mini Mania Inc.**

Name

Case number (if known)   24-22456 A-11

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.01 |
|---|---|---|---|

**Carol Chan**
**3800 Fairfax Dr Apt 803**
**Arlington,, VA 22203-1716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/12/2024

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.34 |
|---|---|---|---|

**Carsinc**
**628 Avenue G**
**Boulder City,, NV 89005-2724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/21/2024

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142.40 |
|---|---|---|---|

**Carsmart Automotive Repai**
**58 1/2 W 400 N**
**Logan,, UT 84321-3921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/29/2024

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.06 |
|---|---|---|---|

**Carter Leyder**
**18135 Mckinley Rd**
**Big Rapids,, MI 49307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/31/2024

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.45 |
|---|---|---|---|

**Caryanne Riley**
**5104 Ryan Collins Dr**
**Wichita Falls,, TX 76306-0305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/6/2024

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.47 |
|---|---|---|---|

**Chad Granieri**
**1128 Rustling Oaks Dr**
**Pleasant View,, TN 37146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/20/2023

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $438.68 |
|---|---|---|---|

**Chad Talcott**
**8555 Corbett St**
**Las Vegas,, NV 89149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/2/2024

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor      **Mini Mania Inc.**                                    Case number (if known)    24-22456 A-11
_____
            Name

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $548.46 |

**Charles Greenhaus**
2202 E Main St
Sacramento,, PA 17968

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/17/2023**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.76 |

**Charles Harrington**
11204 Larkin Ln
Oklahoma City,, OK 73130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/22/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199.09 |

**Charles Hemenway**
14 Skyline Drive
Saco,, ME 04072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/4/2023**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.51 |

**Charles Iner**
98 Brown Ave
Mcdonough,, GA 30253-3106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.28 |

**Charles Means**
100 Morris Ave
Providence,, RI 02906

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/20/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $652.26 |

**Charles Richardson**
7964 Indica Ct.
North Charleston,, SC 29418

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/26/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $466.16 |

**Chartif Bradley**
2853 Enisgrove Dr
Palm Harbor,, FL 34683-2011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/21/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Mini Mania Inc.**
_____
Name

Case number (if known)   24-22456 A-11

---

**3.202**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$114.65** |
|---|---|---|

**Chase Harnett**
**198 Cedar Ln**
**Ossining,, NY 10562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **5/9/2024**

Basis for the claim:   **Customer Deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7.02** |
|---|---|---|

**Chelsea Thompson**
**940 Miners Ridge #3**
**Incline Village,, NV 89451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **3/26/2024**

Basis for the claim:   **Customer Deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$313.40** |
|---|---|---|

**Cheryl Paar**
**N5860 Pertzsch Dr**
**Onalaska,, WI 54650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **5/24/2024**

Basis for the claim:   **Customer Deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22.26** |
|---|---|---|

**Chipstuff  Llc**
**1809 Century Lane**
**Opelika,, AL 36801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **11/17/2023**

Basis for the claim:   **Customer Deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$214.16** |
|---|---|---|

**Chopvalue**
**1777 West 7th Ave**
**Canada, V6j0e5**
**Vancouver,, BC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **6/24/2023**

Basis for the claim:   **Customer Deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$164.55** |
|---|---|---|

**Chris & Tiffany Scherer**
**3215 E Creek Ct**
**Avon,, OH 44011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **5/25/2024**

Basis for the claim:   **Customer Deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.77** |
|---|---|---|

**Chris Conley**
**1215 S Magnolia Ave Apt 1**
**Sanford,, FL 32771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **12/14/2023**

Basis for the claim:   **Customer Deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.209** | Nonpriority creditor's name and mailing address

**Chris Coulter**
**482 Wildcat Mountain Rd**
**Waynesville,, NC 28786**

Date(s) debt was incurred  **4/12/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$34.95**

---

**3.210** | Nonpriority creditor's name and mailing address

**Chris Dorsey**
**10777 W Layton Pl**
**Littleton,, CO 80127**

Date(s) debt was incurred  **1/7/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$74.48**

---

**3.211** | Nonpriority creditor's name and mailing address

**Chris Duroy**
**4025 Newburg Dr**
**Choctaw,, OK 73020-6133**

Date(s) debt was incurred  **12/20/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$322.57**

---

**3.212** | Nonpriority creditor's name and mailing address

**Chris Fee**
**3580 Middlefield Ln**
**Eureka,, CA 95501-2719**

Date(s) debt was incurred  **12/18/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.06**

---

**3.213** | Nonpriority creditor's name and mailing address

**Chris Patten**
**201 E Brown St**
**Ennis,, TX 75119**

Date(s) debt was incurred  **3/20/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$34.20**

---

**3.214** | Nonpriority creditor's name and mailing address

**Chris Sensenbach**
**23 Devin Ln**
**Euharlee,, GA 30145-2866**

Date(s) debt was incurred  **4/18/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.92**

---

**3.215** | Nonpriority creditor's name and mailing address

**Chris Wojtal**
**30 Andrew Jackson Ct**
**Dallas,, GA 30157-2628**

Date(s) debt was incurred  **1/30/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$106.10**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.216** Nonpriority creditor's name and mailing address

**Christian Ceniceros**
**5817 Acacia Circle Apt 713**
**El Paso,, TX 79912-4864**

Date(s) debt was incurred  **4/24/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$29.18**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.217** Nonpriority creditor's name and mailing address

**Christian Hernandez**
**Calle Nubes 303**
**Fracc Jardines Del Moral**
**Mexico**
**Le n De Los Aldama,   37160**

Date(s) debt was incurred  **3/20/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$1,273.97**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.218** Nonpriority creditor's name and mailing address

**Christopher Helmer**
**726 Riverwood Dr**
**Clayton,, NC 27527-3738**

Date(s) debt was incurred  **5/12/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$50.17**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.219** Nonpriority creditor's name and mailing address

**Christopher J. Steinmayer**
**284 Doremus Ave**
**Waterford,, MI 48328**

Date(s) debt was incurred  **5/30/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$28.13**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.220** Nonpriority creditor's name and mailing address

**Christopher Knox**
**2311 Ne 7th St**
**Renton,, WA 98056**

Date(s) debt was incurred  **5/17/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$267.41**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.221** Nonpriority creditor's name and mailing address

**Christopher Reinhold**
**1309 Woodlake Ct**
**Loveland, OH 45140**

Date(s) debt was incurred  **3/11/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$185.34**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.222** Nonpriority creditor's name and mailing address

**Christopher Remark**
**11205 Wright Rd Nw**
**Uniontown,, OH 44685-9476**

Date(s) debt was incurred  **3/11/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$39.64**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|--------|---------------------|------------------------|---------------|

Name

---

**3.223** | Nonpriority creditor's name and mailing address
**Christopher Warnke**
**538 C Ave**
**National City,, CA 91950-2237**

Date(s) debt was incurred  **2/20/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$560.44**

---

**3.224** | Nonpriority creditor's name and mailing address
**Christy Smith**
**3879 W Winthrope Dr**
**West Jordan,, UT 84088-5588**

Date(s) debt was incurred  **2/8/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$323.95**

---

**3.225** | Nonpriority creditor's name and mailing address
**Chuck Stanford Jr**
**11405 E De La O Rd**
**Scottsdale,, AZ 85255-5709**

Date(s) debt was incurred  **4/17/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$168.69**

---

**3.226** | Nonpriority creditor's name and mailing address
**Cintas Corporation**
**PO BOX 631025**
**CINCINNATI, OH 45263-1025**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

**$3,528.75**

---

**3.227** | Nonpriority creditor's name and mailing address
**City Trailer**
**4204 E Silver City Rdg**
**Tuttle,, OK 73089-8464**

Date(s) debt was incurred  **3/18/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$24.54**

---

**3.228** | Nonpriority creditor's name and mailing address
**Classic Automotive Repair**
**263 Lakeview Ave**
**Canada K7M 3V7**
**Kingston,, ON**

Date(s) debt was incurred  **4/24/2023**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$161.19**

---

**3.229** | Nonpriority creditor's name and mailing address
**Classic Industries**
**Avenida Mexico Japon 323**
**Ciudad Industrial**
**Mexico**
**Celaya,   38010**

Date(s) debt was incurred  **5/29/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$693.19**

---

Debtor    **Mini Mania Inc.**

Name

Case number (if known)    24-22456 A-11

---

**3.230**   **Nonpriority creditor's name and mailing address**
**ClearFly Communications**
**Department LA 24287**
**PASADENA, CA 91185-4287**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

$1,356.74

---

**3.231**   **Nonpriority creditor's name and mailing address**
**Clint Holcomb**
**9474 E Bench Mark Loop**
**Tucson,, AZ 85741**

Date(s) debt was incurred **6/3/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$25.64

---

**3.232**   **Nonpriority creditor's name and mailing address**
**Co Power**
**PO BOX 884606**
**LOS ANGELES, CA 90088-4606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

$146.46

---

**3.233**   **Nonpriority creditor's name and mailing address**
**Cody Thompson**
**19 Leicester Dr**
**Bella Vista,, AR 72714-4100**

Date(s) debt was incurred **4/3/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$88.38

---

**3.234**   **Nonpriority creditor's name and mailing address**
**Colby Lemmons**
**12226 Scottsdale Dr**
**Meadows Place,, TX 77477-1434**

Date(s) debt was incurred **5/31/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$58.79

---

**3.235**   **Nonpriority creditor's name and mailing address**
**Cole Sanders**
**3180 Stage Trail Rd**
**Greenwood,, CA 95635**

Date(s) debt was incurred **3/12/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$14.14

---

**3.236**   **Nonpriority creditor's name and mailing address**
**Colin Smith**
**90 N Luke St 107K**
**Lafayette,, LA 70506-1934**

Date(s) debt was incurred **9/7/2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$72.87

---

Debtor  **Mini Mania Inc.**
_____  Case number (if known)  __24-22456 A-11__
          Name

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.95 |

**3.237**

Nonpriority creditor's name and mailing address
**Colin Stokes**
**6196 Cedar Creek Way**
**Farmington,, NY 14425**

Date(s) debt was incurred  __4/9/2024__

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$7.95**

---

**3.238**

Nonpriority creditor's name and mailing address
**Collins Racing Services**
**512 Avenida La Costa**
**San Clemente,, CA 92672**

Date(s) debt was incurred  __4/12/2024__

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$386.18**

---

**3.239**

Nonpriority creditor's name and mailing address
**Colton Mechling**
**18 Kinzua Rd**
**Pittsburgh,, PA 15239-2514**

Date(s) debt was incurred  __5/12/2024__

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$165.05**

---

**3.240**

Nonpriority creditor's name and mailing address
**Colvin Automotive**
**2715 Hancock Dr**
**Austin,, TX 78731**

Date(s) debt was incurred  __4/15/2024__

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$428.54**

---

**3.241**

Nonpriority creditor's name and mailing address
**Comcast Corporation**
**1701 JFK Blvd**
**Philadelphia, PA 19103**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utility service provider.__

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.242**

Nonpriority creditor's name and mailing address
**Conall Duncan**
**5226 Se 4th Ter**
**Tecumseh,, KS 66542-9606**

Date(s) debt was incurred  __4/15/2024__

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$86.08**

---

**3.243**

Nonpriority creditor's name and mailing address
**Concrete Systems**
**1424 Meadowlakes Dr**
**Azle,, TX 76020-3763**

Date(s) debt was incurred  __4/17/2024__

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$149.08**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.244** | Nonpriority creditor's name and mailing address
**Connie Lipscomb**
**3407 Kanawha Blvd E**
**Charleston,, WV 25306**

Date(s) debt was incurred  **4/2/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$72.98**

---

**3.245** | Nonpriority creditor's name and mailing address
**Consolidated Coil Converter Inc**
**3919 E Guasti Rd Ste E**
**Ontario,, CA 91761-1544**

Date(s) debt was incurred  **5/1/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$268.25**

---

**3.246** | Nonpriority creditor's name and mailing address
**Cordell Chigbrow**
**13016 N Shafer Way**
**Boise,, ID 83714**

Date(s) debt was incurred  **5/22/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$124.02**

---

**3.247** | Nonpriority creditor's name and mailing address
**Corey Hooker**
**1831 Brooktree Way**
**Pleasanton,, CA 94566-5505**

Date(s) debt was incurred  **5/28/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$281.41**

---

**3.248** | Nonpriority creditor's name and mailing address
**Coventry Import Auto**
**729 Mill Ln**
**Hillsborough,, NJ 08844-3320**

Date(s) debt was incurred  **4/23/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$47.09**

---

**3.249** | Nonpriority creditor's name and mailing address
**COVERKING**
**PO BOX 9860**
**ANAHEIM, CA 92812-9860**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

**$923.90**

---

**3.250** | Nonpriority creditor's name and mailing address
**Craig Bailey**
**10644 Harrison Rd**
**Loveland, OH 45140-9678**

Date(s) debt was incurred  **4/18/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$105.22**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.251**

Nonpriority creditor's name and mailing address
**Craig Howell**
**1743 Kolob Dr**
**Fairfield,, CA 94534**

Date(s) debt was incurred  **5/5/2024**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$58.07**

---

**3.252**

Nonpriority creditor's name and mailing address
**Craig Ostrowski**
**5056 N Marine Dr Apt B7**
**Chicago,, IL 60640-6324**

Date(s) debt was incurred  **5/13/2024**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$120.17**

---

**3.253**

Nonpriority creditor's name and mailing address
**Craig Towers**
**PO Box 529**
**Steinhatchee,, FL 32359**

Date(s) debt was incurred  **12/8/2023**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$12.55**

---

**3.254**

Nonpriority creditor's name and mailing address
**CRAVEN SPEED DLT, LLC.**
**7337 SW Tech Center Dr**
**PORTLAND, OR 97223**

Date(s) debt was incurred  _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset? ☐ No ☐ Yes

**$10,373.08**

---

**3.255**

Nonpriority creditor's name and mailing address
**Crossroads**
**195 Roast Meat Hill Rd**
**Killingworth,, CT 06419-1416**

Date(s) debt was incurred  **5/30/2024**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$21.63**

---

**3.256**

Nonpriority creditor's name and mailing address
**Curt Spicer**
**8660 Big Lake Rd**
**Clarkston,, MI 48346**

Date(s) debt was incurred  **4/9/2024**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$65.65**

---

**3.257**

Nonpriority creditor's name and mailing address
**Curtis Hess**
**127 Aaron Dr**
**East Meadow,, NY 11554-1408**

Date(s) debt was incurred  **5/19/2024**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$152.82**

---

Debtor    **Mini Mania Inc.**      Case number (if known)   24-22456 A-11
Name

---

**3.258**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: Check all that apply.      **$343,262.00**

**Customer Deposit, Gift Certificate and Returns**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **The Debtor holds over 1,400 customer deposits (1) for goods to be delivered, (2) returns and (3) gift certificates.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: Check all that apply.      **$30.87**

**D Swengler**
**9710 Woodland Dr.**
**Silver Spring,, MD 20910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/17/2024__

Last 4 digits of account number __

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.260**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: Check all that apply.      **$159.83**

**D Wilson**
**PO Box 370687**
**Reseda,, CA 91337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/2/2024__

Last 4 digits of account number __

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: Check all that apply.      **$41.20**

**Dal Carter**
**104 Juniper St.**
**Cabool,, MO 65689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/5/2024__

Last 4 digits of account number __

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.262**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: Check all that apply.      **$26.17**

**Dale Bartlett**
**6 Smedley Drive**
**Newtown Sq,, PA 19073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/24/2024__

Last 4 digits of account number __

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: Check all that apply.      **$237.11**

**Dale Immerfall**
**1715 Anderson Rd**
**Duluth,, MN 55811-5601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/16/2024__

Last 4 digits of account number __

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.264**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: Check all that apply.      **$310.92**

**Dale Steele**
**5 Foxwood Ct**
**Rock Island,, IL 61201-7687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/9/2024__

Last 4 digits of account number __

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$289.99** |
|---|---|---|---|

**Dalton Rubin**
**39 S East Drive**
**Oakdale,, PA 15071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/23/2024

Last 4 digits of account number __

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$427.92** |
|---|---|---|---|

**DAMES & ASSOCIATES L.L.C.**
**13002 N. 2ND ST**
**PHOENIX, AZ 85022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31.60** |
|---|---|---|---|

**Damir Creecy**
**1221 Mount Vernon St Apt 202**
**Philadelphia,, PA 19123-3384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/27/2024

Last 4 digits of account number __

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30.16** |
|---|---|---|---|

**Damon Dawson**
**1401 Culebra Ave**
**Colorado Springs,, CO 80907-7324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/28/2024

Last 4 digits of account number __

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$95.82** |
|---|---|---|---|

**Dan Gutierrez**
**575 Fairmount Dr**
**Boulder Creek,, CA 95006-9419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/8/2023

Last 4 digits of account number __

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56.62** |
|---|---|---|---|

**Dan O'Connell**
**1144 Hazelwood Dr**
**Mansfield,, OH 44905-1571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/1/2024

Last 4 digits of account number __

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56.95** |
|---|---|---|---|

**Dan Papaila**
**7640 Stalmer St Unit 108**
**San Diego,, CA 92111-4863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/24/2024

Last 4 digits of account number __

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|

Name

---

**3.272** | Nonpriority creditor's name and mailing address
**Dan Schrote**
**3101 Boardwalk Tower 1 Apt 2402B**
**Atlantic City,, NJ 08401**

Date(s) debt was incurred  **3/16/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$304.18**

---

**3.273** | Nonpriority creditor's name and mailing address
**Dan Sweeney**
**1185 Legion Ave**
**Napa,, CA 94559**

Date(s) debt was incurred  **1/24/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$690.55**

---

**3.274** | Nonpriority creditor's name and mailing address
**Daniel Chhit**
**29723 Brafferton Cir Nw**
**Harvest,, AL 35749-5105**

Date(s) debt was incurred  **4/3/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.52**

---

**3.275** | Nonpriority creditor's name and mailing address
**Daniel Goldy**
**363 Gate Way**
**Santa Rosa,, CA 95401**

Date(s) debt was incurred  **2/29/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$195.13**

---

**3.276** | Nonpriority creditor's name and mailing address
**Daniel Le Goff**
**817 Rosewood Drive**
**Clovis,, NM 88101-9301**

Date(s) debt was incurred  **3/21/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$212.28**

---

**3.277** | Nonpriority creditor's name and mailing address
**Daniel Licon**
**3780 Cathi Ave**
**Pahrump,, NV 89048-6345**

Date(s) debt was incurred  **4/15/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$186.89**

---

**3.278** | Nonpriority creditor's name and mailing address
**Daniel Norman**
**235 S Wolfcreek Road**
**Columbus,, IN 47201**

Date(s) debt was incurred  **2/23/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$86.17**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.279**

**Nonpriority creditor's name and mailing address**
**Daniel Stoner**
**6110 Se 69th Ave**
**Portland,, OR 97206**

Date(s) debt was incurred  **2/28/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$280.39**

---

**3.280**

**Nonpriority creditor's name and mailing address**
**Daniel Weckering**
**4631 N Dixie Hwy**
**Boca Raton,, FL 33431**

Date(s) debt was incurred  **6/2/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$122.78**

---

**3.281**

**Nonpriority creditor's name and mailing address**
**Danny Massey**
**911 Drive D**
**Knoxville,, TN 37920**

Date(s) debt was incurred  **3/27/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$131.81**

---

**3.282**

**Nonpriority creditor's name and mailing address**
**Danny Olivares**
**34112 Silk Tassel Rd**
**Lake Elsinore,, CA 92532-2977**

Date(s) debt was incurred  **10/25/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$406.85**

---

**3.283**

**Nonpriority creditor's name and mailing address**
**Danny Renn Services**
**218 Alden Dr**
**Fort Walton Beach,, FL 32547**

Date(s) debt was incurred  **5/12/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$26.20**

---

**3.284**

**Nonpriority creditor's name and mailing address**
**Danny'S Automotive**
**418 N. Chesley St.**
**Bellville,, TX 77418**

Date(s) debt was incurred  **4/22/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.285**

**Nonpriority creditor's name and mailing address**
**Dany Ortega**
**7801 Nw 37th St**
**Sec 201564**
**Doral,, FL 33195-6503**

Date(s) debt was incurred  **5/31/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$786.21**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.286**

**Nonpriority creditor's name and mailing address**

**Darrin Cunningham**
**7152 Crisler Ct**
**Springdale,, AR 72762**

Date(s) debt was incurred  **5/20/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$79.00**

---

**3.287**

**Nonpriority creditor's name and mailing address**

**Dave Schultz**
**278 Schultz Ln**
**Towanda,, PA 18848-8274**

Date(s) debt was incurred  **3/19/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$122.72**

---

**3.288**

**Nonpriority creditor's name and mailing address**

**Dave Staso**
**22932 S Pembrook Dr**
**Hollywood,, MD 20636**

Date(s) debt was incurred  **12/14/2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2.23**

---

**3.289**

**Nonpriority creditor's name and mailing address**

**Dave Zimbauer**
**1109 Pembridge Dr**
**San Jose, CA 95118**

Date(s) debt was incurred  **3/15/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$89.41**

---

**3.290**

**Nonpriority creditor's name and mailing address**

**David Borger**
**3 W Sandstone Ct**
**South Elgin,, IL 60177-3261**

Date(s) debt was incurred  **5/29/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$89.49**

---

**3.291**

**Nonpriority creditor's name and mailing address**

**David Cole**
**222 W 3Rd Ave**
**Cheyenne,, WY 82001-1213**

Date(s) debt was incurred  **4/12/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$144.55**

---

**3.292**

**Nonpriority creditor's name and mailing address**

**David Fletcher**
**2245 Heather Ln**
**Newport Beach,, CA 92660-3405**

Date(s) debt was incurred  **5/19/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$43.69**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.293** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$584.73**

**David Gibson**
**1405 Washington Avenue**
**Fredericksburg,, VA 22401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/19/2023

Basis for the claim:  **Customer Refund**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$343.94**

**David Hertelendy**
**1855 Noble Dr N**
**Minneapolis,, MN 55422-4156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/22/2024

Basis for the claim:  **Customer Refund**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33.57**

**David Kosak**
**520 Millstone Cir**
**Athens,, GA 30605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/25/2024

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.46**

**David Lambert**
**4607 Briar Ridge Rd**
**Oceanside,, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/23/2024

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28.03**

**David Lee**
**11022 Daw Collins Rd**
**Splendora,, TX 77372-3157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/28/2023

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.298** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$134.41**

**David Mahl**
**2612 E Locust St**
**Davenport,, IA 52803-3413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/11/2024

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.299** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$152.77**

**David Mccurry**
**7459 Mt Hood Ln Se**
**Salem,, OR 97317-9557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/25/2024

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.300** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56.82**

**David Penn**
17435 La Junta St
Hesperia,, CA 92345-7231

Date(s) debt was incurred  **5/11/2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.301** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,015.22**

**David Ressler**
7050 N 24th Ave
Phoenix,, AZ 85021-7610

Date(s) debt was incurred  **4/1/2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.302** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$221.59**

**David Sanders**
1448 Big Tree Ave
North Las Vegas,, NV 89031

Date(s) debt was incurred  **4/18/2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.303** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$248.65**

**David Shih**
3370 Copper Leaf Dr
San Jose,, CA 95132-2481

Date(s) debt was incurred  **5/21/2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.304** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93.16**

**David Stann**
3 Rebecca Dr
Denver,, PA 17517

Date(s) debt was incurred  **5/13/2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.305** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40.33**

**David Summers**
111 Sunrise Ave
Parkersburg,, WV 26104-2905

Date(s) debt was incurred  **3/29/2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.306** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49.93**

**David Swaja**
255 N High Dr Nw Apt 206
Hutchinson,, MN 55350-5670

Date(s) debt was incurred  **5/11/2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|---|
| | Name | | | |

---

**3.307** | Nonpriority creditor's name and mailing address
**David Tobon**
1496 Lampard Rd
Friday Harbor,, WA 98250-9486

Date(s) debt was incurred **3/11/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$243.48**

---

**3.308** | Nonpriority creditor's name and mailing address
**David Veit**
1537 Kensington
Canton,, MI 48188

Date(s) debt was incurred **3/26/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$235.39**

---

**3.309** | Nonpriority creditor's name and mailing address
**David Wallace**
1613 Mitchell Ct
Virginia Beach,, VA 23453

Date(s) debt was incurred **3/21/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.91**

---

**3.310** | Nonpriority creditor's name and mailing address
**David White**
1354 Jordan Ave
Clovis,, CA 93611

Date(s) debt was incurred **5/20/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.45**

---

**3.311** | Nonpriority creditor's name and mailing address
**David Woodhouse**
3129 Bremerton Pl
La Jolla,, CA 92037-2211

Date(s) debt was incurred **3/27/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$61.96**

---

**3.312** | Nonpriority creditor's name and mailing address
**Davis Gulbis**
1031 W Saw Mill Rd
Quakertown,, PA 18951-2911

Date(s) debt was incurred **4/25/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$261.05**

---

**3.313** | Nonpriority creditor's name and mailing address
**Dean Torsilieri**
51 Rainbow Hill Rd
Flemington,, NJ 08822-3905

Date(s) debt was incurred **4/11/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$988.51**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.314** | Nonpriority creditor's name and mailing address

**Deanna Carlisle**
261 Brightview Dr
Glendora,, CA 91741-3201

Date(s) debt was incurred  **6/1/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*　　　**$200.78**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.315** | Nonpriority creditor's name and mailing address

**Debra Newton**
59 Franklin St
Northport,, NY 11768-3007

Date(s) debt was incurred  **4/29/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*　　　**$37.43**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.316** | Nonpriority creditor's name and mailing address

**Debra Ritrovato**
651 Canyon Hill Rd
San Dimas,, CA 91773

Date(s) debt was incurred  **5/5/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*　　　**$60.63**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.317** | Nonpriority creditor's name and mailing address

**Debt Savvy**
39 Broadway 32nd Flr
New York, NY 10046

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*　　　**$100,746.66**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Debt settlement company charges. Creditor recently attempted withdrawing $13,500 from Debtor's bank account.**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.318** | Nonpriority creditor's name and mailing address

**Delta Piping Products Canada Inc**
1-48 Centennial Rd
Canada, L9W 3T4
Orangeville,, ON

Date(s) debt was incurred  **4/24/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*　　　**$1,635.75**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319** | Nonpriority creditor's name and mailing address

**Denis Francisco Rubio Pina**
2100 35Eme Ave
Canada, H7R 3P4
Laval,, QC

Date(s) debt was incurred  **3/1/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*　　　**$399.48**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.320** | Nonpriority creditor's name and mailing address

**Dennis Levine**
312 Jovian Dr
Prescott,, AZ 86301-1737

Date(s) debt was incurred  **3/21/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*　　　**$28.39**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.321**

Nonpriority creditor's name and mailing address
**Dennis Zeiger**
**118 Orchard View Dr**
**Royal Oak,, MI 48073-3319**

Date(s) debt was incurred  **5/28/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

**3.322**

Nonpriority creditor's name and mailing address
**Derek Koerner**
**9945 George Washington Dr**
**Mckinney,, TX 75072**

Date(s) debt was incurred  **3/12/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$124.25**

---

**3.323**

Nonpriority creditor's name and mailing address
**Derek Mcfarlin**
**4671 Lee Turner Rd.**
**Cleveland,, TX 77328**

Date(s) debt was incurred  **5/16/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$149.95**

---

**3.324**

Nonpriority creditor's name and mailing address
**Devin Pearson**
**1105 N 5th Ave E**
**Newton,, IA 50208-2266**

Date(s) debt was incurred  **5/16/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$771.04**

---

**3.325**

Nonpriority creditor's name and mailing address
**Devin Shannon Aguirre**
**1612 Old Arcata Rd**
**Bayside,, CA 95524**

Date(s) debt was incurred  **4/4/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$77.33**

---

**3.326**

Nonpriority creditor's name and mailing address
**Dfenderland Llc**
**108 Reynolds St**
**Lockhart,, TX 78644-1701**

Date(s) debt was incurred  **5/1/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.327**

Nonpriority creditor's name and mailing address
**Diego Rawson**
**423 N Undermountain Rd**
**Sheffield,, MA 01257**

Date(s) debt was incurred  **5/24/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$105.48**

---

Debtor  **Mini Mania Inc.**
_____
Name

Case number (if known)  24-22456 A-11
_____

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $521.04 |

**Dino De Nora**
**Sierra De Comanja 206, Colonia El Carmen**
**Mexico**
**Leon,   37299**

Date(s) debt was incurred  2/28/2024

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $374.10 |

**Dipaolo Michael**
**1740 Crowder Ave**
**Reading,, PA 19607-2912**

Date(s) debt was incurred  3/1/2024

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $179.32 |

**Dischbein MotorSports**
**Frank Dischbein**
**5171 REITER AVE**
**LAS VEGAS, NV 89108**

Date(s) debt was incurred  __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,103.96 |

**Discover Financial Services**
**Attn: President, CEO, Officer**
**2500 Lake Cook Rd**
**Deerfield, IL 60015**

Date(s) debt was incurred  __

Last 4 digits of account number  0967

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card in Debtor's President's name used for Debtor's business.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,212.13 |

**Divvy Bill.com**
**c/o Caine & Weiner**
**PO Box 55848**
**Sherman Oaks, CA 91413**

Date(s) debt was incurred  __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Divvy Visa**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.66 |

**Don Hyatt**
**32 Brampton St**
**Canada, T7X 1E9**
**Spruce Grove,, AB**

Date(s) debt was incurred  7/5/2023

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.61 |

**Don Juergens**
**1931 Arizona Ave.**
**Sheboygan,, WI 53081-5648**

Date(s) debt was incurred  11/1/2023

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|---|
| | Name | | | |

---

**3.335** | Nonpriority creditor's name and mailing address

**Don Mcginty**
**23 Idlewood Pl**
**San Rafael,, CA 94901-1116**

Date(s) debt was incurred  **5/14/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No  ☐ Yes

**$35.57**

---

**3.336** | Nonpriority creditor's name and mailing address

**Don Seemann**
**35 Glen Cedar Dr**
**Canada, L9M 0H8**
**Tiny,, ON**

Date(s) debt was incurred  **3/26/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No  ☐ Yes

**$266.44**

---

**3.337** | Nonpriority creditor's name and mailing address

**Don Wolfe**
**1835 Sharondale Dr**
**Clearwater,, FL 33755**

Date(s) debt was incurred  **4/22/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No  ☐ Yes

**$44.08**

---

**3.338** | Nonpriority creditor's name and mailing address

**Donald F. Racine**
**13733 Highland Dr**
**Grass Valley, CA 95945**

Date(s) debt was incurred  **07/01/2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Workshop rent.**

Is the claim subject to offset? ☑ No  ☐ Yes

**$4,000.00**

---

**3.339** | Nonpriority creditor's name and mailing address

**Donald F. Racine**
**13733 Highland Dr**
**Grass Valley, CA 95945**

Date(s) debt was incurred  **June, 2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of goodwill**

Is the claim subject to offset? ☑ No  ☐ Yes

**$315,590.57**

---

**3.340** | Nonpriority creditor's name and mailing address

**Donald Klein**
**3752 Treadway Trl**
**Fairfield Township,, OH 45011-1126**

Date(s) debt was incurred  **4/30/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No  ☐ Yes

**$90.60**

---

**3.341** | Nonpriority creditor's name and mailing address

**Donald Maxam**
**4065 Se Angela Way**
**Milwaukie,, OR 97222-8834**

Date(s) debt was incurred  **8/4/2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No  ☐ Yes

**$87.92**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57.99** |

**Donna Christiansen**
**1916 W Riverside #2**
**Spokane,, WA 99201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  9/12/2022**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.13** |

**Donnovan Castro**
**894 Richmond Road**
**East Meadow,, NY 11554**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4/8/2024**

**Basis for the claim:  Customer Deposit**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$532.15** |

**Dorce Redwine**
**2985 Sw Golf Course Rd**
**Cornelius,, OR 97113-6014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  6/3/2024**

**Basis for the claim:  Customer Deposit**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,378.33** |

**Doug Marker**
**1419 Kensington Ln**
**Raymore,, MO 64083-4504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/19/2024**

**Basis for the claim:  Customer Deposit**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.99** |

**Douglas Automotive**
**420 Gold Flat Rd**
**Nevada City,, CA 95959**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4/17/2024**

**Basis for the claim:  Customer Refund**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.02** |

**Douglas Gauck**
**1310 Sunset Ave**
**Santa Monica,, CA 90405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4/16/2024**

**Basis for the claim:  Customer Deposit**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$151.53** |

**Douglas Radix**
**333 Bishops Way**
**Brookfield Wi,, WI 53005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  11/15/2023**

**Basis for the claim:  Customer Deposit**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.349** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33.18**

**Douglas Walker**
**5 Smithson Drive**
**Beverly,, MA 01915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.350** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.00**

**Douglas White**
**6814 Estate Nazareth**
**St. Thomas,, VI 00802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/22/2024**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.351** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$83.21**

**Duncan Imports & Classics**
**2300 Prospect Dr**
**Christiansburg,, VA 24073-2561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/13/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.352** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72.64**

**Duncan Phillips**
**5 The Willows**
**Crowland**
**Great Britain, PE6 0HQ**
**Peterborough,**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/5/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.353** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00**

**Dustin Crouch**
**6100 Thomas Rd**
**Knoxville,, TN 37920-5284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/27/2024**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.354** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9.88**

**Dwight James**
**7741 James Rd Sw**
**Rochester,, WA 98579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/19/2024**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.355** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,953.19**

**EARTH CUSTOMS**
**28441 Highridge Rd.**
**Unit 101**
**ROLLING HILLS ESTATE, CA 90274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Vendor/Services.**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,382.55** |
|---|---|---|---|

**EBC BRAKES USA, Ltd.**
**6180 S. Pearl Street Suite A**
**LAS VEGAS, NV 89120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00** |
|---|---|---|---|

**ED D'ARATA**
**12120 MURPHEY ROAD**
**NEVADA CITY, CA 95959**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$765.79** |
|---|---|---|---|

**Edgar Rodriguez**
**14547 Blythe St Apt 5**
**Panorama City,, CA 91402-6032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/17/2024**

Last 4 digits of account number __

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$236.09** |
|---|---|---|---|

**Edith Hernandez**
**310 Hunt St**
**Houston,, TX 77003-2718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/6/2024**

Last 4 digits of account number __

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,912.88** |
|---|---|---|---|

**Eduardo Perez**
**Bajada De Las Aguilas 1350**
**Mexico**
**Zapopan,   45129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/16/2024**

Last 4 digits of account number __

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$233.42** |
|---|---|---|---|

**Edward Nealon**
**758 Renegade Ln**
**Port Orange,, FL 32127-7586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2/2024**

Last 4 digits of account number __

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49.42** |
|---|---|---|---|

**Edward Perry**
**205 W Delaware Ave**
**Urbana,, IL 61801-4904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/1/2024**

Last 4 digits of account number __

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Mini Mania Inc.**
_____
Name

Case number (if known)   24-22456 A-11

---

**3.363**

**Nonpriority creditor's name and mailing address**
**Edward Smith**
**528 Allegheny Dr**
**Walnut Creek,, CA 94598-2152**

Date(s) debt was incurred  **5/22/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$160.82**

---

**3.364**

**Nonpriority creditor's name and mailing address**
**Edwin Young**
**190 Water Front Dr**
**Henderson,, NC 27537**

Date(s) debt was incurred  **1/31/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$215.02**

---

**3.365**

**Nonpriority creditor's name and mailing address**
**Egor Vechar**
**1427 Lansing St**
**Little Rock,, AR 72223**

Date(s) debt was incurred  **1/8/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$1.70**

---

**3.366**

**Nonpriority creditor's name and mailing address**
**Eight Flags Autosports**
**925 S 8th St**
**Fernandina Beach,, FL 32034-3706**

Date(s) debt was incurred  **4/23/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$24.56**

---

**3.367**

**Nonpriority creditor's name and mailing address**
**El Gallito Tires Sa De Cv**
**Av. Chapultepec 1956**
**Mexico**
**Monterrey,  64800**

Date(s) debt was incurred  **4/15/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,410.83**

---

**3.368**

**Nonpriority creditor's name and mailing address**
**Electrocontrol Regiomonta**
**701 N International Blvd Ste 123-693**
**Hidalgo,, TX 78557**

Date(s) debt was incurred  **3/13/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$67.46**

---

**3.369**

**Nonpriority creditor's name and mailing address**
**Elias Manousos**
**26 25th Ave**
**San Francisco,, CA 94121**

Date(s) debt was incurred  **4/24/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$99.47**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.370** | Nonpriority creditor's name and mailing address
**Elias Portillo**
857 Ocean View Ave
San Mateo,, CA 94401

Date(s) debt was incurred  5/6/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.89**

---

**3.371** | Nonpriority creditor's name and mailing address
**Elizabeth Kaufman**
1210 Killarney
Grapevine,, TX 76051

Date(s) debt was incurred  3/1/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$129.56**

---

**3.372** | Nonpriority creditor's name and mailing address
**Ellen Borden-Mulcahy**
2204 Scroggins Road
Alexandria,, VA 22302

Date(s) debt was incurred  4/18/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$15.85**

---

**3.373** | Nonpriority creditor's name and mailing address
**Elmar Auto Repair**
15 Anderson Ave
Fairview,, NJ 07022-2101

Date(s) debt was incurred  7/17/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$915.54**

---

**3.374** | Nonpriority creditor's name and mailing address
**Elux**
220 Juarez Ave Apt F
Laredo,, TX 78040-5723

Date(s) debt was incurred  5/2/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$753.35**

---

**3.375** | Nonpriority creditor's name and mailing address
**Elvin Yong**
397 Loyang Rise
Singapore, 507270
Singapore,

Date(s) debt was incurred  3/17/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,166.06**

---

**3.376** | Nonpriority creditor's name and mailing address
**Elvina M Rudolph**
348 Elm St
Indiana,, PA 15701-3129

Date(s) debt was incurred  2/8/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$31.60**

---

| Debtor | **Mini Mania Inc.** | Case number (if known)   24-22456 A-11 |
|---|---|---|
| | Name | |

---

**3.377** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37.87**

**Emanuele Perrotta**
**79 Lone Pine Ct**
**San Ramon,, CA 94582-2320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/11/2024

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.378** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66.71**

**Emil Agustin**
**1028 Belvoir Ln**
**Virginia Beach,, VA 23464-6753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/14/2024

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.379** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42.47**

**Emiles Sports Car**
**3501 Portola Dr**
**Santa Cruz,, CA 95062-5140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/29/2024

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$459.07**

**Empty Pockets Plantation & Hermitag**
**117 Sharps Rd**
**Williamsburg,, VA 23188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/5/2024

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.381** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$356.82**

**Enrique Ceballos**
**6505 Caminito Blythefield**
**Windemire**
**La Jolla,, CA 92037-5806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/18/2024

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.382** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$319.89**

**Enrique Pi eyro**
**Circunvalacion Ote 225**
**Mexico**
**Zapopan,   45010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/3/2024

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.383** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34.84**

**Eric Graham**
**10808 Vernon Rd**
**Lake Stevens,, WA 98258-8540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/23/2024

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Mini Mania Inc.**     Case number (if known)   24-22456 A-11
_____
Name

| | | |
|---|---|---|
| **3.384** | **Nonpriority creditor's name and mailing address** | **$18.44** |

**Eric Lenaburg**
**3940 Lindsay Ave.**
**Bellingham,, WA 98229**

Date(s) debt was incurred   **1/4/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.385** | **Nonpriority creditor's name and mailing address** | **$28.24** |

**Eric Nave**
**11381 Rancho Del Oro Dr #11381**
**Riverside,, CA 92505-3580**

Date(s) debt was incurred   **5/15/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.386** | **Nonpriority creditor's name and mailing address** | **$18.97** |

**Eric Quach**
**2021 4th Ave**
**Los Angeles,, CA 90018**

Date(s) debt was incurred   **3/15/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.387** | **Nonpriority creditor's name and mailing address** | **$16,991.98** |

**Eric Stoof**
**2981 Partridge Drive**
**Canada, V2A 9E7**
**Penticton,, BC**

Date(s) debt was incurred   **12/19/2023**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.388** | **Nonpriority creditor's name and mailing address** | **$53.70** |

**Erik Borrowman**
**1315 Laurel St**
**Santa Cruz,, CA 95060-3518**

Date(s) debt was incurred   **6/3/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.389** | **Nonpriority creditor's name and mailing address** | **$70.99** |

**Erik C Furrer**
**4042 Cowell Blvd**
**Davis,, CA 95618**

Date(s) debt was incurred   **3/14/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.390** | **Nonpriority creditor's name and mailing address** | **$88.39** |

**Erik Leonhard**
**1367 Highway 41 S**
**Forsyth,, GA 31029-8577**

Date(s) debt was incurred   **3/19/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | | Case number *(if known)* | 24-22456 A-11 |
|---|---|---|---|---|
| | Name | | | |

---

**3.391** | Nonpriority creditor's name and mailing address
**Erik Pfeiffer**
984 PO Box
Sandia Park,, NM 87047-0984

Date(s) debt was incurred **5/23/2024**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*                **$35.57**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.392** | Nonpriority creditor's name and mailing address
**Erin Estey**
155 Compo Rd N
Westport,, CT 06880

Date(s) debt was incurred **5/5/2024**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*                **$99.78**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393** | Nonpriority creditor's name and mailing address
**Ethan Bontrager**
631 S 6th St
Goshen,, IN 46526

Date(s) debt was incurred **5/21/2024**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*                **$67.95**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.394** | Nonpriority creditor's name and mailing address
**Ethan Rogers**
2075 Hornes Lake Rd
Williamsburg,, VA 23185

Date(s) debt was incurred **4/7/2024**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*                **$104.62**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.395** | Nonpriority creditor's name and mailing address
**Etm S.A.**
Carrera 13A #90-21
Of 402
Colombia, 110221
Bogota,

Date(s) debt was incurred **4/18/2024**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*                **$417.16**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.396** | Nonpriority creditor's name and mailing address
**Eugene Shultis**
1529 29th Ave W
Bradenton,, FL 34205-6357

Date(s) debt was incurred **6/2/2024**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*                **$35.13**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.397** | Nonpriority creditor's name and mailing address
**Eurospec**
3301 Louisville Rd
Louisville,, TN 37777

Date(s) debt was incurred **11/26/2023**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*                **$271.34**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.398** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$104.51**

Evan Eaks
101 North Jefferson Street
Sulphur Springs,, IN 47388

Date(s) debt was incurred __4/27/2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.399** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$275.38**

Evan Herve
11 Le Val D Aulnay
France
Aulnay Sur Mauldre,, 78126

Date(s) debt was incurred __3/1/2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.400** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56.83**

Everest
1320 Kepler St
Gretna,, LA 70053-3335

Date(s) debt was incurred __5/23/2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.401** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$149.29**

Extreme Auto Repair
428 N G St
Lake Worth,, FL 33460-2928

Date(s) debt was incurred __3/29/2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.402** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$90.86**

Fabian Llerena
Isabel La Catolica 287
Argentina
San Isidro,, 01642

Date(s) debt was incurred __5/17/2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.403** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48,973.00**

FEDERAL EXPRESS CORPORATION
PO BOX 7221
PASADENA, CA 91109-7321

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Services.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.404** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$235.23**

Federico Mena Bricaire
Priv Emerson 335 -1303
Col Polanco V Seccion
Mexico
Ciudad De Mexico,, 11560

Date(s) debt was incurred __3/19/2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number *(if known)* | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.405** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$266.61**

**Fernando Carranza**
**2217 Rosetta Dr**
**Chalmette,, LA 70043-5219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/15/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.406** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$323.31**

**Fernando Flores**
**426 Piccolo**
**Irvine,, CA 92620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/20/2023**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.407** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,596.26**

**Floatplus**
**67A Sing Woo Road Apt 4A**
**Shing Ping Mansions**
**Hong Kong**
**Happy Valley,**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/26/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.408** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$139.35**

**Francis Coleman**
**89578 Hwy 202**
**Astoria,, OR 97103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/4/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.409** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$74.72**

**Francis Juliano**
**2114 Vista Del Mar**
**San Mateo,, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/6/2023**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.410** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46.04**

**Francisco Javier Navarro Soza**
**8423 Nw 68th St**
**Miami,, FL 33166-2681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/3/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.411** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.92**

**Francisco Velez**
**3530 Merrick Rd**
**Seaford,, NY 11783-2824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/27/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **Mini Mania Inc.**                    Case number (if known)    24-22456 A-11

Name

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$61.95** |
|---|---|---|---|

**Frank Corbie**
**Jones Bay**
**Cliftons**
**Saint Kitts & Nevis KN0802**
**St Thomas Lowland,**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/29/2024**

**Basis for the claim:  Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$91.52** |
|---|---|---|---|

**Frank Rounds**
**2209 Virginia Ave**
**La Verne,, CA 91750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/5/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38.15** |
|---|---|---|---|

**Frankman Motor Company**
**47104 Tallgrass Cir**
**Harrisburg,, SD 57032-2147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/22/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35.82** |
|---|---|---|---|

**Fred Klein**
**Pobox 123**
**La Habra,, CA 90633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/9/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5.10** |
|---|---|---|---|

**Fred Lembkie**
**2156 Sw 17th**
**Gresham,, OR 97080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/26/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72.84** |
|---|---|---|---|

**Fred Richards**
**92 Cheyenne Trl**
**Malvern,, OH 44644-9537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/22/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.04** |
|---|---|---|---|

**Freddie Bivens**
**555 Oak Grove Rd**
**Mcminnville,, TN 37110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/5/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

**3.419** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80.09**

**Frederick Garnes**
**12699 Lakeside Ct**
**Woodbridge,, VA 22192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/19/2024**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.420** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$257.59**

**Freezee3**
**8584 Jackson Hill Rd**
**Friendship,, NY 14739-8553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/5/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.421** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29.72**

**Frost Ceramics**
**42 Cody Ave**
**Glen Head,, NY 11545-1211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/22/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.422** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$152.90**

**Gareth Oka**
**1620 E Francis Ave**
**Spokane,, WA 99208-2740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2/2023**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.423** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85.72**

**Garth Rose**
**351 Bosque**
**Alamogordo,, NM 88310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/24/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.424** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47.45**

**Gary Beyerlein**
**1631 Sw Waterfall Blvd**
**Palm City,, FL 34990-4772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/22/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.425** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$197.51**

**Gary Martin**
**910 River Rock Dr**
**Woodstock,, GA 30188-5337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/16/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|--------|---------------------|------------------------|---------------|
| | Name | | |

---

**3.426**   **Nonpriority creditor's name and mailing address**

**Gary Otterstedt**
240 Angelita Ave
Pacifica,, CA 94044

Date(s) debt was incurred   **5/15/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$44.81**

---

**3.427**   **Nonpriority creditor's name and mailing address**

**Gary Vargas**
318 Fitzhugh Rd
Winter Park,, FL 32792-3537

Date(s) debt was incurred   **4/18/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$75.42**

---

**3.428**   **Nonpriority creditor's name and mailing address**

**Gavin Galligan**
154 Clinton Dr
South Windsor,, CT 06074-3031

Date(s) debt was incurred   **5/9/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$92.45**

---

**3.429**   **Nonpriority creditor's name and mailing address**

**Gene Gravel**
31 Harugari St
Fitchburg,, MA 01420

Date(s) debt was incurred   **4/29/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$49.69**

---

**3.430**   **Nonpriority creditor's name and mailing address**

**Geoff Nielsen**
5425 Petworth Rd
Canada, V1B 3E2
Coldstream,, BC

Date(s) debt was incurred   **4/7/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$226.52**

---

**3.431**   **Nonpriority creditor's name and mailing address**

**Geoffrey Brittingham**
5545 Stanford Dr.
Nashville,, TN 37215

Date(s) debt was incurred   **1/23/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$60.28**

---

**3.432**   **Nonpriority creditor's name and mailing address**

**George Lewis**
329 Creek Ridge Loop
Blythewood,, SC 29016

Date(s) debt was incurred   **4/3/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.38**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.433** | **Nonpriority creditor's name and mailing address**
**George Mcharris**
**2636 Shadow Lk**
**Santa Ana,, CA 92705-6980**

Date(s) debt was incurred  **3/1/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$55.30**

---

**3.434** | **Nonpriority creditor's name and mailing address**
**George Meier**
**4921 Egpyt Valley Ave. Ne**
**Belmont,, MI 49306**

Date(s) debt was incurred  **9/23/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$37.42**

---

**3.435** | **Nonpriority creditor's name and mailing address**
**George Morris**
**200 N Morris St Box 463**
**Oxford,, MD 21654**

Date(s) debt was incurred  **2/23/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$77.19**

---

**3.436** | **Nonpriority creditor's name and mailing address**
**Gerald De Silva**
**3601 Washington Street**
**Riverside,, CA 92504**

Date(s) debt was incurred  **8/16/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$70.59**

---

**3.437** | **Nonpriority creditor's name and mailing address**
**Gerald Taylor**
**184 N 86th St**
**Wauwatosa,, WI 53226**

Date(s) debt was incurred  **5/28/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.77**

---

**3.438** | **Nonpriority creditor's name and mailing address**
**Gerardo Ortiz**
**30 Claremont Ave**
**Redwood City,, CA 94062-1712**

Date(s) debt was incurred  **8/3/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.75**

---

**3.439** | **Nonpriority creditor's name and mailing address**
**Gerhard Voggel**
**185 Pine St Apt 702**
**Manchester,, CT 06040-5881**

Date(s) debt was incurred  **4/13/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$602.57**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.440** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$279.91**

**Gianclaudio Barbieri**
**7025 Nw 103Rd Path**
**Doral,, FL 33178-3237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/13/2023__

Last 4 digits of account number __

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.441** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00**

**Gib Miller**
**1810 Hanover Street**
**Pittsburgh,, PA 15218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2/2023__

Last 4 digits of account number __

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.442** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55.34**

**Gilberto Gonzalez Gonzalez**
**1608 Barcelona Way**
**Winter Park,, FL 32789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/11/2024__

Last 4 digits of account number __

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.443** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$375.30**

**Gilberto Hossfeldt**
**Villa No 83 Street 535 Zone 56**
**Wadi Al Faida Street**
**Qatar**
**Doha,**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/9/2023__

Last 4 digits of account number __

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.444** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33.35**

**Gillette's Collision Center**
**W345S10411 Wambold Rd**
**Mukwonago,, WI 53149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/11/2024__

Last 4 digits of account number __

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.445** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34.73**

**Giuliano Scripilliti**
**3530 Mystic Pointe Dr Apt 2112**
**Aventura,, FL 33180-4532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/8/2023__

Last 4 digits of account number __

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.446** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.80**

**Giulio Ronchi**
**2011 N Highway 17 Apt 2300 M**
**Mount Pleasant,, SC 29466-6821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __5/29/2024__

Last 4 digits of account number __

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number *(if known)* | 24-22456 A-11 |
|--------|---------------------|--------------------------|----------------|
| | Name | | |

---

**3.447**   Nonpriority creditor's name and mailing address      **$65.95**

**Glen Carliss**
**PO Box 1303**
**West Falmouth,, MA 02574**

Date(s) debt was incurred  5/28/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.448**   Nonpriority creditor's name and mailing address      **$108.68**

**Glenn Mackillop**
**5 Sisson Hill Lane**
**Po Box N584**
**Westport,, MA 02790-0606**

Date(s) debt was incurred  3/27/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.449**   Nonpriority creditor's name and mailing address      **$181.02**

**Gluky Group**
**201 Sw 17th Rd Ph 804**
**Miami,, FL 33129-1364**

Date(s) debt was incurred  4/30/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.450**   Nonpriority creditor's name and mailing address      **$14.87**

**Gordon Roberts**
**52 Tariffville Rd**
**Bloomfield,, CT 06002-1118**

Date(s) debt was incurred  11/27/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.451**   Nonpriority creditor's name and mailing address      **$584.76**

**Graham Keay**
**374 Manhattan Ave Apt 2L**
**Brooklyn,, NY 11211-2479**

Date(s) debt was incurred  4/20/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.452**   Nonpriority creditor's name and mailing address      **$70.32**

**Graham Wozencroft**
**1912 Sierra Ave**
**Napa,, CA 94558**

Date(s) debt was incurred  11/16/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.453**   Nonpriority creditor's name and mailing address      **$268.14**

**Grant Evans**
**184 Gunville Road**
**Great Britain, PO30 5LS**
**Newport,**

Date(s) debt was incurred  2/18/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

| 3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$152.09** |
|---|---|---|---|

**Grant Leersnyder**
**3542 Ewell Street**
**Annandale,, VA 22003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __3/5/2024__

**Basis for the claim:**  __Customer Deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.67** |
|---|---|---|---|

**Greg Croce**
**3515 Liscome Way**
**Concord,, CA 94518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/29/2024__

**Basis for the claim:**  __Customer Deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39.63** |
|---|---|---|---|

**Greg Lehr**
**5701 N Salem Church Rd**
**Dover,, PA 17315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __5/28/2024__

**Basis for the claim:**  __Customer Deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.26** |
|---|---|---|---|

**Greg Schnittger**
**404 Wiltshire Blvd**
**Oakwood,, OH 45419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/16/2024__

**Basis for the claim:**  __Customer Deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.79** |
|---|---|---|---|

**Greg Snyder**
**PO Box 38**
**Arlington,, WA 98223-0008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __5/20/2024__

**Basis for the claim:**  __Customer Deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$573.75** |
|---|---|---|---|

**Greg St Jacques**
**805 Greenwood Dr**
**Hendersonville,, NC 28791-1907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/22/2024__

**Basis for the claim:**  __Customer Deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37.98** |
|---|---|---|---|

**Greg Young**
**3012 Meade Ave Suite 150**
**Las Vegas,, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/6/2023__

**Basis for the claim:**  __Customer Deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.461** | Nonpriority creditor's name and mailing address
**Gregg Swartley**
**114 Boulder Hill Rd**
**Mohnton,, PA 19540-9403**

Date(s) debt was incurred  **5/15/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$111.48**

---

**3.462** | Nonpriority creditor's name and mailing address
**Gregory Dayao**
**4503 Birch St**
**Bellaire,, TX 77401-5507**

Date(s) debt was incurred  **4/4/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$42.75**

---

**3.463** | Nonpriority creditor's name and mailing address
**Gregory M Taddeo**
**401 East 65th Str Apt 15F**
**New York,, NY 10065**

Date(s) debt was incurred  **3/14/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$189.60**

---

**3.464** | Nonpriority creditor's name and mailing address
**Guilherme Amaral**
**4119 Laurel Ridge Circle**
**Weston,, FL 33331**

Date(s) debt was incurred  **5/15/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$222.83**

---

**3.465** | Nonpriority creditor's name and mailing address
**Guillermo Meza**
**14032 Mazatlan Way**
**Poway,, CA 92064**

Date(s) debt was incurred  **4/5/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$43.68**

---

**3.466** | Nonpriority creditor's name and mailing address
**Guillermo Mullins**
**741 Candlebark Drive**
**Jacksonville,, FL 32225**

Date(s) debt was incurred  **12/19/2023**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$146.15**

---

**3.467** | Nonpriority creditor's name and mailing address
**Gunther Ruppel**
**4432 Graveley Street**
**Canada, V5C 3T8**
**Burnaby,, BC**

Date(s) debt was incurred  **3/16/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$59.58**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.468**

Nonpriority creditor's name and mailing address
**Gustavo Pradilla**
**7016 Nw 50th St**
**Miami,, FL 33166-5634**

Date(s) debt was incurred  1/10/2024

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$134.55**

---

**3.469**

Nonpriority creditor's name and mailing address
**Guy Vincent**
**152, Williams Avenue**
**Winsted,, CT 06098**

Date(s) debt was incurred  2/23/2024

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$34.73**

---

**3.470**

Nonpriority creditor's name and mailing address
**Gwan The**
**2242 Malcolm Ave**
**Los Angeles,, CA 90064**

Date(s) debt was incurred  5/28/2024

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$352.16**

---

**3.471**

Nonpriority creditor's name and mailing address
**Gwynne Pierson**
**121 Weed Mine Rd**
**Copake,, NY 12516-1703**

Date(s) debt was incurred  4/1/2024

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.35**

---

**3.472**

Nonpriority creditor's name and mailing address
**Hadian Pramudita**
**Jl.Kemang Utara Viii No.46 Zz**
**Indonesia**
**Jakarta,   12730**

Date(s) debt was incurred  12/4/2023

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$160.85**

---

**3.473**

Nonpriority creditor's name and mailing address
**Hale Performance Coatings**
**8255 Sylvania Petersburg Rd**
**Ottawa Lake,, MI 49267**

Date(s) debt was incurred  4/5/2024

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.50**

---

**3.474**

Nonpriority creditor's name and mailing address
**Haley Bergman**
**899 Green St Apt 305**
**San Francisco,, CA 94133-3736**

Date(s) debt was incurred  4/7/2024

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$34.90**

---

Debtor　**Mini Mania Inc.**

Case number (if known)　24-22456 A-11

Name

---

| 3.475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33.60** |
|---|---|---|---|

**Hamid Wright**
**10900 Cobblestone Lane**
**Austin,, TX 78750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　**2/27/2024**

**Basis for the claim:　Customer Deposit**

Last 4 digits of account number　_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.476 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21.17** |
|---|---|---|---|

**Hanover Auto Worxs**
**1427 Sans Souci Pkwy**
**Hanover Township,, PA 18706-6083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　**5/16/2024**

**Basis for the claim:　Customer Deposit**

Last 4 digits of account number　_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.477 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$278.26** |
|---|---|---|---|

**Harold Game**
**7495 Blutter Rd**
**North Port,, FL 34291-3304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　**3/15/2024**

**Basis for the claim:　Customer Deposit**

Last 4 digits of account number　_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.478 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80.21** |
|---|---|---|---|

**Harold Goodlove**
**78 4th St Se**
**Naples,, FL 34117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　**3/3/2024**

**Basis for the claim:　Customer Deposit**

Last 4 digits of account number　_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17.48** |
|---|---|---|---|

**Harold Rodriguez**
**7568 Edmund Hwy**
**Pelion,, SC 29123-9015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　**10/23/2023**

**Basis for the claim:　Customer Deposit**

Last 4 digits of account number　_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$87.54** |
|---|---|---|---|

**Harry Labrake**
**P.O. Box 73**
**Moose Pass,, AK 99631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　**4/11/2024**

**Basis for the claim:　Customer Refund**

Last 4 digits of account number　_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.481 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45.13** |
|---|---|---|---|

**Harsh Mankodi**
**440 Navaro Pl Unit 104**
**San Jose,, CA 95134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　**5/17/2024**

**Basis for the claim:　Customer Deposit**

Last 4 digits of account number　_

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known)  24-22456 A-11 |
|---|---|---|
| | Name | |

---

**3.482** | Nonpriority creditor's name and mailing address

**Hdi Builders**
**4217 Okemos Rd**
**Okemos,, MI 48864**

Date(s) debt was incurred  5/10/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No  ☐ Yes

**$21.99**

---

**3.483** | Nonpriority creditor's name and mailing address

**Heather Rafferty**
**1309 Northridge Dr**
**Austin,, TX 78723**

Date(s) debt was incurred  3/14/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$29.91**

---

**3.484** | Nonpriority creditor's name and mailing address

**Hector Huerta**
**Av Americas 1501**
**20A**
**Mexico**
**Guadalajara,   44630**

Date(s) debt was incurred  4/2/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No  ☐ Yes

**$415.22**

---

**3.485** | Nonpriority creditor's name and mailing address

**Hector Rendon**
**508 Laredo St**
**Laredo,, TX 78040-8419**

Date(s) debt was incurred  7/9/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No  ☐ Yes

**$6,718.96**

---

**3.486** | Nonpriority creditor's name and mailing address

**Hedges Management, Inc**
**DBA Hedges & Company**
**5603 Darrow Road #100**
**HUDSON, OH 44236-5015**

Date(s) debt was incurred  __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset? ☐ No  ☐ Yes

**$2,000.00**

---

**3.487** | Nonpriority creditor's name and mailing address

**Helio Rodrigues**
**10011 Morning Glory Ln**
**Frisco,, TX 75035**

Date(s) debt was incurred  5/31/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$93.81**

---

**3.488** | Nonpriority creditor's name and mailing address

**Henk De Feyter**
**72 Crossfield Rd**
**North Branford,, CT 06471**

Date(s) debt was incurred  3/18/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$31.60**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.489**   Nonpriority creditor's name and mailing address

**Henry Cochran**
**41 Uhlerstown Hill Rd**
**Upper Black Eddy,, PA 18972-9103**

Date(s) debt was incurred  __4/15/2024__

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ☒ No ☐ Yes

**$395.08**

---

**3.490**   Nonpriority creditor's name and mailing address

**Henry Hinck**
**2703 De La Vina St.**
**Schneider Autohaus**
**Santa Barbara,, CA 93105**

Date(s) debt was incurred  __3/8/2024__

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ☒ No ☐ Yes

**$115.95**

---

**3.491**   Nonpriority creditor's name and mailing address

**Henry Madden**
**1786 Jacaranda Ave**
**The Villages,, FL 32162-3169**

Date(s) debt was incurred  __2/7/2024__

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ☒ No ☐ Yes

**$46.39**

---

**3.492**   Nonpriority creditor's name and mailing address

**Henry Tankersley**
**5028 S 85th East Ave**
**Tulsa,, OK 74145-7125**

Date(s) debt was incurred  __2/26/2024__

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ☒ No ☐ Yes

**$1,178.67**

---

**3.493**   Nonpriority creditor's name and mailing address

**Hideki Katayama**
**66 Meadowview Ct**
**Leonia,, NJ 07605-2044**

Date(s) debt was incurred  __4/1/2024__

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ☒ No ☐ Yes

**$528.60**

---

**3.494**   Nonpriority creditor's name and mailing address

**Hill Tech Solutions**
**2000 Lowther Dr**
**Eatontown,, NJ 07724-4012**

Date(s) debt was incurred  __4/29/2024__

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ☒ No ☐ Yes

**$33.79**

---

**3.495**   Nonpriority creditor's name and mailing address

**Hoa Nguyen**
**6850 Circlecreek Dr**
**Pinellas Park,, FL 33781-4803**

Date(s) debt was incurred  __4/1/2024__

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ☒ No ☐ Yes

**$67.35**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.496** | Nonpriority creditor's name and mailing address
**Hoang Ngo**
**2006 S.Sinclair Ave**
**Stockton,, CA 95215**

Date(s) debt was incurred  2/11/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$157.61**

---

**3.497** | Nonpriority creditor's name and mailing address
**Home**
**1001 Kensington Ct**
**Carson City,, NV 89703**

Date(s) debt was incurred  6/3/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$383.98**

---

**3.498** | Nonpriority creditor's name and mailing address
**Hosrow Jaffarbhoy**
**17421 Se 46th Pl**
**Bellevue,, WA 98006-6530**

Date(s) debt was incurred  4/26/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$63.45**

---

**3.499** | Nonpriority creditor's name and mailing address
**Howard Weaver**
**2800 East Herbison Rd**
**Bath,, MI 48808**

Date(s) debt was incurred  3/15/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$323.89**

---

**3.500** | Nonpriority creditor's name and mailing address
**Hubbards German Auto Inc**
**235 W Grant St**
**Eureka,, CA 95501-1649**

Date(s) debt was incurred  5/20/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$229.60**

---

**3.501** | Nonpriority creditor's name and mailing address
**HUFFAKER RACING**
**29601 ARNOLD DR.**
**SONOMA, CA 95476**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.502** | Nonpriority creditor's name and mailing address
**Humana, Inc.**
**PO Box 14209**
**LEXINGTON, KY 40512-4209**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

**$1,109.91**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.503**

**Nonpriority creditor's name and mailing address**
Ian Florek
9911 49th Dr Ne
Marysville,, WA 98270

Date(s) debt was incurred  **4/18/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$101.60**

---

**3.504**

**Nonpriority creditor's name and mailing address**
Ian Geyer
150 Dixon Rd
Carmel,, NY 10512

Date(s) debt was incurred  **11/24/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$380.94**

---

**3.505**

**Nonpriority creditor's name and mailing address**
Imported Cars Of Darien
31 Pine Hill Ave
Norwalk,, CT 06855

Date(s) debt was incurred  **4/25/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,075.49**

---

**3.506**

**Nonpriority creditor's name and mailing address**
INSYNC BUSINESS SOLUTIONS
2530 N POWERLINE RD SUITE 404
POMPANO BEACH, FL 33069

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

**$463.92**

---

**3.507**

**Nonpriority creditor's name and mailing address**
Integratis
3072 Serra Ave
Carmel,, CA 93923

Date(s) debt was incurred  **5/7/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$77.81**

---

**3.508**

**Nonpriority creditor's name and mailing address**
InterAmerican Motor Corporation
Parts Authority LLC
PO Box 748957
LOS ANGELES, CA 90074-8957

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

**$3,041.48**

---

**3.509**

**Nonpriority creditor's name and mailing address**
Irene Zingg, P.A.
22197 Majestic Woods Way
Boca Raton,, FL 33428

Date(s) debt was incurred  **5/16/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$55.27**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|--------|---------------------|------------------------|---------------|
| | Name | | |

---

**3.510**   Nonpriority creditor's name and mailing address

**Ironwood Country Club**
80670 Virginia Ave
Indio,, CA 92201

Date(s) debt was incurred   5/31/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$65.43**

---

**3.511**   Nonpriority creditor's name and mailing address

**Isel Caro**
6171 Morton Cir
King George,, VA 22485-7166

Date(s) debt was incurred   5/25/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$65.50**

---

**3.512**   Nonpriority creditor's name and mailing address

**Ivan Garcia**
61 W 73Rd St Apt 1A
New York,, NY 10023-3178

Date(s) debt was incurred   5/22/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$318.20**

---

**3.513**   Nonpriority creditor's name and mailing address

**J Law**
12261 E Kalwies Ln
Palmer,, AK 99645

Date(s) debt was incurred   4/21/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$127.20**

---

**3.514**   Nonpriority creditor's name and mailing address

**J. Bradley Keller**
124 N. Dalton Ave.
Albany,, IN 47320

Date(s) debt was incurred   12/7/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$44.69**

---

**3.515**   Nonpriority creditor's name and mailing address

**Jack Matthews**
6106 Forest Ct
San Antonio,, TX 78240-3305

Date(s) debt was incurred   5/6/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$326.72**

---

**3.516**   Nonpriority creditor's name and mailing address

**Jacob Taylor**
914 Old Highway 100
Waco,, GA 30182

Date(s) debt was incurred   5/5/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$45.28**

---

Debtor    **Mini Mania Inc.**        Case number (if known)    24-22456 A-11

Name

---

**3.517**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: Check all that apply.      **$975.54**

**Jacqueline Moore**
**5790 E 120th Pl**
**Brighton,, CO 80602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   5/13/2024

**Basis for the claim:**   **Customer Deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.518**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: Check all that apply.      **$173.64**

**Jacques Quartiero**
**Rua Pedro Doll, 409**
**Santana**
**Brazil, 02404-001**
**S o Paulo,, SP**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   8/1/2023

**Basis for the claim:**   **Customer Deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.519**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: Check all that apply.      **$74.35**

**Jaime Salgado**
**13765 Sw 115th Ln**
**Miami,, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   5/31/2024

**Basis for the claim:**   **Customer Deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.520**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: Check all that apply.      **$31.49**

**James Adams**
**3005 Allen St**
**Owensboro,, KY 42303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   3/24/2024

**Basis for the claim:**   **Customer Deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.521**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: Check all that apply.      **$165.65**

**James Baird**
**1418 Jamestown Rd**
**Sequim,, WA 98382-8936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   3/29/2024

**Basis for the claim:**   **Customer Deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.522**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: Check all that apply.      **$56.59**

**James Cha**
**601 Arcadia Terrace Unit 106**
**Sunnyvale,, CA 94085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   4/18/2024

**Basis for the claim:**   **Customer Refund**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.523**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: Check all that apply.      **$161.86**

**James Drass**
**9779 Transplanter Cir**
**Ladson,, SC 29456-6768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   4/14/2024

**Basis for the claim:**   **Customer Deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.524**

**Nonpriority creditor's name and mailing address**
**James E Molnar**
**1073 Huston Drive**
**West Mifflin,, PA 15122**

Date(s) debt was incurred  **2/9/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$215.29**

---

**3.525**

**Nonpriority creditor's name and mailing address**
**James Gorman**
**6475 Warriors Run**
**Littleton,, CO 80125**

Date(s) debt was incurred  **4/30/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$304.00**

---

**3.526**

**Nonpriority creditor's name and mailing address**
**James Green**
**700 Church St Apt 805**
**Nashville,, TN 37203-9602**

Date(s) debt was incurred  **4/6/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$204.68**

---

**3.527**

**Nonpriority creditor's name and mailing address**
**James Gude**
**23080 Homestead Way**
**Tehachapi,, CA 93561**

Date(s) debt was incurred  **4/22/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$187.69**

---

**3.528**

**Nonpriority creditor's name and mailing address**
**James Moody**
**211 5th St**
**Watkins Glen,, NY 14891**

Date(s) debt was incurred  **10/4/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$362.46**

---

**3.529**

**Nonpriority creditor's name and mailing address**
**James Stechschulte**
**9509 Leathersmith Ct**
**Burke,, VA 22015-4132**

Date(s) debt was incurred  **4/18/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$4.97**

---

**3.530**

**Nonpriority creditor's name and mailing address**
**James Steputis**
**6338 Fields Ertel Rd**
**Cincinnati,, OH 45249-8307**

Date(s) debt was incurred  **4/25/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$57.20**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.531** | Nonpriority creditor's name and mailing address

**James W. Toft & Associates, Inc.**
**563 Brunswick Road  #12**
**GRASS VALLEY, CA 95945**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                   **$3,975.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CPA Services.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.532** | Nonpriority creditor's name and mailing address

**James Weber**
**114 N Clinton Ave**
**Bay Shore,, NY 11706-6422**

Date(s) debt was incurred  **2/13/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                   **$0.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.533** | Nonpriority creditor's name and mailing address

**Jan Kacenas**
**300 Hillview Dr**
**Lawrenceburg,, TN 38464-1212**

Date(s) debt was incurred  **5/23/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                   **$1,053.28**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.534** | Nonpriority creditor's name and mailing address

**Jared Theis**
**5809 Cove Landing Rd Apt 204**
**Burke,, VA 22015**

Date(s) debt was incurred  **2/5/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                   **$41.85**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.535** | Nonpriority creditor's name and mailing address

**Jasmine Jimenez**
**10707 Jamacha Blvd #147**
**Spring Valley, CA 91978**

Date(s) debt was incurred  **5/16/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                   **$163.13**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.536** | Nonpriority creditor's name and mailing address

**Jason Alisauski**
**2608 Oak Cliff Ln**
**Arlington,, TX 76012**

Date(s) debt was incurred  **5/8/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                   **$67.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.537** | Nonpriority creditor's name and mailing address

**Jason Brown**
**6431 Rim Crest Ln**
**Harrison,, TN 37341**

Date(s) debt was incurred  **5/15/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                   **$124.65**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$124.67** |
|---|---|---|---|

**Jason Bryan**
**223 Jennie St**
**Goose Creek,, SC 29445-3107**

Date(s) debt was incurred **5/22/2024**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$147.48** |
|---|---|---|---|

**Jason Dasilva**
**53 Sagamor Dr**
**Hopewell Junction,, NY 12533-8208**

Date(s) debt was incurred **11/8/2023**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34.90** |
|---|---|---|---|

**Jason Johnson**
**2102 Collet Ct**
**Rocklin,, CA 95765**

Date(s) debt was incurred **5/11/2024**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$143.99** |
|---|---|---|---|

**Jason M. Beck**
**119 E Baker St**
**Laramie,, WY 82072**

Date(s) debt was incurred **4/28/2024**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.56** |
|---|---|---|---|

**Jason Marshall**
**9855 Bert Dr**
**Elk Grove,, CA 95624-9610**

Date(s) debt was incurred **4/30/2024**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.86** |
|---|---|---|---|

**Jason Newlin**
**6630 E Oasis St**
**Mesa,, AZ 85215**

Date(s) debt was incurred **5/8/2024**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$184.59** |
|---|---|---|---|

**Jason Nyzio**
**2501 Kristen Ln**
**Gilbertsville,, PA 19525-8513**

Date(s) debt was incurred **5/1/2024**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Mini Mania Inc.**       Case number *(if known)*   24-22456 A-11

Name

| | |
|---|---|
| **3.545** | |

**Nonpriority creditor's name and mailing address**
**Jason Thurman**
**4436 E Mountain Sage Dr**
**Phoenix,, AZ 85044-6083**

Date(s) debt was incurred  4/3/2024

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$147.63**

---

| | |
|---|---|
| **3.546** | |

**Nonpriority creditor's name and mailing address**
**Jason Voegerl**
**3429 Tabor Ct #3**
**New Albany,, IN 47150**

Date(s) debt was incurred  4/24/2024

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.72**

---

| | |
|---|---|
| **3.547** | |

**Nonpriority creditor's name and mailing address**
**Jason Vosta**
**2585 Pioneers Road**
**Milford,, NE 68405**

Date(s) debt was incurred  4/24/2024

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$506.58**

---

| | |
|---|---|
| **3.548** | |

**Nonpriority creditor's name and mailing address**
**Javier Lopez**
**11011 Otsego St Apt 203**
**North Hollywood,, CA 91601-6863**

Date(s) debt was incurred  1/1/2024

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$130.01**

---

| | |
|---|---|
| **3.549** | |

**Nonpriority creditor's name and mailing address**
**Jazmin Rivera Sommano**
**2717 Stanton Woods Dr Se**
**Conyers,, GA 30094**

Date(s) debt was incurred  5/3/2024

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$71.92**

---

| | |
|---|---|
| **3.550** | |

**Nonpriority creditor's name and mailing address**
**Jean Beaupre**
**47 Southwood Dr**
**Alexandria,, KY 41001-9291**

Date(s) debt was incurred  5/3/2024

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$32.02**

---

| | |
|---|---|
| **3.551** | |

**Nonpriority creditor's name and mailing address**
**Jeff Callahan**
**39 Alexander Rd**
**Londonderry,, NH 03053**

Date(s) debt was incurred  5/14/2024

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$28.50**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
| | Name | | |

---

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63.92** |

**Jeff Carlson**
**3213 Esperanza Dr**
**Concord,, CA 94519-2224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/25/2024**

Basis for the claim: **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42.78** |

**Jeff Horton**
**319 Eldorado Ave**
**Fircrest,, WA 98466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/16/2024**

Basis for the claim: **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.53** |

**Jeff Ma**
**1759 Edgewood Rd**
**Emerald Hills,, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/22/2024**

Basis for the claim: **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$298.59** |

**Jeff'S Auto Repair**
**960 S Lay Ave**
**Saint Clair,, MO 63077-1911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/11/2024**

Basis for the claim: **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$959.59** |

**Jefferson Raley**
**3707 Mcneil Dr**
**Austin,, TX 78727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/9/2024**

Basis for the claim: **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4.05** |

**Jeffrey Beaver**
**3020 Irene Cir**
**Manhattan,, KS 66502-2094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/13/2024**

Basis for the claim: **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$530.09** |

**Jeffrey Ber**
**32411 Fm 2978 Rd Ste A**
**Magnolia,, TX 77354-6078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/7/2024**

Basis for the claim: **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number *(if known)* | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.559**

**Nonpriority creditor's name and mailing address**

**Jeffrey Britton**
**13348 Wales Ave**
**Huntington Woods,, MI 48070-1725**

Date(s) debt was incurred  **2/17/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$120.11**

---

**3.560**

**Nonpriority creditor's name and mailing address**

**Jeffrey Dean**
**14602 Floating Bridge Road**
**Three Rivers,, MI 49093**

Date(s) debt was incurred  **2/26/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$19.20**

---

**3.561**

**Nonpriority creditor's name and mailing address**

**Jeffrey Kasdorf**
**1409 Japonica Aly**
**Hermitage,, TN 37076**

Date(s) debt was incurred  **4/30/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$69.33**

---

**3.562**

**Nonpriority creditor's name and mailing address**

**Jeffrey Kellogg**
**1855 S Rhyolite Lane**
**Saint George,, UT 84790**

Date(s) debt was incurred  **3/25/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$116.47**

---

**3.563**

**Nonpriority creditor's name and mailing address**

**Jeffrey Nammack**
**100 Trout Brook Lane**
**Riverhead,, NY 11901**

Date(s) debt was incurred  **3/9/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$53.31**

---

**3.564**

**Nonpriority creditor's name and mailing address**

**Jeffrey Salisbury**
**782 Ne Shorewood Ct**
**Poulsbo,, WA 98370**

Date(s) debt was incurred  **5/3/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.565**

**Nonpriority creditor's name and mailing address**

**Jeffry Johnson**
**350A Fieldpointe Blvd Apt 303**
**Frederick,, MD 21701-1260**

Date(s) debt was incurred  **4/14/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$56.05**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.48 |
|---|---|---|---|

**Jennifer Ayers**
**1687 Church Hill Rd**
**Charlotte,, VT 05445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/13/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.33 |
|---|---|---|---|

**Jennifer Gray**
**6247 Six String Ct**
**Fort Mill,, SC 29708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/16/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.98 |
|---|---|---|---|

**Jennifer Henderson**
**215 1/2 Prospect Hts**
**Santa Cruz,, CA 95065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.04 |
|---|---|---|---|

**Jennifer Lek**
**5111 W Morning Lily Ln**
**West Jordan,, UT 84081-6124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/16/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.54 |
|---|---|---|---|

**Jenny Johns**
**6217 Ridgeview Ct**
**Naylor,, GA 31641-2561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/19/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.79 |
|---|---|---|---|

**Jeremy Kolenda**
**8219 Horsetail Ct**
**Conroe,, TX 77385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/25/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.27 |
|---|---|---|---|

**Jeremy Lansford**
**1134 Vine St**
**Paso Robles,, CA 93446-2561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/24/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.573** | Nonpriority creditor's name and mailing address
**Jeremy Lindquist**
62 Doris Ct
Magnolia,, DE 19962

Date(s) debt was incurred  2/24/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$907.26

---

**3.574** | Nonpriority creditor's name and mailing address
**Jeremy Thorpe**
9766 Se City View Drive
Happy Valley,, OR 97086

Date(s) debt was incurred  3/26/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$240.00

---

**3.575** | Nonpriority creditor's name and mailing address
**Jerome Peters**
121 Meadow Ave
Saint Augustine,, FL 32084-2248

Date(s) debt was incurred  5/31/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$66.32

---

**3.576** | Nonpriority creditor's name and mailing address
**Jerrienel Balisi**
1516 Mcdougal St
Vallejo,, CA 94590-3017

Date(s) debt was incurred  5/7/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$47.87

---

**3.577** | Nonpriority creditor's name and mailing address
**Jerry Bowles**
5160 Claremont Ave, Apt 405
Oakland,, CA 94618

Date(s) debt was incurred  12/13/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$106.19

---

**3.578** | Nonpriority creditor's name and mailing address
**Jesse Davidson**
258 Riviera Dr S
Massapequa,, NY 11758-8519

Date(s) debt was incurred  2/29/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$31.32

---

**3.579** | Nonpriority creditor's name and mailing address
**Jesse Joswiak**
13232 E 13th Pl
Aurora,, CO 80011-6541

Date(s) debt was incurred  3/22/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$50.93

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.580** | Nonpriority creditor's name and mailing address

**Jesse Muldoon**
619 Governors Rd
Milton,, NH 03851-4757

Date(s) debt was incurred **5/3/2024**

Last 4 digits of account number **__**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$117.54**

---

**3.581** | Nonpriority creditor's name and mailing address

**Jesse Owens**
3203 Laurel Oak Ct
Eglin Afb,, FL 32542-1293

Date(s) debt was incurred **2/21/2024**

Last 4 digits of account number **__**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$367.97**

---

**3.582** | Nonpriority creditor's name and mailing address

**Jim Blackwood**
9406 Gunpowder Rd.
Florence,, KY 41042

Date(s) debt was incurred **3/10/2024**

Last 4 digits of account number **__**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$53.89**

---

**3.583** | Nonpriority creditor's name and mailing address

**Jim Campbell**
14 Matheson St
Australia
Virginia,  04014

Date(s) debt was incurred **3/21/2024**

Last 4 digits of account number **__**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$297.24**

---

**3.584** | Nonpriority creditor's name and mailing address

**Jim Davis**
5687 County Road 1
Swanton,, OH 43558-9546

Date(s) debt was incurred **3/10/2024**

Last 4 digits of account number **__**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$39.57**

---

**3.585** | Nonpriority creditor's name and mailing address

**Jim Gordon**
5636 Jefferson Pike
Frederick,, MD 21703

Date(s) debt was incurred **1/19/2024**

Last 4 digits of account number **__**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$51.60**

---

**3.586** | Nonpriority creditor's name and mailing address

**Jim Held**
3202 Donley St
San Diego,, CA 92117-6152

Date(s) debt was incurred **4/18/2024**

Last 4 digits of account number **__**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$37.08**

---

| Debtor | **Mini Mania Inc.** | Case number *(if known)* | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.587** | Nonpriority creditor's name and mailing address

**Jim Predmore**
**212 Bristol Court**
**Danville,, CA 94506**

Date(s) debt was incurred  **2/1/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$34.26**

---

**3.588** | Nonpriority creditor's name and mailing address

**Jim Redden**
**1404 Gladstone Dr**
**Rockville,, MD 20851**

Date(s) debt was incurred  **12/27/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$204.31**

---

**3.589** | Nonpriority creditor's name and mailing address

**Jim Shafer**
**6133 Bluebell Ave.**
**North Hollywood,, CA 91606**

Date(s) debt was incurred  **3/6/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$21.83**

---

**3.590** | Nonpriority creditor's name and mailing address

**Jim Shick**
**98 Hog Heaven Hts**
**Maggie Valley,, NC 28751**

Date(s) debt was incurred  **4/4/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$68.59**

---

**3.591** | Nonpriority creditor's name and mailing address

**JM Turbo Coopers, LLC**
**530 E. Hunt Hwy. Ste 103**
**SAN TAN VALLEY, AZ 85143**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

**$28,112.36**

---

**3.592** | Nonpriority creditor's name and mailing address

**Joanna Hennessey**
**560 Se Midway Blvd**
**Oak Harbor,, WA 98277-5018**

Date(s) debt was incurred  **5/8/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$19.28**

---

**3.593** | Nonpriority creditor's name and mailing address

**Jodie Martin**
**144 Brookhaven Dr**
**Moore,, SC 29369-9750**

Date(s) debt was incurred  **5/8/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$71.99**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.38 |
|---|---|---|---|

**Joe Brabender**
**1902 Barber Dr**
**Stoughton,, WI 53589-3021**

Date(s) debt was incurred __5/6/2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.63 |
|---|---|---|---|

**Joe Mcarthur**
**23615 Se 374th St**
**Enumclaw,, WA 98022-6811**

Date(s) debt was incurred __3/17/2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.06 |
|---|---|---|---|

**Joe Wolff**
**7728 Calle Comodo Ne**
**Albuquerque,, NM 87113**

Date(s) debt was incurred __12/18/2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $173.66 |
|---|---|---|---|

**Johana Nunez**
**11808 Mccabe Dr**
**Lorena,, TX 76655**

Date(s) debt was incurred __4/18/2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.76 |
|---|---|---|---|

**John Avery State Farm**
**709 W Ellsworth Rd Ste 112**
**Ann Arbor,, MI 48108-3392**

Date(s) debt was incurred __3/2/2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.16 |
|---|---|---|---|

**John Brett**
**70 S Brown St**
**Tucson,, AZ 85710-4500**

Date(s) debt was incurred __4/26/2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.33 |
|---|---|---|---|

**John Brown Iii**
**232 Tall Timbers Trail**
**Hendersonville,, NC 28792**

Date(s) debt was incurred __2/19/2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

**3.601**

**Nonpriority creditor's name and mailing address**
**John Courtney**
**1115 Long Beach Drive**
**Big Pine Key,, FL 33043**

Date(s) debt was incurred  **3/25/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$93.94**

---

**3.602**

**Nonpriority creditor's name and mailing address**
**John Dobrowski**
**2385 State Route 57 W**
**Washington,, NJ 07882-3608**

Date(s) debt was incurred  **5/30/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$93.44**

---

**3.603**

**Nonpriority creditor's name and mailing address**
**John Kimball**
**538 Brunswick Pike**
**Lambertville,, NJ 08530**

Date(s) debt was incurred  **4/30/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$192.56**

---

**3.604**

**Nonpriority creditor's name and mailing address**
**John Koch**
**46 Longfellow Rd**
**Shelton,, CT 06484-1657**

Date(s) debt was incurred  **6/3/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$229.94**

---

**3.605**

**Nonpriority creditor's name and mailing address**
**John Ledbrook**
**10 Clos De Sous Les Courtils**
**Great Britain, GY5 7HY**
**Guernsey,**

Date(s) debt was incurred  **11/2/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$121.12**

---

**3.606**

**Nonpriority creditor's name and mailing address**
**John Mccahan**
**3018 Ritter Dr**
**Bozeman,, MT 59715-2003**

Date(s) debt was incurred  **3/9/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$223.91**

---

**3.607**

**Nonpriority creditor's name and mailing address**
**John Mcdaniel**
**875 Sweet Birch Dr**
**Middletown,, DE 19709-7882**

Date(s) debt was incurred  **5/14/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$483.60**

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.608**

**Nonpriority creditor's name and mailing address**
**John Ortmann**
**10208 Rustic Redwood Way**
**Highlands Ranch,, CO 80126**

Date(s) debt was incurred  2/7/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$34.69**

---

**3.609**

**Nonpriority creditor's name and mailing address**
**John Owings**
**2709 S Milton Dr**
**Independence,, MO 64055-2024**

Date(s) debt was incurred  6/2/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$32.93**

---

**3.610**

**Nonpriority creditor's name and mailing address**
**John Rowland**
**5812 Silver Oak Dr**
**Fort Pierce,, FL 34982-3223**

Date(s) debt was incurred  9/8/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$33.40**

---

**3.611**

**Nonpriority creditor's name and mailing address**
**John Ruppert**
**1607 Se 12th Ct**
**Fort Lauderdale,, FL 33316**

Date(s) debt was incurred  5/16/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$22.48**

---

**3.612**

**Nonpriority creditor's name and mailing address**
**John Saunders**
**12 De Bruyn Ave**
**Langley,, WA 98260**

Date(s) debt was incurred  5/19/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$100.08**

---

**3.613**

**Nonpriority creditor's name and mailing address**
**John Saxon**
**225 West Tryon St.**
**Hillsborough,, NC 27278**

Date(s) debt was incurred  3/15/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$33.60**

---

**3.614**

**Nonpriority creditor's name and mailing address**
**John Schooling**
**7527 Red Pheasant Blvd**
**Lewiston,, ID 83501-6294**

Date(s) debt was incurred  4/16/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$149.78**

---

| Debtor | **Mini Mania Inc.** | Case number *(if known)* | 24-22456 A-11 |
| --- | --- | --- | --- |

Name

| 3.615 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48.58** |
| --- | --- | --- | --- |

**John Scott**
**667 Steinman Dr**
**Lancaster,, PA 17603-2351**

Date(s) debt was incurred  **6/3/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$405.38** |
| --- | --- | --- | --- |

**John Shull**
**7750 Highway 56**
**Enoree,, SC 29335**

Date(s) debt was incurred  **4/15/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34.57** |
| --- | --- | --- | --- |

**John Viggers**
**8034 Townsend Winona Rd**
**Flagstaff,, AZ 86004-4405**

Date(s) debt was incurred  **1/2/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46.79** |
| --- | --- | --- | --- |

**John Vincent**
**5506 Beacon Hill**
**King George,, VA 22485**

Date(s) debt was incurred  **3/9/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$459.71** |
| --- | --- | --- | --- |

**John Vogt**
**167 Ludlow St Apt B**
**Long Branch,, NJ 07740-7220**

Date(s) debt was incurred  **3/10/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,637.10** |
| --- | --- | --- | --- |

**Johnny Smith**
**9197 Royal Heights Ct**
**Elk Grove,, CA 95624-3905**

Date(s) debt was incurred  **4/16/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,680.42** |
| --- | --- | --- | --- |

**Johnston Research & Performance Inc**
**2344 South Sheridan Way**
**Mississuaga, On**
**L5J 2M4**
**Canada**

Date(s) debt was incurred  __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|---|
| | Name | | | |

---

**3.622** Nonpriority creditor's name and mailing address

Jon Stewart
14116 E Mallon Ave
Spokane Valley,, WA 99216

Date(s) debt was incurred  **4/5/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$13.25**

---

**3.623** Nonpriority creditor's name and mailing address

Jonatan Hedberg
Svaluddsv gen 15
Sweden, 760 15
Gr dd ,

Date(s) debt was incurred  **4/1/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$286.70**

---

**3.624** Nonpriority creditor's name and mailing address

Jonathan Ballard
12275 County Road 74
Eaton,, CO 80615

Date(s) debt was incurred  **5/19/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$34.42**

---

**3.625** Nonpriority creditor's name and mailing address

Jonathan Harvey
10340 Banner Lava Cap Rd
Nevada City, CA 95959

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loans.**

Is the claim subject to offset? ☐ No ☐ Yes

**$561,278.05**

---

**3.626** Nonpriority creditor's name and mailing address

Jonathan Perque
3013 Ravenswood Road Ste 105
Fort Lauderdale,, FL 33312

Date(s) debt was incurred  **3/29/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ☐ No ☐ Yes

**$33.92**

---

**3.627** Nonpriority creditor's name and mailing address

Jonathan Six
376 Chestnut Hill Rd
Hanover,, PA 17331

Date(s) debt was incurred  **11/3/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$16.08**

---

**3.628** Nonpriority creditor's name and mailing address

Jordan Anderson
378 Se 100th Rd
Clinton,, MO 64735-9483

Date(s) debt was incurred  **3/29/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$66.17**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $417.13 |
|---|---|---|---|

**Jorgensen Company**
**PO BOX 888655**
**LOS ANGELES, CA 90088-8655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:  Vendor/Services.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $83.71 |
|---|---|---|---|

**Jose Rengel**
**709 Calle Central Apt 3**
**San Juan,, PR 00907-4120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/21/2023

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $54.87 |
|---|---|---|---|

**Jose Ricardo Villalta Fuentes**
**43124 Forest Edge Sq**
**Broadlands,, VA 20148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/26/2024

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $46.15 |
|---|---|---|---|

**Joseph Esqueda**
**5512 S Briar Ridge Cir**
**Mckinney,, TX 75072-5456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/30/2024

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $176.07 |
|---|---|---|---|

**Joseph Laflex**
**7625 Island Dr**
**Anchorage,, AK 99504-2724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/25/2024

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $204.68 |
|---|---|---|---|

**Joseph Shannon**
**6655 Mccallum St Apt 206**
**Philadelphia,, PA 19119-3133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/14/2024

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.33 |
|---|---|---|---|

**Joseph Spitz**
**2761 N Frederick Ave**
**Milwaukee,, WI 53211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/10/2024

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.636**

**Nonpriority creditor's name and mailing address**

**Josh Bayne**
**314 E 11th St**
**North Platte,, NE 69101-2328**

Date(s) debt was incurred  **4/19/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$41.41**

---

**3.637**

**Nonpriority creditor's name and mailing address**

**Josh Dean**
**5230 Limerick Ave**
**San Diego,, CA 92117**

Date(s) debt was incurred  **4/3/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$373.76**

---

**3.638**

**Nonpriority creditor's name and mailing address**

**Josh Fuselier**
**228 School St**
**Lockport,, LA 70374-3048**

Date(s) debt was incurred  **4/29/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$18.42**

---

**3.639**

**Nonpriority creditor's name and mailing address**

**Josh Gengler**
**306 E 5th St**
**Solomon,, KS 67480-9755**

Date(s) debt was incurred  **12/20/2023**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$42.31**

---

**3.640**

**Nonpriority creditor's name and mailing address**

**Joshua Golka**
**2256 Hightrail Way**
**Roseville,, CA 95747**

Date(s) debt was incurred  **5/15/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$283.36**

---

**3.641**

**Nonpriority creditor's name and mailing address**

**Joshua Treat**
**41 Harbor Dr**
**Lincolnville,, ME 04849**

Date(s) debt was incurred  **1/4/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$49.08**

---

**3.642**

**Nonpriority creditor's name and mailing address**

**Joshua Tremble**
**9614 Muirfield Dr**
**Granbury,, TX 76049-4478**

Date(s) debt was incurred  **5/9/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.56**

---

Debtor    **Mini Mania Inc.**      Case number (if known)    24-22456 A-11

Name

---

**3.643**   **Nonpriority creditor's name and mailing address**

**Josiah Van Arsdel**
**N3330 Will Rd**
**Jefferson,, WI 53549**

Date(s) debt was incurred  **2/26/2024**

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.      **$112.85**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.644**   **Nonpriority creditor's name and mailing address**

**JP Morgan Chase Bank NA**
**Mail Code LA4-7100**
**700 Kansas Lane**
**Monroe, LA 71203**

Date(s) debt was incurred

Last 4 digits of account number  **6652**

As of the petition filing date, the claim is: Check all that apply.      **$37,721.15**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card in Debtor's President's name used for Debtor's business.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.645**   **Nonpriority creditor's name and mailing address**

**JP Morgan Chase Bank NA**
**Mail Code LA4-7100**
**700 Kansas Lane**
**Monroe, LA 71203**

Date(s) debt was incurred

Last 4 digits of account number  **3055**

As of the petition filing date, the claim is: Check all that apply.      **$21,342.47**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card in Debtor's President's name used for Debtor's business.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.646**   **Nonpriority creditor's name and mailing address**

**Juan Fernando Ramirez**
**Calle 128 #9A 59**
**Colombia, 110111**
**Bogota,**

Date(s) debt was incurred  **8/17/2023**

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.      **$810.59**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.647**   **Nonpriority creditor's name and mailing address**

**Juan Fernando Zapata Estrada Z00213**
**7630 Nw 25 St # 2B**
**Miami,, FL 33122**

Date(s) debt was incurred  **4/11/2024**

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.      **$54.77**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.648**   **Nonpriority creditor's name and mailing address**

**Juan Rojas**
**Cra 57 # 125B-68**
**Casa 7**
**Colombia, 111111**
**Bogot  D.C,**

Date(s) debt was incurred  **5/31/2024**

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.      **$359.48**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.649**   **Nonpriority creditor's name and mailing address**

**Juan Vega**
**831 Grand Ave**
**South San Francisco,, CA 94080-2458**

Date(s) debt was incurred  **5/16/2024**

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.      **$264.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.650**

**Nonpriority creditor's name and mailing address**
**Julie Bernhard**
**2371 Hughes Ave Sw**
**Seattle,, WA 98116**

Date(s) debt was incurred **3/29/2024**

Last 4 digits of account number **_ _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$37.97**

---

**3.651**

**Nonpriority creditor's name and mailing address**
**Just Dan Llc**
**8768 Phillips Rd**
**Holland,, NY 14080**

Date(s) debt was incurred **5/16/2024**

Last 4 digits of account number **_ _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$347.71**

---

**3.652**

**Nonpriority creditor's name and mailing address**
**Justin Booth**
**109 E Baldwin St**
**Hackettstown,, NJ 07840**

Date(s) debt was incurred **4/5/2024**

Last 4 digits of account number **_ _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$372.42**

---

**3.653**

**Nonpriority creditor's name and mailing address**
**Justin Eiseman**
**4401 Library Rd**
**Bethel Park,, PA 15102-2911**

Date(s) debt was incurred **5/14/2024**

Last 4 digits of account number **_ _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.654**

**Nonpriority creditor's name and mailing address**
**Justin Hill**
**42 Old Log Cabin Trl**
**Marthasville,, MO 63357**

Date(s) debt was incurred **5/16/2024**

Last 4 digits of account number **_ _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$191.35**

---

**3.655**

**Nonpriority creditor's name and mailing address**
**Justin Hughes**
**41381 Windybush Dr**
**Leesburg,, VA 20175-8792**

Date(s) debt was incurred **3/26/2024**

Last 4 digits of account number **_ _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$457.65**

---

**3.656**

**Nonpriority creditor's name and mailing address**
**Justin Music**
**214 Island Way**
**Princeton,, TX 75407-5486**

Date(s) debt was incurred **4/24/2024**

Last 4 digits of account number **_ _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$95.07**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.657**

**Nonpriority creditor's name and mailing address**

**K & S Real Properties Inc**
**3023 Yachtsman Dr**
**Mount Pleasant,, SC 29466-2449**

Date(s) debt was incurred  **3/4/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$175.25**

---

**3.658**

**Nonpriority creditor's name and mailing address**

**Kapitus LLC**
**2500 Wilson Blvd Ste 350**
**Arlington, VA 22201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MCA Agreement, no UCC-1 filed.**

Is the claim subject to offset? ■ No ☐ Yes

**$173,504.00**

---

**3.659**

**Nonpriority creditor's name and mailing address**

**Karl Brenneman**
**40 Dogwood Ln**
**Hardeeville,, SC 29927-4552**

Date(s) debt was incurred  **5/1/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$359.60**

---

**3.660**

**Nonpriority creditor's name and mailing address**

**Kasey Omalley**
**910 California Ave W**
**Saint Paul,, MN 55117**

Date(s) debt was incurred  **4/9/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$353.89**

---

**3.661**

**Nonpriority creditor's name and mailing address**

**Kasia Stiggelbout**
**154 Miller Ave Apt B**
**Mill Valley,, CA 94941-5503**

Date(s) debt was incurred  **4/23/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$34.90**

---

**3.662**

**Nonpriority creditor's name and mailing address**

**Katarin Jurich**
**PO Box 234**
**Missioin,, SD 57555**

Date(s) debt was incurred  **7/13/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.66**

---

**3.663**

**Nonpriority creditor's name and mailing address**

**Kathy Lintott**
**10169 Adams St**
**Thornton, CO 80229-2889**

Date(s) debt was incurred  **5/4/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$390.47**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.664** | **Nonpriority creditor's name and mailing address**

**Kayla Hugg**
**21073 Pickerelweed Ter**
**Ashburn,, VA 20147-3226**

Date(s) debt was incurred  **6/2/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$43.99**

---

**3.665** | **Nonpriority creditor's name and mailing address**

**Keegan Painting**
**46 County Rd**
**Marion,, MA 02738-1011**

Date(s) debt was incurred  **5/18/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$31.61**

---

**3.666** | **Nonpriority creditor's name and mailing address**

**Keita Matsubayashi**
**Kimigaoka 2-23-16**
**Japan, 648-0092**
**Hashimoto,**

Date(s) debt was incurred  **11/29/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$85.36**

---

**3.667** | **Nonpriority creditor's name and mailing address**

**Keith Crandall**
**12702 1St Ave Nw**
**Seattle,, WA 98177**

Date(s) debt was incurred  **5/3/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$45.88**

---

**3.668** | **Nonpriority creditor's name and mailing address**

**Keith Smith**
**1638 Woodland Dr**
**San Luis Obispo,, CA 93401**

Date(s) debt was incurred  **5/26/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$25.81**

---

**3.669** | **Nonpriority creditor's name and mailing address**

**Keith Watson**
**3986 Via Holgura**
**San Diego,, CA 92130-2177**

Date(s) debt was incurred  **5/9/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$3.56**

---

**3.670** | **Nonpriority creditor's name and mailing address**

**Kelly Foster**
**4925 Old Mechanicsburg Rd**
**Springfield,, OH 45502**

Date(s) debt was incurred  **5/5/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$37.83**

---

Debtor **Mini Mania Inc.**
_____
Name

Case number (if known)    24-22456 A-11

| 3.671 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $106.05 |
|---|---|---|---|

**Ken Bettam**
**2418 Albion Ave**
**Orlando,, FL 32833-3980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $152.43 |
|---|---|---|---|

**Ken Brown**
**7126 Sycamore Run Dr**
**Indianapolis,, IN 46237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/26/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $297.08 |
|---|---|---|---|

**Ken Davis**
**2448 Duffield Dr**
**Colorado Springs,, CO 80915-4394**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/23/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $45.50 |
|---|---|---|---|

**Ken Harris**
**103 Piedmont Ave**
**Claremont,, CA 91711-4835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/26/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $120.04 |
|---|---|---|---|

**Ken Katch**
**350 Mapleleaf Ln**
**East Peoria,, IL 61611-1264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/26/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,794.67 |
|---|---|---|---|

**Ken Marchant**
**322106 8 St East**
**Canada, T1S 3L7**
**Okotoks,, AB**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/9/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $33.60 |
|---|---|---|---|

**Ken Winders**
**103 W Hillcrest St**
**Altamonte Springs,, FL 32714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/19/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Mini Mania Inc.**
_____
Name

Case number (if known)   24-22456 A-11

---

**3.678**   Nonpriority creditor's name and mailing address

**Kenneth Garnica**
**16146 Pebble Beach Ln**
**Chino Hills,, CA 91709**

Date(s) debt was incurred **5/8/2024**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$311.01**

---

**3.679**   Nonpriority creditor's name and mailing address

**Kenneth Lecompte**
**907 Plum Falls Ct**
**Houston,, TX 77062-2172**

Date(s) debt was incurred **2/6/2024**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.82**

---

**3.680**   Nonpriority creditor's name and mailing address

**Kevin Adkins**
**15226 Orpheus Way**
**San Antonio,, TX 78245**

Date(s) debt was incurred **4/27/2024**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$68.78**

---

**3.681**   Nonpriority creditor's name and mailing address

**Kevin Hoops**
**19075 N San Pablo St**
**Maricopa, AZ 85138-2042**

Date(s) debt was incurred **5/1/2024**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.65**

---

**3.682**   Nonpriority creditor's name and mailing address

**Kevin Howard**
**7405 Nw 159th Ter**
**Edmond,, OK 73013-5987**

Date(s) debt was incurred **4/17/2024**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$96.67**

---

**3.683**   Nonpriority creditor's name and mailing address

**Kevin Kirkhope**
**225 Waltham Rd**
**Fairless Hills,, PA 19030-3207**

Date(s) debt was incurred **4/3/2024**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$74.21**

---

**3.684**   Nonpriority creditor's name and mailing address

**Kevin Murtha**
**100 Mariposa Dr**
**Oswego,, NY 13126-6758**

Date(s) debt was incurred **5/17/2024**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$37.43**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93.56 |
|---|---|---|---|

**3.685**
Nonpriority creditor's name and mailing address
**Kevin Whitener**
**31623 Harmony Rd**
**Paola,, KS 66071-4801**

Date(s) debt was incurred  **7/27/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$93.56

---

**3.686**
Nonpriority creditor's name and mailing address
**Kim Friedman**
**2857 Paradise Rd Apt 1101**
**Las Vegas,, NV 89109**

Date(s) debt was incurred  **4/16/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$37.82

---

**3.687**
Nonpriority creditor's name and mailing address
**Kimberlee Sorensen**
**3136 W Manor View Dr**
**Lehi,, UT 84043**

Date(s) debt was incurred  **4/12/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$113.88

---

**3.688**
Nonpriority creditor's name and mailing address
**Kimn Morey**
**1612 Saint Gregory Dr**
**Las Vegas,, NV 89117**

Date(s) debt was incurred  **2/15/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$102.80

---

**3.689**
Nonpriority creditor's name and mailing address
**Kirk Pierce**
**18578 Ashcroft Circle**
**Port Charlotte,, FL 33948**

Date(s) debt was incurred  **11/27/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$90.77

---

**3.690**
Nonpriority creditor's name and mailing address
**Kristian Bassilios**
**21621 Ellinwood Dr**
**Torrance,, CA 90503**

Date(s) debt was incurred  **5/12/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$139.93

---

**3.691**
Nonpriority creditor's name and mailing address
**Kristine Keeler**
**126 Park Dr**
**Dayton,, OH 45410-1314**

Date(s) debt was incurred  **4/29/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$23.85

---

| Debtor | **Mini Mania Inc.** | Case number *(if known)* | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.692**

**Nonpriority creditor's name and mailing address**
**Kyle Durell**
**211 N Haverhill Rd**
**Kensington,, NH 03833-5501**

Date(s) debt was incurred **5/21/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,405.36**

---

**3.693**

**Nonpriority creditor's name and mailing address**
**Kyle Pickett**
**4355 E Kingsbury St**
**Springfield,, MO 65809**

Date(s) debt was incurred **4/15/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$106.49**

---

**3.694**

**Nonpriority creditor's name and mailing address**
**Lane Motor Museum**
**702 Murfreesboro Pike**
**Nashville,, TN 37210**

Date(s) debt was incurred **4/5/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.34**

---

**3.695**

**Nonpriority creditor's name and mailing address**
**Larry Doe**
**327 Ayer Rd**
**Harvard,, MA 01451-1110**

Date(s) debt was incurred **5/1/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$90.85**

---

**3.696**

**Nonpriority creditor's name and mailing address**
**Larry Kelly**
**10714 Hillglen Ave.**
**Baton Rouge,, LA 70810**

Date(s) debt was incurred **2/21/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$110.12**

---

**3.697**

**Nonpriority creditor's name and mailing address**
**Laura Fontanills**
**25 E 19th St Apt 6D**
**Brooklyn,, NY 11226-4455**

Date(s) debt was incurred **4/19/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$88.06**

---

**3.698**

**Nonpriority creditor's name and mailing address**
**Laura Posusta Sharp**
**712 Nelson Park Cir**
**Longmont,, CO 80503**

Date(s) debt was incurred **5/6/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$15.69**

---

Debtor　**Mini Mania Inc.**
　　　　Name

Case number (if known)　24-22456 A-11

---

**3.699**　Nonpriority creditor's name and mailing address
**Laurent Vermelin**
**28 Rue Auguste Chabrieres**
**France**
**Paris,　75015**

Date(s) debt was incurred　3/10/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Customer Deposit**

Is the claim subject to offset?　■ No　☐ Yes

**$85.50**

---

**3.700**　Nonpriority creditor's name and mailing address
**Laurie Lander**
**2682 Old Smyrna Trl**
**New Smyrna Beach,, FL 32168-5380**

Date(s) debt was incurred　5/29/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Customer Deposit**

Is the claim subject to offset?　■ No　☐ Yes

**$106.09**

---

**3.701**　Nonpriority creditor's name and mailing address
**Lawrence Luckett**
**5097 Santa Fe St**
**San Diego,, CA 92109-1604**

Date(s) debt was incurred　4/15/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Customer Deposit**

Is the claim subject to offset?　■ No　☐ Yes

**$63.14**

---

**3.702**　Nonpriority creditor's name and mailing address
**Lawrence Rieger**
**7100 131St St**
**Seminole,, FL 33776-4207**

Date(s) debt was incurred　5/29/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Customer Deposit**

Is the claim subject to offset?　■ No　☐ Yes

**$105.90**

---

**3.703**　Nonpriority creditor's name and mailing address
**Leasa Parr**
**6865 W 56th Ave Apt 203**
**Arvada,, CO 80002-3296**

Date(s) debt was incurred　5/16/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Customer Deposit**

Is the claim subject to offset?　■ No　☐ Yes

**$35.06**

---

**3.704**　Nonpriority creditor's name and mailing address
**Lee Deaver**
**95480 Creekville Dr**
**Fernandina Beach,, FL 32034-0106**

Date(s) debt was incurred　10/16/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Customer Refund**

Is the claim subject to offset?　■ No　☐ Yes

**$231.71**

---

**3.705**　Nonpriority creditor's name and mailing address
**Lennart Bentsen**
**1726 Lindsay Loop**
**Mount Vernon,, WA 98274**

Date(s) debt was incurred　5/22/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Customer Refund**

Is the claim subject to offset?　■ No　☐ Yes

**$132.68**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.706** Nonpriority creditor's name and mailing address

**Leon Sebastian Prieto Hernandez**
**462 Sawtooth Mountain Way**
**Dripping Springs,, TX 78620**

Date(s) debt was incurred  **4/15/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$747.93

---

**3.707** Nonpriority creditor's name and mailing address

**Leroy Jackson**
**6118 Semaphore Rdg**
**Rex,, GA 30273-1586**

Date(s) debt was incurred  **5/18/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$58.04

---

**3.708** Nonpriority creditor's name and mailing address

**Lisa Kesser**
**18 Creighton St**
**Providence,, RI 02906-1519**

Date(s) debt was incurred  **5/26/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$43.00

---

**3.709** Nonpriority creditor's name and mailing address

**Liz Whitham**
**226 E Columbia St**
**Flora,, IN 46929**

Date(s) debt was incurred  **3/11/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$154.62

---

**3.710** Nonpriority creditor's name and mailing address

**Lonnie Ayers**
**6722 Nw 50th St**
**Bethany,, OK 73008**

Date(s) debt was incurred  **3/7/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$148.83

---

**3.711** Nonpriority creditor's name and mailing address

**Lou Figone**
**1093 Kristin St**
**Chino Valley,, AZ 86323**

Date(s) debt was incurred  **5/23/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$36.37

---

**3.712** Nonpriority creditor's name and mailing address

**Louis Morris**
**2916 Cottonwood Dr**
**Schertz,, TX 78154-3703**

Date(s) debt was incurred  **5/20/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$64.18

---

| Debtor | **Mini Mania Inc.** | Case number *(if known)* | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.713** | Nonpriority creditor's name and mailing address

**Lucian Grosu**
**7297 Longmont Loop**
**Castro Valley,, CA 94552**

Date(s) debt was incurred  **2/8/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$3,229.95**

---

**3.714** | Nonpriority creditor's name and mailing address

**Luis Correa**
**Jir n San Tadeo 123 Santiago De Surco**
**Peru**
**Lima,   15048**

Date(s) debt was incurred  **7/28/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,785.74**

---

**3.715** | Nonpriority creditor's name and mailing address

**Luis Cortes**
**Urb Vives Calle 4 Num 30**
**Guayama,, PR 00784**

Date(s) debt was incurred  **4/4/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.716** | Nonpriority creditor's name and mailing address

**Luis Crespo-Casado**
**1320 N Bragg Blvd**
**Spring Lake,, NC 28390**

Date(s) debt was incurred  **4/18/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$67.95**

---

**3.717** | Nonpriority creditor's name and mailing address

**Luis Santos**
**13 Old Schoolhouse Rd**
**Prospect,, CT 06712-1210**

Date(s) debt was incurred  **4/29/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$550.34**

---

**3.718** | Nonpriority creditor's name and mailing address

**Lynn Gibson**
**689 Eagle Canyon Dr**
**China Spring,, TX 76633-3229**

Date(s) debt was incurred  **3/19/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$49.80**

---

**3.719** | Nonpriority creditor's name and mailing address

**Lynne Mason**
**17 Beach Pde**
**Australia**
**Mylestom,   02454**

Date(s) debt was incurred  **12/10/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$91.95**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.720**

**Nonpriority creditor's name and mailing address**

**Madeleine Mizrahi**
**1023 Harvard Street**
**Santa Monica,, CA 90403**

Date(s) debt was incurred  **3/5/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$34.90**

---

**3.721**

**Nonpriority creditor's name and mailing address**

**MAHLE Industries, Inc.**
**PO Box 13254**
**NEWARK, NJ 07101-3254**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

**$588.44**

---

**3.722**

**Nonpriority creditor's name and mailing address**

**Maisie Grogan**
**2 Kershaw Rd**
**Wallingford,, PA 19086**

Date(s) debt was incurred  **5/21/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$33.65**

---

**3.723**

**Nonpriority creditor's name and mailing address**

**MANIFLOW and COMPANY LTD**
**MITCHELL ROAD**
**CHURCHFIELD INDUSTRIAL ESTATE**
**SALISBURY, WILTS, SP2 7PY**
**United Kingdom**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor/Services.**

Is the claim subject to offset? ☐ No ☐ Yes

**$780.86**

---

**3.724**

**Nonpriority creditor's name and mailing address**

**Manuel Duenas**
**2116 Bird St**
**Los Angeles,, CA 90033-1819**

Date(s) debt was incurred  **3/19/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$82.05**

---

**3.725**

**Nonpriority creditor's name and mailing address**

**Mao Ngo**
**9900 Madras Place**
**Salinas,, CA 93907**

Date(s) debt was incurred  **2/29/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$130.38**

---

**3.726**

**Nonpriority creditor's name and mailing address**

**MapCargo International Ltd**
**Unit 1A, Westgate One**
**Staines Road, Bedfont**
**Middlesex, TW14 8RS**
**United Kingdom**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

**$6,725.82**

---

| Debtor | **Mini Mania Inc.** | Case number *(if known)* | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.727** | Nonpriority creditor's name and mailing address

**Marc Brown**
**119 Winterwood**
**Windsor,, CT 06095**

Date(s) debt was incurred **3/22/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.60**

---

**3.728** | Nonpriority creditor's name and mailing address

**Marc Jaffe**
**1109 Cabrillo Ave**
**Burlingame,, CA 94010-4924**

Date(s) debt was incurred **5/9/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$55.10**

---

**3.729** | Nonpriority creditor's name and mailing address

**Marc Parker**
**4545 Winding River Cir**
**Stockton,, CA 95219-6587**

Date(s) debt was incurred **3/27/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.02**

---

**3.730** | Nonpriority creditor's name and mailing address

**Marc Willard**
**4034 Founders Club Dr**
**Sarasota,, FL 34240**

Date(s) debt was incurred **4/30/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$102.91**

---

**3.731** | Nonpriority creditor's name and mailing address

**Marco A Correia**
**83 Greenbrook Rd**
**Green Brook,, NJ 08812-2627**

Date(s) debt was incurred **4/29/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$243.79**

---

**3.732** | Nonpriority creditor's name and mailing address

**Marco Cucci**
**566 Woodfield Dr**
**Covington,, VA 24426-2946**

Date(s) debt was incurred **5/28/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$81.70**

---

**3.733** | Nonpriority creditor's name and mailing address

**Marco Elizondo**
**7663 Hercules Pt**
**San Antonio,, TX 78252**

Date(s) debt was incurred **5/6/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$855.46**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|

Name

---

**3.734**

Nonpriority creditor's name and mailing address

**Marco Oliveira**
**25 Washington Ave**
**Danbury,, CT 06810**

Date(s) debt was incurred  **5/1/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$23.71**

---

**3.735**

Nonpriority creditor's name and mailing address

**Marek Streciwilk**
**10 Shirley Ter**
**Kinnelon,, NJ 07405-2865**

Date(s) debt was incurred  **9/6/2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$30.45**

---

**3.736**

Nonpriority creditor's name and mailing address

**Mariah Salem**
**42516 Wrobel St**
**Clinton Township,, MI 48038-5423**

Date(s) debt was incurred  **5/7/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$204.74**

---

**3.737**

Nonpriority creditor's name and mailing address

**Mariellen Myers**
**138 W Main St**
**Stamford,, NY 12167**

Date(s) debt was incurred  **5/16/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$13.47**

---

**3.738**

Nonpriority creditor's name and mailing address

**Mario Locarano**
**3015 E Main St Ste 105**
**Mesa,, AZ 85213-9461**

Date(s) debt was incurred  **5/20/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$434.33**

---

**3.739**

Nonpriority creditor's name and mailing address

**Mario Molin**
**205 E Onota St**
**Munising,, MI 49862-1051**

Date(s) debt was incurred  **3/29/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$212.71**

---

**3.740**

Nonpriority creditor's name and mailing address

**Mario Ornelas**
**3105 Merrill Ave**
**Odessa,, TX 79764-6634**

Date(s) debt was incurred  **4/17/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.89**

---

| Debtor | **Mini Mania Inc.** | Case number *(if known)* | 24-22456 A-11 |
| | Name | | |

---

| 3.741 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62.07** |
|---|---|---|---|

**Mario Suchil**
**117 Magnolia Beach Trl**
**Ponte Vedra,, FL 32081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/21/2024**

**Basis for the claim:** **Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$136.37** |
|---|---|---|---|

**Mark Camrud**
**5610 Los Arcos Dr.**
**Farmington,, NM 87402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2024**

**Basis for the claim:** **Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$224.15** |
|---|---|---|---|

**Mark Dzubay**
**10715 Matthew Dr**
**Chisago City,, MN 55013-9462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/22/2023**

**Basis for the claim:** **Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91.94** |
|---|---|---|---|

**Mark George**
**24400 Sw Nodaway Ln**
**Wilsonville,, OR 97070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/16/2024**

**Basis for the claim:** **Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.10** |
|---|---|---|---|

**Mark Gomez**
**11830 Bell Cross Circle**
**Parker,, CO 80138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2024**

**Basis for the claim:** **Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$369.94** |
|---|---|---|---|

**Mark Gordon**
**7415 Depot St**
**Rogers,, OH 44455-9785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/8/2024**

**Basis for the claim:** **Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48.48** |
|---|---|---|---|

**Mark Hanna**
**207 Upper Circle Drive**
**Rivesville,, WV 26588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/29/2024**

**Basis for the claim:** **Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Mini Mania Inc.**
_____
Name

Case number (if known)   24-22456 A-11

---

**3.748** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$369.52**
--- | --- | --- | ---

**3.748**

**Nonpriority creditor's name and mailing address**
**Mark Huddleston**
**253 Labs Leap Ln**
**Browntown,, VA 22610-2870**

Date(s) debt was incurred  **4/1/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$369.52**

---

**3.749**

**Nonpriority creditor's name and mailing address**
**Mark Padgett**
**415 Antioch Lakes Rd**
**New Bern,, NC 28560**

Date(s) debt was incurred  **2/14/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$80.71**

---

**3.750**

**Nonpriority creditor's name and mailing address**
**Mark Pittman**
**5996 Woodlane Dr**
**Woodbury,, MN 55129-9029**

Date(s) debt was incurred  **5/6/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$66.40**

---

**3.751**

**Nonpriority creditor's name and mailing address**
**Mark Popkin**
**1021 Margarita Ave**
**Grover Beach,, CA 93433-1132**

Date(s) debt was incurred  **4/21/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$156.73**

---

**3.752**

**Nonpriority creditor's name and mailing address**
**Mark Richardson**
**450-106 State Road 13 N**
**Saint Johns,, FL 32259**

Date(s) debt was incurred  **4/19/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$178.96**

---

**3.753**

**Nonpriority creditor's name and mailing address**
**Mark Sims**
**38805 County Road 439**
**Eustis,, FL 32736-8311**

Date(s) debt was incurred  **4/18/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$9.39**

---

**3.754**

**Nonpriority creditor's name and mailing address**
**Mark Spoelhof**
**962 Collindale Ave Nw**
**Grand Rapids,, MI 49504-3738**

Date(s) debt was incurred  **5/17/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$26.49**

---

Debtor    **Mini Mania Inc.**                                    Case number (if known)    24-22456 A-11
_____
Name

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.43 |

**Mark Tempest**
**1104 Hyde St**
**Raleigh,, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/19/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.61 |

**Mark Williams**
**8586 French Curve**
**Eden Prairie,, MN 55347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/20/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.18 |

**Marlena Hurlbut**
**274 Essex Ave**
**Bloomfield,, NJ 07003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/13/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.90 |

**Marques Mims**
**416 Dewberry St**
**Princeton,, TX 75407-3334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/8/2024**

Basis for the claim:  **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.20 |

**Martin Dion**
**58 Railroad Drive Vt**
**Norton,, VT 05907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/4/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.31 |

**Martin J. Griffith**
**3634 Oak Hill Road**
**Peninsula,, OH 44264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/26/2023**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $285.39 |

**Marvin Waddle**
**907 Kite Lake Trail**
**Fayetteville,, GA 30214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/9/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.762**

**Nonpriority creditor's name and mailing address**

**Mary Vopat**
**5531 Southwest Lincolnshire Circle**
**Topeka,, KS 66610**

Date(s) debt was incurred  1/17/2024

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$46.51**

---

**3.763**

**Nonpriority creditor's name and mailing address**

**Maryam Peigahi**
**94064 River Rd**
**Junction City,, OR 97448-9414**

Date(s) debt was incurred  4/2/2024

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$34.53**

---

**3.764**

**Nonpriority creditor's name and mailing address**

**Marzos Mini Rescue**
**423 Wile Ave**
**Souderton,, PA 18964**

Date(s) debt was incurred  5/28/2024

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$182.21**

---

**3.765**

**Nonpriority creditor's name and mailing address**

**Matt Pawsey**
**1325 N Broad St**
**Mankato,, MN 56001-3220**

Date(s) debt was incurred  4/8/2024

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$194.23**

---

**3.766**

**Nonpriority creditor's name and mailing address**

**Matthew Cresci**
**1348 Millich Ln**
**San Jose,, CA 95117-3633**

Date(s) debt was incurred  4/3/2024

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$91.15**

---

**3.767**

**Nonpriority creditor's name and mailing address**

**Matthew Larson**
**9324 N 186th Ln**
**Waddell,, AZ 85355-4475**

Date(s) debt was incurred  4/24/2024

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$898.53**

---

**3.768**

**Nonpriority creditor's name and mailing address**

**Matthew Mayes**
**826 College Boulevard**
**Osage Beach,, MO 65065**

Date(s) debt was incurred  11/17/2023

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.04**

---

Debtor    **Mini Mania Inc.**         Case number *(if known)*    24-22456 A-11

Name

---

**3.769**   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$138.96**

**Matthew Morse**
**78 Mill Street #102**
**Woonsocket,, RI 02895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **3/19/2024**

**Basis for the claim:**   **Customer Refund**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.770**   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$285.82**

**Matthew Ruettgers**
**1585 Nolan Ave Se**
**Albany,, OR 97322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **12/14/2023**

**Basis for the claim:**   **Customer Deposit**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.771**   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$108.25**

**Matthew Slaughter**
**381 Prairieview Dr**
**Oswego,, IL 60543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **4/2/2024**

**Basis for the claim:**   **Customer Deposit**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.772**   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$9.21**

**Matthew Smith**
**14472 S Highfield Dr**
**Herriman,, UT 84096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **9/11/2023**

**Basis for the claim:**   **Customer Refund**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.773**   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$93.78**

**Matthew Steven Jubie**
**5224 Brewster Ct**
**Grand Prairie,, TX 75052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **4/30/2024**

**Basis for the claim:**   **Customer Deposit**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.774**   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$357.52**

**Matthew Trabold**
**1513 Forest Trail Unit 9**
**Austin,, TX 78703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **3/8/2024**

**Basis for the claim:**   **Customer Deposit**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.775**   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$33.60**

**Maureen Himmel**
**410 Washington St**
**West Dundee,, IL 60118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **3/19/2024**

**Basis for the claim:**   **Customer Deposit**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.776** | Nonpriority creditor's name and mailing address

**Maurice Gunderson**
**916 Skyraider Dr**
**Independence,, OR 97351-9648**

Date(s) debt was incurred **4/29/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$23.17**

---

**3.777** | Nonpriority creditor's name and mailing address

**Max Belle**
**3708 Fox Ct Nw**
**Gig Harbor,, WA 98335**

Date(s) debt was incurred **1/24/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$305.96**

---

**3.778** | Nonpriority creditor's name and mailing address

**Maximo Blondet**
**206 Pajuil Milaville**
**San Juan,, PR 00926**

Date(s) debt was incurred **12/28/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$59.00**

---

**3.779** | Nonpriority creditor's name and mailing address

**Mcf Auto Pte Ltd**
**8 Kaki Bukit Avenue 4**
**#05-54 Premier @ Kaki Bukit**
**Singapore, 415875**
**Singapore,**

Date(s) debt was incurred **4/8/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$2,041.44**

---

**3.780** | Nonpriority creditor's name and mailing address

**Melanie Aranky**
**1Ra Calle 15-59 Sector B1**
**Ciudad San Cristobal Zona 8**
**Guatemala**
**Mixco,   01057**

Date(s) debt was incurred **4/18/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$1,000.29**

---

**3.781** | Nonpriority creditor's name and mailing address

**Menture, Inc.**
**360 Venture Acquisitions**
**5000 Younge St., Suite 1901**
**Toronto ON, M2N 7E9**
**Canada**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

**$7,500.00**

---

**3.782** | Nonpriority creditor's name and mailing address

**Merton Pekrul**
**12 Lakemans Ln**
**Ipswich,, MA 01938-2505**

Date(s) debt was incurred **5/15/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$25.63**

---

Debtor    **Mini Mania Inc.**       Case number (if known)    24-22456 A-11

Name

---

**3.783**

**Nonpriority creditor's name and mailing address**

**Mgc Fwd Alberto Ochoa**
**125 Industrial Dr**
**Brownsville,, TX 78521-3200**

Date(s) debt was incurred   **3/21/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$68.70**

---

**3.784**

**Nonpriority creditor's name and mailing address**

**Michae Greene**
**2281 Greencroft St**
**Carmel,, IN 46032**

Date(s) debt was incurred   **5/14/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$97.78**

---

**3.785**

**Nonpriority creditor's name and mailing address**

**Michael Abramson**
**1401 Baltic Ave**
**Virginia Beach, VA 23451**

Date(s) debt was incurred   **July, 2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Seven Enterprises asset sale liability.**

Is the claim subject to offset? ■ No ☐ Yes

**$141,705.20**

---

**3.786**

**Nonpriority creditor's name and mailing address**

**Michael Allan**
**203 Stuart Circle**
**Mcdonald,, PA 15057**

Date(s) debt was incurred   **12/12/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$104.86**

---

**3.787**

**Nonpriority creditor's name and mailing address**

**Michael Bailey**
**43015 River Bend Dr**
**Plymouth,, MI 48170**

Date(s) debt was incurred   **2/17/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$119.08**

---

**3.788**

**Nonpriority creditor's name and mailing address**

**Michael Cardona**
**3143 Castleman Rd**
**Berryville,, VA 22611**

Date(s) debt was incurred   **5/22/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$175.37**

---

**3.789**

**Nonpriority creditor's name and mailing address**

**Michael Carmena**
**279 Shepherd Ln**
**Granville,, TN 38564**

Date(s) debt was incurred   **9/26/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$33.71**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.790** | Nonpriority creditor's name and mailing address

**Michael Cesena**
**107 Courthouse Sq 115**
**Jonesborough,, TN 37659**

Date(s) debt was incurred  **9/20/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,604.73**

---

**3.791** | Nonpriority creditor's name and mailing address

**Michael Costello**
**154 Bay Cove Dr**
**Ponte Vedra Beach,, FL 32082-4153**

Date(s) debt was incurred  **4/18/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$31.61**

---

**3.792** | Nonpriority creditor's name and mailing address

**Michael Deeds**
**1516 Calcot Ln**
**Forney,, TX 75126-1719**

Date(s) debt was incurred  **5/22/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$69.48**

---

**3.793** | Nonpriority creditor's name and mailing address

**Michael Dudasik**
**29 Daily St**
**Nutley,, NJ 07110-1531**

Date(s) debt was incurred  **4/26/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$77.68**

---

**3.794** | Nonpriority creditor's name and mailing address

**Michael Frisby**
**40515 104th St**
**Genoa City,, WI 53128**

Date(s) debt was incurred  **4/18/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$73.21**

---

**3.795** | Nonpriority creditor's name and mailing address

**Michael Hamerton**
**PO Box 127**
**Canada, T0J 1V0**
**Irvine,, AB**

Date(s) debt was incurred  **3/23/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$281.73**

---

**3.796** | Nonpriority creditor's name and mailing address

**Michael Hoover**
**270 Daly Drive Ext**
**Stoughton,, MA 02072-3316**

Date(s) debt was incurred  **3/22/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$33.65**

---

Debtor    **Mini Mania Inc.**
_____
Name

Case number (if known)    24-22456 A-11

---

**3.797** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31.87**

**Michael Ibach**
**5313 Coney Weston Pl.**
**Madison,, WI 53711**

Date(s) debt was incurred   **1/29/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.798** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$126.62**

**Michael John**
**135 Shelterwood Lane**
**Danville,, CA 94506**

Date(s) debt was incurred   **10/9/2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.799** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80,350.47**

**Michael Kearney**
**13711 Highland Dr**
**Grass Valley, CA 95945**

Date(s) debt was incurred   **July, 2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Seven Enterprises asset sale liability.**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.800** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$619.05**

**Michael Komar**
**11 Buoy Street**
**Jamestown,, RI 02835**

Date(s) debt was incurred   **1/15/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.801** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$260.38**

**Michael Laramay**
**52 Lincoln Drive**
**Massena,, NY 13662**

Date(s) debt was incurred   **4/2/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.802** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33.45**

**Michael Lik**
**2801 Sisteron Ct**
**Henderson,, NV 89044**

Date(s) debt was incurred   **1/15/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.803** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$124.33**

**Michael Mann**
**3-2600 Kaumualii Hwy. Ste 1300 #302**
**Lihue,, HI 96766**

Date(s) debt was incurred   **1/12/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Mini Mania Inc.**
_____
Name

Case number (if known)    24-22456 A-11

---

**3.804**

**Nonpriority creditor's name and mailing address**

**Michael Maxon**
**9 Cottonwood Ln**
**Los Lunas,, NM 87031-9564**

Date(s) debt was incurred **4/21/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$97.23**

---

**3.805**

**Nonpriority creditor's name and mailing address**

**Michael Mugno**
**2711 Gillis Rd**
**Mount Airy,, MD 21771**

Date(s) debt was incurred **3/7/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$514.79**

---

**3.806**

**Nonpriority creditor's name and mailing address**

**Michael Overton**
**3044 Rolston Rd**
**Greenville,, NC 27858**

Date(s) debt was incurred **4/15/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$42.94**

---

**3.807**

**Nonpriority creditor's name and mailing address**

**Michael Quagletti**
**1334 Park View Ave Ste 100**
**Manhattan Beach,, CA 90266-3788**

Date(s) debt was incurred **3/29/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$49.90**

---

**3.808**

**Nonpriority creditor's name and mailing address**

**Michael Reilly**
**12 Delano Ln**
**Kings Park,, NY 11754-2815**

Date(s) debt was incurred **4/22/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$37.17**

---

**3.809**

**Nonpriority creditor's name and mailing address**

**Michael Roth**
**4497 County Route 7**
**Ghent,, NY 12075**

Date(s) debt was incurred **4/10/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$849.82**

---

**3.810**

**Nonpriority creditor's name and mailing address**

**Michael Savage**
**11060 Adams Rd**
**Granger,, IN 46530-9490**

Date(s) debt was incurred **4/22/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$93.57**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.811** | Nonpriority creditor's name and mailing address
**Michael Siganoff**
**17062 Cascades Ave**
**Yorba Linda,, CA 92886**

Date(s) debt was incurred  3/5/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$167.65**

---

**3.812** | Nonpriority creditor's name and mailing address
**Michael Sorna**
**12767 Brady Rd**
**Jacksonville,, FL 32223**

Date(s) debt was incurred  4/8/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$174.72**

---

**3.813** | Nonpriority creditor's name and mailing address
**Michael Stearns**
**1506 3Rd Ave Sw**
**Ardmore,, OK 73401-3220**

Date(s) debt was incurred  3/12/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$27.60**

---

**3.814** | Nonpriority creditor's name and mailing address
**Michael Stitcher**
**2870 Meandering Drive**
**Hsmpstead,, MD 21074**

Date(s) debt was incurred  8/5/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$359.53**

---

**3.815** | Nonpriority creditor's name and mailing address
**Michaelangelo Mesina**
**418 Addington**
**North Enid,, OK 73701**

Date(s) debt was incurred  4/24/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$97.00**

---

**3.816** | Nonpriority creditor's name and mailing address
**Michelle Adams**
**1145 Salmon River Rd**
**Riverside,, CA 92501-1582**

Date(s) debt was incurred  5/30/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$33.43**

---

**3.817** | Nonpriority creditor's name and mailing address
**Michelle Glantz**
**817 E Pitkin St**
**Fort Collins,, CO 80524-3839**

Date(s) debt was incurred  12/2/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$33.35**

---

| Debtor | **Mini Mania Inc.** | Case number *(if known)* | 24-22456 A-11 |
|--------|---------------------|--------------------------|---------------|
|        | Name                |                          |               |

---

**3.818** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99.59**

**Mickey Kaunang**
**37 Pinecrest Ln**
**Dover,, NH 03820-4703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/8/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.819** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.51**

**Miguel Ben Gomez**
**232 Gov A Santos Bf Homes**
**Philippines**
**Paranaque,   01718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/24/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.820** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$243.26**

**Miguel Del Valle**
**1925 Palaco Grande Pkwy**
**Cape Coral,, FL 33904-4450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.821** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21.99**

**Miguel Lopes**
**90 New St**
**Naugatuck,, CT 06770-2743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/5/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.822** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$781.34**

**Mike Atkins**
**528 W Angela Blvd**
**South Bend,, IN 46617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/26/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.823** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.78**

**Mike Henry**
**185 Bell Ave**
**Sacramento,, CA 95838-2139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/1/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.824** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.10**

**Mike Hood**
**77 Wolfe Grade**
**Kentfield,, CA 94904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.825** | Nonpriority creditor's name and mailing address

**Mike Kimball**
**3705 Brownson St**
**Reciprocity Failure Racing**
**Sacramento,, CA 95821**

Date(s) debt was incurred  **8/2/2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

$24.39

---

**3.826** | Nonpriority creditor's name and mailing address

**Mike Kocimski**
**2619 Centennial Rd**
**Toledo,, OH 43617**

Date(s) debt was incurred  **3/29/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

$40.57

---

**3.827** | Nonpriority creditor's name and mailing address

**Mike Lee**
**2025 Spring Ranch Dr**
**Weatherford,, TX 76088-7410**

Date(s) debt was incurred  **4/4/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

$29.14

---

**3.828** | Nonpriority creditor's name and mailing address

**Mike Leigeber**
**23540 Miller Rd**
**Athens,, AL 35613-4520**

Date(s) debt was incurred  **4/25/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

$157.45

---

**3.829** | Nonpriority creditor's name and mailing address

**Mike Lloyd**
**2798 N Wendell Rd**
**Wendell,, ID 83355-3045**

Date(s) debt was incurred  **12/7/2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

$110.84

---

**3.830** | Nonpriority creditor's name and mailing address

**Mike Mclean**
**108 Saint Andrews Dr**
**Hendersonville,, TN 37075-2625**

Date(s) debt was incurred  **10/6/2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ☑ No ☐ Yes

$124.93

---

**3.831** | Nonpriority creditor's name and mailing address

**Mike Ross**
**24303 22Nd Pl S**
**Des Moines,, WA 98198**

Date(s) debt was incurred  **1/23/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

$193.24

---

| | |
|---|---|
| Debtor | **Mini Mania Inc.** |
| | Name |

Case number (if known)　**24-22456 A-11**

---

| 3.832 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $206.56 |
|---|---|---|---|

**Mike Simmons**
**141 Waterside Dr**
**Argyle,, TX 76226-1278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/10/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.65 |
|---|---|---|---|

**Miles Newsome**
**2509 Birchwood Dr**
**Granbury,, TX 76049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/13/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $358.69 |
|---|---|---|---|

**Mill Creek Manor**
**306 Evergreen Ct**
**Canton,, GA 30115-6181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/9/2023**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $347.60 |
|---|---|---|---|

**Mincomp Racing**
**11250 N Cowboy Trl**
**Prescott,, AZ 86305-5793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.95 |
|---|---|---|---|

**Minh Pham**
**1896 Mott-Smith Dr**
**Honolulu,, HI 96822-2506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/10/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.73 |
|---|---|---|---|

**Mini House**
**413 Horseshoe Ln Ne**
**Winter Haven,, FL 33881-5713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/29/2024**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,753.41 |
|---|---|---|---|

**Mini Spares Centre, Ltd**
**13 Cranbourne Industrial Estate**
**Cranbourne Road, Potters Bar**
**Hertsfordshire, EN6 3JN**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor/Services.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

| 3.839 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16.54** |
|---|---|---|---|

**Mitch Doss**
3815 W Jeffrey Rd
Bloomington,, IN 47403-4117

Date(s) debt was incurred  <u>5/1/2024</u>

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  <u>Customer Deposit</u>

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.840 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$232.43** |
|---|---|---|---|

**Moal Coachbuilders**
243 Arleta Ave
San Francisco,, CA 94134

Date(s) debt was incurred  <u>5/1/2024</u>

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  <u>Customer Deposit</u>

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.841 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80.05** |
|---|---|---|---|

**Molinari Stone**
79 Paine St
Uxbridge,, MA 01569

Date(s) debt was incurred  <u>4/15/2024</u>

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  <u>Customer Deposit</u>

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.842 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,706.58** |
|---|---|---|---|

**Mona Walker**
1896 Sisal Ct
Castle Rock,, CO 80109-7724

Date(s) debt was incurred  <u>5/6/2024</u>

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  <u>Customer Deposit</u>

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.843 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$172.45** |
|---|---|---|---|

**Moss Design**
16175 Red Arrow Hwy
Union Pier,, MI 49129-9339

Date(s) debt was incurred  <u>4/23/2024</u>

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  <u>Customer Deposit</u>

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.844 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71.94** |
|---|---|---|---|

**MOTIVE PRODUCTS/AGS COMPANY**
PO BOX 772043
DETROIT, MI 48277

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  <u>Vendor/Services.</u>

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.845 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$191.21** |
|---|---|---|---|

**Motoiq**
802 W 168th St
Gardena,, CA 90247

Date(s) debt was incurred  <u>5/21/2024</u>

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  <u>Customer Deposit</u>

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.846**

**Nonpriority creditor's name and mailing address**

**Motor Warehouse**
**Nat'l Performance Wrhse - A/R**
**5801 E 10TH AVE STE 112**
**HIALEAH, FL 33013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Services.__

Is the claim subject to offset? ☐ No ☐ Yes

**$89.01**

---

**3.847**

**Nonpriority creditor's name and mailing address**

**Motorcars Ltd**
**8101 Hempstead Rd**
**Houston,, TX 77008**

Date(s) debt was incurred __3/12/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ☐ No ☐ Yes

**$47.98**

---

**3.848**

**Nonpriority creditor's name and mailing address**

**MSC INDUSTRIAL SUPPLY CO.**
**PO BOX 953635**
**SAINT LOUIS, MO 63195-3635**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Services.__

Is the claim subject to offset? ☒ No ☐ Yes

**$23.57**

---

**3.849**

**Nonpriority creditor's name and mailing address**

**Muhan Zhang**
**10930 Ashton Ave Apt Ph10**
**Los Angeles,, CA 90024-4864**

Date(s) debt was incurred __5/20/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ☐ No ☐ Yes

**$80.69**

---

**3.850**

**Nonpriority creditor's name and mailing address**

**Myranda Caputo**
**2 Hammond Rd**
**Falmouth,, ME 04105-1910**

Date(s) debt was incurred __5/28/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ☐ No ☐ Yes

**$622.91**

---

**3.851**

**Nonpriority creditor's name and mailing address**

**Nadeem Zafar**
**21 Woodcrest Rd**
**Orinda,, CA 94563**

Date(s) debt was incurred __6/3/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ☒ No ☐ Yes

**$36.86**

---

**3.852**

**Nonpriority creditor's name and mailing address**

**Nader Ayad**
**21700 thistledown Circle**
**Yorba Linda,, CA 92887**

Date(s) debt was incurred __4/11/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Refund__

Is the claim subject to offset? ☒ No ☐ Yes

**$82.00**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.853**

**Nonpriority creditor's name and mailing address**
Nadine Gozdziewicz
49816 Pierce Ct
Oakhurst,, CA 93644

**Date(s) debt was incurred**  5/22/2024

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?** ■ No  ☐ Yes

**$574.37**

---

**3.854**

**Nonpriority creditor's name and mailing address**
Name South, LLC
128 Fast Lane
MOORESVILLE, NC 28117

**Date(s) debt was incurred**  _

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor/Services.**

**Is the claim subject to offset?** ■ No  ☐ Yes

**$2,942.00**

---

**3.855**

**Nonpriority creditor's name and mailing address**
NAPA AUTO PARTS
FILE 56893
LOS ANGELES, CA 90074-8693

**Date(s) debt was incurred**  _

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor/Services.**

**Is the claim subject to offset?** ■ No  ☐ Yes

**$14,457.70**

---

**3.856**

**Nonpriority creditor's name and mailing address**
Natascha Mcswine
11317 Quailbridge Cir
Hagerstown,, MD 21742

**Date(s) debt was incurred**  3/18/2024

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?** ■ No  ☐ Yes

**$30.57**

---

**3.857**

**Nonpriority creditor's name and mailing address**
Nathan Perkins
9532 Richdale Way
Orangevale,, CA 95662

**Date(s) debt was incurred**  3/20/2024

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?** ■ No  ☐ Yes

**$376.60**

---

**3.858**

**Nonpriority creditor's name and mailing address**
Neal Hammond
75 Copper Gulch Cir
Cotopaxi,, CO 81223-5707

**Date(s) debt was incurred**  4/4/2024

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?** ■ No  ☐ Yes

**$88.71**

---

**3.859**

**Nonpriority creditor's name and mailing address**
Neal Wood
974 Cosburn Ave
Canada, M4C 2W9
East York,, ON

**Date(s) debt was incurred**  4/18/2024

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?** ■ No  ☐ Yes

**$435.56**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.860**

**Nonpriority creditor's name and mailing address**

Neovvl & Imports
236 E 1St St PMB 2663
Calexico,, CA 92231-2730

Date(s) debt was incurred  5/3/2024

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Deposit

Is the claim subject to offset? ☐ No ☐ Yes

**$10,116.89**

---

**3.861**

**Nonpriority creditor's name and mailing address**

NERP LLC
58016 CRUMSTON HWY
SOUTH BEND, IN 46619

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor/Services.

Is the claim subject to offset? ■ No ☐ Yes

**$103.00**

---

**3.862**

**Nonpriority creditor's name and mailing address**

Newport Concrete Inc
10123 Residency Rd
Manassas,, VA 20110

Date(s) debt was incurred  3/19/2024

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Refund

Is the claim subject to offset? ☐ No ☐ Yes

**$151.95**

---

**3.863**

**Nonpriority creditor's name and mailing address**

Nicholas Hasson
2426 N Lamer St
Burbank,, CA 91504

Date(s) debt was incurred  7/2/2023

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Deposit

Is the claim subject to offset? ☐ No ☐ Yes

**$126.84**

---

**3.864**

**Nonpriority creditor's name and mailing address**

Nick Collins
The Bungalow
Winnington Lane
Great Britain, SY5 9DQ
Shrewsbury,

Date(s) debt was incurred  1/28/2024

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$74.14**

---

**3.865**

**Nonpriority creditor's name and mailing address**

Nick Hall
550 Elmdale Ave
Canada, N5X 1H4
London,, ON

Date(s) debt was incurred  4/12/2024

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$67.41**

---

**3.866**

**Nonpriority creditor's name and mailing address**

Nick Woyevodsky
5 Wagstaff Ln
West Islip,, NY 11795-4628

Date(s) debt was incurred  6/3/2024

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$0.60**

---

| Debtor | **Mini Mania Inc.** | | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|---|
| | Name | | | |

---

**3.867**

**Nonpriority creditor's name and mailing address**
**Noah Argubie**
**12630 High Meadow Rd**
**North Potomac,, MD 20878**

Date(s) debt was incurred  **3/21/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$289.99**

---

**3.868**

**Nonpriority creditor's name and mailing address**
**Noel Calderon**
**394 Walnut Lane**
**Gilroy,, CA 95020**

Date(s) debt was incurred  **7/27/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$76.64**

---

**3.869**

**Nonpriority creditor's name and mailing address**
**None**
**6143 S Kolin Ave**
**Chicago,, IL 60629-5202**

Date(s) debt was incurred  **4/26/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$60.18**

---

**3.870**

**Nonpriority creditor's name and mailing address**
**Norman Demontigny**
**705-460 Indale Drive**
**Susanville,, CA 96130**

Date(s) debt was incurred  **12/14/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

**3.871**

**Nonpriority creditor's name and mailing address**
**Norman Gowers**
**45 Croydon Rd**
**Australia**
**Surrey Hills,  03127**

Date(s) debt was incurred  **2/14/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$106.26**

---

**3.872**

**Nonpriority creditor's name and mailing address**
**Northeast Restaurant Equipment**
**2 Compass Cir**
**East Falmouth,, MA 02536-4705**

Date(s) debt was incurred  **5/20/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$281.12**

---

**3.873**

**Nonpriority creditor's name and mailing address**
**Northwest Auto Wash**
**1032 Mar Lane**
**Lake Forest,, IL 60045**

Date(s) debt was incurred  **5/8/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$289.99**

---

Debtor　**Mini Mania Inc.**　　　　　　　　　　Case number (if known)　24-22456 A-11

Name

---

| 3.874 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$181.49** |
|---|---|---|---|

**Northwest Collision**
1390 W Poplar St
Walla Walla,, WA 99362

Date(s) debt was incurred　5/9/2024

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41.92** |
|---|---|---|---|

**Old English Garage**
620 Lexington Way
Burlingame,, CA 94010

Date(s) debt was incurred　5/20/2024

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.876 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51.03** |
|---|---|---|---|

**Olen Berthold**
12765 Whispering Hills Ln
Saint Louis,, MO 63146-4441

Date(s) debt was incurred　4/11/2024

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$771.41** |
|---|---|---|---|

**Omag Automotive**
333 Del Sol Rd
Palm Springs,, CA 92262

Date(s) debt was incurred　4/12/2024

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$157.99** |
|---|---|---|---|

**Orbis**
789 Lombardi Ct Ste 204
Santa Rosa,, CA 95407-5435

Date(s) debt was incurred　4/24/2024

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$474.19** |
|---|---|---|---|

**Oscar Carrillo**
71 Crystal St Apt 3
North Arlington,, NJ 07031-5644

Date(s) debt was incurred　3/23/2024

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$90.15** |
|---|---|---|---|

**Pablo Greenwood Gb52695**
8578 Nw 70th St
Miami,, FL 33195-2671

Date(s) debt was incurred　5/30/2024

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|

Name

---

| 3.881 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,823.00** |

**Pacific Gas & Electric**
**77 Beale St**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April, 2024**

Last 4 digits of account number  **4709**

Basis for the claim:  **Utility service provider**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.882 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35.16** |

**Park Place Ltd**
**1807 130th Ave Ne**
**Bellevue,, WA 98005-2204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/19/2024**

Last 4 digits of account number  __

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$353.00** |

**Pascal Paradis**
**1309 Rue Henri-Pelletier**
**Canada, G6K 1A9**
**Levis,, QC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/7/2024**

Last 4 digits of account number  __

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.884 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$129.64** |

**Pat Bledsoe**
**2358 East 21st Street**
**Signal Hill,, CA 90755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/2024**

Last 4 digits of account number  __

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.885 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$274.92** |

**Patricio Cavazos**
**319E Coma Ave Ste 654**
**Hidalgo,, TX 78557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/4/2024**

Last 4 digits of account number  __

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.886 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41.39** |

**Patrick Green**
**15612 N Cabrillo Dr**
**Fountain Hills,, AZ 85268-1615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/6/2024**

Last 4 digits of account number  __

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$981.62** |

**Patterson Fabrication LLC**
**2851 E. Gamebird**
**PAHRUMP, NV 89048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.888** | Nonpriority creditor's name and mailing address

**Paul Buelow**
**601 S 34th Ct**
**West Des Moines,, IA 50265**

Date(s) debt was incurred  3/21/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$350.60**

---

**3.889** | Nonpriority creditor's name and mailing address

**Paul Lukes**
**1180 Morse St**
**San Jose,, CA 95126-1115**

Date(s) debt was incurred  5/26/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$61.89**

---

**3.890** | Nonpriority creditor's name and mailing address

**Paul Nachtwey**
**527 Manor Brook Dr**
**Chagrin Falls,, OH 44022**

Date(s) debt was incurred  4/30/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$354.89**

---

**3.891** | Nonpriority creditor's name and mailing address

**Paul Skinner**
**2087 Commodore Dr**
**San Jose,, CA 95133-1114**

Date(s) debt was incurred  4/14/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,159.87**

---

**3.892** | Nonpriority creditor's name and mailing address

**Paul Walchli**
**32376 Doolittle Rd**
**Cottage Grove,, OR 97424-9247**

Date(s) debt was incurred  3/31/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$80.29**

---

**3.893** | Nonpriority creditor's name and mailing address

**Paul Wojtal**
**2542 Valley Hill Dr.**
**Acworth,, GA 30102**

Date(s) debt was incurred  4/4/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$81.66**

---

**3.894** | Nonpriority creditor's name and mailing address

**Paul Woodworth**
**1407 Peninsula Dr**
**Arcata,, CA 95521-9659**

Date(s) debt was incurred  5/22/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$27.05**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.895** Nonpriority creditor's name and mailing address
**Paul Zimmerman**
**2000 Caldwell Rd**
**Campobello,, SC 29322-8780**

Date(s) debt was incurred **12/28/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$71.81**

---

**3.896** Nonpriority creditor's name and mailing address
**Paulo Goncalves**
**Green Acres Ave #14**
**East Brunswick,, NJ 08816**

Date(s) debt was incurred **6/2/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$53.35**

---

**3.897** Nonpriority creditor's name and mailing address
**Pauls Detailing**
**4022 25th St**
**San Francisco,, CA 94114**

Date(s) debt was incurred **5/29/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$226.37**

---

**3.898** Nonpriority creditor's name and mailing address
**Pedro Araujo**
**Rua Padre Cerda, 141**
**Brazil, 05448-050**
**S o Paulo,, SP**

Date(s) debt was incurred **5/1/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$827.29**

---

**3.899** Nonpriority creditor's name and mailing address
**Pedro Bardales**
**10850 Nw 21St St Ste 100**
**# Icc4339**
**Doral,, FL 33172-2065**

Date(s) debt was incurred **4/30/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$130.99**

---

**3.900** Nonpriority creditor's name and mailing address
**Pedro Gonzalez**
**9 Clay Street**
**West Long Branch,, NJ 07764**

Date(s) debt was incurred **3/28/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$881.91**

---

**3.901** Nonpriority creditor's name and mailing address
**Perez Road Service**
**30861 Sarabia St**
**Lake Elsinore,, CA 92530**

Date(s) debt was incurred **3/3/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$263.64**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.902** | Nonpriority creditor's name and mailing address | | **$99.11**

**Performance Auto Body**
**14155 Airline Hwy**
**Gonzales,, LA 70737**

Date(s) debt was incurred **2/21/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.903** | Nonpriority creditor's name and mailing address | | **$203.18**

**Personal Use**
**501 Monticello Dr Nw**
**Wilson,, NC 27893**

Date(s) debt was incurred **5/26/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.904** | Nonpriority creditor's name and mailing address | | **$86.78**

**Pete Christiansen**
**1720 Hillside Dr**
**Burlingame,, CA 94010**

Date(s) debt was incurred **5/22/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.905** | Nonpriority creditor's name and mailing address | | **$424.22**

**Pete Yarbrough**
**1612 W Staples Ave**
**Post Falls,, ID 83854-8831**

Date(s) debt was incurred **11/3/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.906** | Nonpriority creditor's name and mailing address | | **$320.00**

**Pete's Welding & Machine**
**509 Searls Ave.**
**NEVADA CITY, CA 95959**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.907** | Nonpriority creditor's name and mailing address | | **$35.49**

**Peter Botteas**
**2 Fort Beach Way**
**Marblehead,, MA 01945-3503**

Date(s) debt was incurred **11/29/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.908** | Nonpriority creditor's name and mailing address | | **$60.49**

**Peter Haas**
**21002 Refuge Creek Dr**
**Cypress,, TX 77433**

Date(s) debt was incurred **5/25/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor **Mini Mania Inc.** | Case number *(if known)* **24-22456 A-11** |
| Name | |

| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$396.22** |
|---|---|---|---|

**Peter Langlois**
**7511 Welton St**
**Canada, V2V 3X5**
**Mission,, BC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/14/2023**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$317.20** |
|---|---|---|---|

**Peter Powell**
**4322 E Hartford Ave**
**Phoenix,, AZ 85032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/16/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4.11** |
|---|---|---|---|

**Peter T Garahan**
**10200 Akhtamar Dr**
**Great Falls,, VA 22066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/11/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$535.98** |
|---|---|---|---|

**Petescustomcoachbuilding**
**11771 Clay St**
**Huntsburg,, OH 44046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37.83** |
|---|---|---|---|

**Pharaoh Triandaj**
**2627 Pasadena St Apt 2W**
**Detroit,, MI 48238-4769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/19/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,450.91** |
|---|---|---|---|

**Phil Hayes, Inc**
**6910 N Bender St**
**Pahrump,, NV 89060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/20/2019**

**Basis for the claim:  Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$117.31** |
|---|---|---|---|

**Philip Blahak**
**7146 E Arcadia Cir**
**Mesa,, AZ 85208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/10/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Mini Mania Inc.**
_____
Name

Case number (if known)    24-22456 A-11

---

**3.916** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17.69**
---|---|---|---

**Philip Domb**
**6025 Spindletop Terrace**
**Round Rock,, TX 78681-3420**

Date(s) debt was incurred  **4/24/2024**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.917** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34.58**

**Philip Hodgson**
**2115 Gail Dr**
**Stevensville,, MI 49127-9531**

Date(s) debt was incurred  **5/8/2024**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.918** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.98**

**Philip Hohnstadt**
**3053 Sunset Ln**
**Cocoa,, FL 32922-6658**

Date(s) debt was incurred  **4/30/2024**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.919** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39.09**

**Philip Schoenthal**
**744 Taylor St**
**Craig,, CO 81625-2514**

Date(s) debt was incurred  **4/1/2024**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.920** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.20**

**Philip Slate**
**1 Aurora**
**Irvine,, CA 92603**

Date(s) debt was incurred  **5/13/2024**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.921** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.61**

**Phillip Carr**
**16029 N San Andres Dr**
**Fountain Hills,, AZ 85268**

Date(s) debt was incurred  **3/11/2024**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.922** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.92**

**Phillip Milidantri**
**80 Turkey Hill Rd**
**Durham,, CT 06422-1031**

Date(s) debt was incurred  **3/13/2024**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

| 3.923 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,332.22** |
|---|---|---|---|

**PIERCE MANIFOLDS**
**2339 TECHNOLOGY DR SUITE F**
**HOLLISTER, CA 95023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Basis for the claim:** __Vendor/Services.__

**Last 4 digits of account number** _____

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.924 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34.41** |
|---|---|---|---|

**Pierre Semidei**
**3483 N Michener Pt**
**Beverly Hills,, FL 34465**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __3/5/2024__

**Basis for the claim:** __Customer Deposit__

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.925 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$669.44** |
|---|---|---|---|

**Power Speed Consulting**
**3117 Blossom Glen Dr**
**Henderson,, NV 89014-3632**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __5/29/2024__

**Basis for the claim:** __Customer Deposit__

**Last 4 digits of account number** _____

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.926 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$191.08** |
|---|---|---|---|

**Promax Produtos Maximos**
**R Promax (VI Americas)**
**1 Jordanesia**
**Brazil, 07776-225**
**Cajamar,**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __3/27/2024__

**Basis for the claim:** __Customer Deposit__

**Last 4 digits of account number** _____

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.927 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
|---|---|---|---|

**Prs**
**3417 Alison Dr.**
**Atlanta,, GA 30340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __10/2/2023__

**Basis for the claim:** __Customer Deposit__

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$303.25** |
|---|---|---|---|

**Qmerit**
**5955 Globe Rd**
**Lenoir,, NC 28645-8814**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __5/14/2024__

**Basis for the claim:** __Customer Deposit__

**Last 4 digits of account number** _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85,000.00** |
|---|---|---|---|

**Racine Properties**
**13733 Highland Dr**
**Grass Valley, CA 95945**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __January, 2023__

**Basis for the claim:** __Rent.__

**Last 4 digits of account number** __N001__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number *(if known)* | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.930**

Nonpriority creditor's name and mailing address
**RACINE WEB DESIGN**
**15293 BEEMAN LANE**
**GRASS VALLEY, CA 95949**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Services.__

Is the claim subject to offset? ☐ No ☐ Yes

**$13,500.00**

---

**3.931**

Nonpriority creditor's name and mailing address
**Rafael Blanco**
**1 Aeropost Way**
**Sjo-29898**
**Miami,, FL 33206**

Date(s) debt was incurred  __2/6/2024__
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ☐ No ☐ Yes

**$154.80**

---

**3.932**

Nonpriority creditor's name and mailing address
**Rafael Garcia**
**14408 Import Rd**
**Laredo,, TX 78045**

Date(s) debt was incurred  __3/24/2024__
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$287.30**

---

**3.933**

Nonpriority creditor's name and mailing address
**Rafael Rezende**
**Rua Libero Ripoli 34**
**Bairro Jardim Umuarama**
**Brazil, 04650-010**
**S o Paulo,**

Date(s) debt was incurred  __4/17/2024__
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ☐ No ☐ Yes

**$150.41**

---

**3.934**

Nonpriority creditor's name and mailing address
**Ramesh Mavelikalam**
**121 San Anselmo Ave #2352**
**San Anselmo,, CA 94979**

Date(s) debt was incurred  __5/21/2024__
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ☐ No ☐ Yes

**$77.82**

---

**3.935**

Nonpriority creditor's name and mailing address
**Ramiro Castro**
**141 Little York Rd**
**Houston,, TX 77076-1020**

Date(s) debt was incurred  __5/8/2024__
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$455.55**

---

**3.936**

Nonpriority creditor's name and mailing address
**Ramon Cortez**
**5094 E 10th Ct**
**Hialeah,, FL 33013-1734**

Date(s) debt was incurred  __3/22/2024__
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$874.03**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.937** | Nonpriority creditor's name and mailing address

**Ramsey Motor**
**5900 S 27th St**
**Milwaukee,, WI 53221-4803**

Date(s) debt was incurred  **4/18/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$72.03**

---

**3.938** | Nonpriority creditor's name and mailing address

**Randy Fleming**
**9455 N. Parkview**
**Baton Roouge,, LA 70815**

Date(s) debt was incurred  **7/25/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$78.46**

---

**3.939** | Nonpriority creditor's name and mailing address

**Randy Scialabba**
**9359 Vineyard Grove Lane Ne**
**Leland,, NC 28451**

Date(s) debt was incurred  **2/28/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$55.26**

---

**3.940** | Nonpriority creditor's name and mailing address

**Rasmus Teilmann**
**15600 70th Ave W**
**Edmonds,, WA 98026**

Date(s) debt was incurred  **4/15/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$403.19**

---

**3.941** | Nonpriority creditor's name and mailing address

**Ratchets Garage Restoration And Fab**
**124 Talbert Pointe Dr Ste B**
**Mooresville,, NC 28117-4399**

Date(s) debt was incurred  **5/14/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$43.14**

---

**3.942** | Nonpriority creditor's name and mailing address

**Raul E Rosa**
**PO Box 798**
**Victoria Station**
**Aguadilla,, PR 00605-0798**

Date(s) debt was incurred  **5/25/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$109.14**

---

**3.943** | Nonpriority creditor's name and mailing address

**Raymond Lighthall**
**19934 Stoney Haven Dr**
**Cypress,, TX 77433**

Date(s) debt was incurred  **4/16/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.07**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
| | Name | | |

---

**3.944** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$51.69**

**Raymond Rasmussen**
2278 Mccaffrey Ln
Riverbank,, CA 95367-2643

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/12/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.945** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$62.46**

**Rc Hobbies**
929 Nw 132Nd Ct
Miami,, FL 33182-2243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/29/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.946** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$229.43**

**Rebbeca Huhn**
14056 Rd 37
Mancos,, CO 81328

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/14/2023**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.947** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$239.75**

**Regina Green**
P.O.Box 65
Canada, A0B3M0
Winterton,, NL

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/16/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.948** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$405.70**

**Renaye Omahony**
193 Georgian Court Rd.
Rochester,, NY 14610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/7/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.949** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$166.61**

**Rene Marin**
1125 Keeler Ave
Mamaroneck,, NY 10543

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/31/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.950** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125.20**

**Reynolds Todd**
1168 County Road 137
Alice,, TX 78332-7629

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/26/2024**

**Basis for the claim:  Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.951** | Nonpriority creditor's name and mailing address
**Rhonda Yeatts**
10026 Wilderness Gap
San Antonio,, TX 78254

Date(s) debt was incurred  2/29/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$88.99**

---

**3.952** | Nonpriority creditor's name and mailing address
**Rhyan Rand**
2561 S Main St Bldg B
Lindale,, TX 75771

Date(s) debt was incurred  5/12/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$395.18**

---

**3.953** | Nonpriority creditor's name and mailing address
**Ricardo Scattolini**
12408 Willow Green Ct
Potomac,, MD 20854-3044

Date(s) debt was incurred  4/5/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$57.33**

---

**3.954** | Nonpriority creditor's name and mailing address
**Richard Cano**
16219 Ne 13th St
Vancouver,, WA 98684

Date(s) debt was incurred  3/12/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$39.05**

---

**3.955** | Nonpriority creditor's name and mailing address
**Richard Guill**
P.O. Box 1083
Palmer Lake,, CO 80133

Date(s) debt was incurred  10/12/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$932.58**

---

**3.956** | Nonpriority creditor's name and mailing address
**Richard Rachuy**
657 W I St
Ontario,, CA 91762-2311

Date(s) debt was incurred  3/7/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$10.20**

---

**3.957** | Nonpriority creditor's name and mailing address
**Richard Rhoades**
4676 Owen Ave
Memphis,, TN 38122

Date(s) debt was incurred  5/8/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$51.95**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

| 3.958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$225.60** |

**Richard Rogers**
**2464 N Fordham Ave**
**Fresno,, CA 93727-8602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/8/2023**

**Basis for the claim:** **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32.52** |

**Richard Rominger Iii**
**111 Riley Cv**
**Kyle,, TX 78640-4637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/9/2024**

**Basis for the claim:** **Customer Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$228.96** |

**Richard Stogran**
**1225 Overlook Rd**
**Eustis,, FL 32726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/8/2024**

**Basis for the claim:** **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$114.92** |

**Richard Thomas**
**17750 S Henrici Rd**
**Oregon City,, OR 97045-7307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/7/2024**

**Basis for the claim:** **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.962 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43.02** |

**Richmond Upholstery**
**426 PO Box**
**Richmond,, VT 05477-0426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/20/2024**

**Basis for the claim:** **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.963 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$101.13** |

**Rick Hagans**
**645 Villa Rd Apt D**
**Springfield,, OH 45503-1365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/27/2024**

**Basis for the claim:** **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32.00** |

**Rick Holland**
**P.O. Box 1635**
**Mooresville,, NC 28115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/3/2024**

**Basis for the claim:** **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|--------|---------------------|------------------------|----------------|
|        | Name                |                        |                |

---

**3.965** | Nonpriority creditor's name and mailing address
**Rick Hornbeck**
431 Tonklin Rd Sw
Palm Bay,, FL 32908

Date(s) debt was incurred  **5/23/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.28**

---

**3.966** | Nonpriority creditor's name and mailing address
**Rick Manning**
2405 Nw 55th Pl
Oklahoma City,, OK 73112-7722

Date(s) debt was incurred  **5/8/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$347.94**

---

**3.967** | Nonpriority creditor's name and mailing address
**Ricke Katko**
2491 Bendixen St
Port Charlotte,, FL 33953-5610

Date(s) debt was incurred  **2/29/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$245.31**

---

**3.968** | Nonpriority creditor's name and mailing address
**Riley Miller**
15817 Northeast 90th Street G253
Redmond,, WA 98052

Date(s) debt was incurred  **5/28/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$51.06**

---

**3.969** | Nonpriority creditor's name and mailing address
**Rob Futcher**
6755 Cherry Laurel Drive
Liberty Township,, OH 45044

Date(s) debt was incurred  **12/18/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$179.32**

---

**3.970** | Nonpriority creditor's name and mailing address
**Rob Henley**
1197 Darvan Way
Sevierville,, TN 37876-6690

Date(s) debt was incurred  **4/12/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.75**

---

**3.971** | Nonpriority creditor's name and mailing address
**Rob Mahaney**
3919 Meadow View Ln
Elko,, MN 55020

Date(s) debt was incurred  **5/21/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$37.31**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

| 3.972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$884.44** |
|---|---|---|---|

**Rob Mokry**
1030 Cane Creek Rd
Fletcher,, NC 28732-7415

Date(s) debt was incurred  **4/23/2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30.48** |
|---|---|---|---|

**Rob Vallance**
12022 Cypresswood Drive
Houston,, TX 77070

Date(s) debt was incurred  **2/21/2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.974 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37.20** |
|---|---|---|---|

**Robert A Dye**
38974 Hood Canal Dr Ne
Hansville,, WA 98340-8780

Date(s) debt was incurred  **9/6/2023**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$176.48** |
|---|---|---|---|

**Robert Albedyll**
6225 Sw Ashley Ct
Mountain Home,, ID 83647

Date(s) debt was incurred  **3/22/2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.976 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70.91** |
|---|---|---|---|

**Robert Amos**
27099 W Kensington Ct
Lake Barrington,, IL 60010-3861

Date(s) debt was incurred  **3/10/2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26.89** |
|---|---|---|---|

**Robert Belflower**
6426 Lake Athabaska Pl
San Diego,, CA 92119-2824

Date(s) debt was incurred  **6/1/2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.978 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$64.65** |
|---|---|---|---|

**Robert Bowie**
36 College Ave
Orono,, ME 04473

Date(s) debt was incurred  **4/27/2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number *(if known)* | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.979**

**Nonpriority creditor's name and mailing address**
**Robert Brooks**
**175 Lincoln Trl**
**Hawk Point,, MO 63349-2106**

Date(s) debt was incurred  **5/19/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$42.09**

---

**3.980**

**Nonpriority creditor's name and mailing address**
**Robert Brown**
**2350 Nancy Gray Ave**
**Fort Collins,, CO 80525-4385**

Date(s) debt was incurred  **6/5/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.01**

---

**3.981**

**Nonpriority creditor's name and mailing address**
**Robert Duarte**
**2861 Forest Lodge Rd**
**Pebble Beach,, CA 93953**

Date(s) debt was incurred  **8/4/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$36.14**

---

**3.982**

**Nonpriority creditor's name and mailing address**
**Robert Furman**
**917 Stony Brook Rd**
**Brewster,, MA 02631-2450**

Date(s) debt was incurred  **2/26/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$56.55**

---

**3.983**

**Nonpriority creditor's name and mailing address**
**Robert Garrido**
**806 Amoretti St**
**Thermopolis,, WY 82443-3036**

Date(s) debt was incurred  **10/24/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$41.63**

---

**3.984**

**Nonpriority creditor's name and mailing address**
**Robert Griffin**
**5551 S White Mountain Rd #2-544**
**Show Low,, AZ 85901-7449**

Date(s) debt was incurred  **5/16/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$126.78**

---

**3.985**

**Nonpriority creditor's name and mailing address**
**Robert Keas**
**8503 Dove Ridge Way**
**Parker,, CO 80134**

Date(s) debt was incurred  **4/18/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$147.64**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|

Name

---

**3.986** | Nonpriority creditor's name and mailing address

**Robert L Marcum**
**248 Galax Ln**
**Brevard,, NC 28712-7650**

Date(s) debt was incurred  **5/10/2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$46.22**

---

**3.987** | Nonpriority creditor's name and mailing address

**Robert Leiston**
**606 Wildlife Dr**
**Lost River,, WV 26810-8326**

Date(s) debt was incurred  **4/15/2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$241.64**

---

**3.988** | Nonpriority creditor's name and mailing address

**Robert Lerma**
**2130 El Rancho Dr**
**Camarillo,, CA 93010**

Date(s) debt was incurred  **5/26/2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$58.31**

---

**3.989** | Nonpriority creditor's name and mailing address

**Robert Levine**
**1325 Carlton Way**
**Venice,, CA 90291**

Date(s) debt was incurred  **5/28/2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$35.24**

---

**3.990** | Nonpriority creditor's name and mailing address

**Robert Mayrand**
**1088 Ch Du Rivage**
**Canada, J0L 1R0**
**Saint-Antoine-Sur-Richelieu,, QC**

Date(s) debt was incurred  **3/7/2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$274.80**

---

**3.991** | Nonpriority creditor's name and mailing address

**Robert Miller**
**9440 Evelyn Ave**
**California City,, CA 93505**

Date(s) debt was incurred  **4/22/2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$43.49**

---

**3.992** | Nonpriority creditor's name and mailing address

**Robert Mongillo**
**13478 Sumter Lane**
**Naples,, FL 34109**

Date(s) debt was incurred  **3/5/2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$289.99**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

| 3.993 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41.34** |

**Robert Montoya**
**2227 Barn Swallow Dr**
**Longmont,, CO 80504**

Date(s) debt was incurred  **5/18/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.994 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$114.18** |

**Robert Pessin**
**602 Newcastle Ln**
**Grand Prairie,, TX 75052-4411**

Date(s) debt was incurred  **2/23/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.995 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$102.75** |

**Robert Powers**
**9219 Horse Heath**
**San Antonio,, TX 78254**

Date(s) debt was incurred  **5/29/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.996 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$103.16** |

**Robert Smith**
**341 thor Ave Se**
**Palm Bay,, FL 32909-3937**

Date(s) debt was incurred  **12/31/2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.997 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.13** |

**Robert Stillson**
**N46W7755 Parkland Rd**
**Cedarburg,, WI 53012-2753**

Date(s) debt was incurred  **5/15/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.998 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.00** |

**Robert Sturm**
**Po 728**
**Micanopy,, FL 32667**

Date(s) debt was incurred  **5/10/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.999 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97.52** |

**Robert Tompkins**
**985 Hope Street**
**Bristol,, RI 02809**

Date(s) debt was incurred  **12/23/2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
| | Name | | |

---

**3.100 0**

**Nonpriority creditor's name and mailing address**

**Robert Woolner**
**41 School St**
**Hillsboro,, NH 03244-4888**

Date(s) debt was incurred  **5/30/2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$38.20

---

**3.100 1**

**Nonpriority creditor's name and mailing address**

**Robert Woudenberg**
**159 Charles Blvd**
**Valley Cottage,, NY 10989-2438**

Date(s) debt was incurred  **4/23/2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$124.80

---

**3.100 2**

**Nonpriority creditor's name and mailing address**

**Roberto Salazar-Rojas**
**6886 Blackwood St**
**Riverside,, CA 92506**

Date(s) debt was incurred  **9/1/2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

$106.36

---

**3.100 3**

**Nonpriority creditor's name and mailing address**

**Robin Shrock**
**2666Outrigger@Gmail.Com**
**Naples,, FL 34104**

Date(s) debt was incurred  **4/20/2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$42.83

---

**3.100 4**

**Nonpriority creditor's name and mailing address**

**Rock Solid Motorsports, Inc**
**2040 Cassopolis St**
**Elkhart,, IN 46514-3102**

Date(s) debt was incurred  **5/28/2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$682.77

---

**3.100 5**

**Nonpriority creditor's name and mailing address**

**Rod Thompson**
**728 So Fortuna Blvd**
**Fortuna,, CA 95540**

Date(s) debt was incurred  **2/27/2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$33.18

---

**3.100 6**

**Nonpriority creditor's name and mailing address**

**Rodney Revilla**
**3701 Sw 104th Ct**
**Miami,, FL 33165**

Date(s) debt was incurred  **4/12/2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$92.23

---

Debtor **Mini Mania Inc.**
_____
Name

Case number (if known)   24-22456 A-11

---

| 3.100 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$144.73** |
| **Roger Fenton** | ☐ Contingent | |
| **677 North Shasta Way** | ☐ Unliquidated | |
| **Upland,, CA 91786** | ☐ Disputed | |
| Date(s) debt was incurred  **5/3/2024** | **Basis for the claim:**  **Customer Refund** | |
| Last 4 digits of account number  _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.100 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$365.35** |
| **Roger Heim** | ☐ Contingent | |
| **22614 North Starbird Road** | ☐ Unliquidated | |
| **Mount Vernon,, WA 98274** | ☐ Disputed | |
| Date(s) debt was incurred  **3/25/2024** | **Basis for the claim:**  **Customer Deposit** | |
| Last 4 digits of account number  _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.100 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$165.50** |
| **Roger Kane** | ☐ Contingent | |
| **4173 Knob Dr** | ☐ Unliquidated | |
| **Eagan,, MN 55122** | ☐ Disputed | |
| Date(s) debt was incurred  **3/14/2024** | **Basis for the claim:**  **Customer Deposit** | |
| Last 4 digits of account number  _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$426.54** |
| **Roger Philpott** | ☐ Contingent | |
| **5529 S Guthrie Peak Dr** | ☐ Unliquidated | |
| **Green Valley,, AZ 85622-8115** | ☐ Disputed | |
| Date(s) debt was incurred  **4/4/2024** | **Basis for the claim:**  **Customer Deposit** | |
| Last 4 digits of account number  _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$16.19** |
| **Roger Ramsey** | ☐ Contingent | |
| **448 Julia St Apt 202** | ☐ Unliquidated | |
| **New Orleans,, LA 70130-3600** | ☐ Disputed | |
| Date(s) debt was incurred  **4/2/2024** | **Basis for the claim:**  **Customer Deposit** | |
| Last 4 digits of account number  _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$493.20** |
| **Roger Simmons** | ☐ Contingent | |
| **72 Silverthorne Pl** | ☐ Unliquidated | |
| **Douglasville,, GA 30134** | ☐ Disputed | |
| Date(s) debt was incurred  **3/26/2024** | **Basis for the claim:**  **Customer Deposit** | |
| Last 4 digits of account number  _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$54.57** |
| **Romeo Tuplano** | ☐ Contingent | |
| **856 Ferry Launch Avenue** | ☐ Unliquidated | |
| **Lathrop,, CA 95330** | ☐ Disputed | |
| Date(s) debt was incurred  **3/9/2024** | **Basis for the claim:**  **Customer Deposit** | |
| Last 4 digits of account number  _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.101 4**

**Nonpriority creditor's name and mailing address**

**Ron Anderson**
**4819 Oliver Ct**
**Kansas City,, KS 66106**

**Date(s) debt was incurred  4/15/2024**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$357.18

---

**3.101 5**

**Nonpriority creditor's name and mailing address**

**Ron B Peters**
**15000 Se Royer Rd**
**Damascus,, OR 97089**

**Date(s) debt was incurred  4/29/2024**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$8.66

---

**3.101 6**

**Nonpriority creditor's name and mailing address**

**Ron Barnish**
**P.O. Box 37**
**East Quogue,, NY 11942-0037**

**Date(s) debt was incurred  8/29/2023**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$176.24

---

**3.101 7**

**Nonpriority creditor's name and mailing address**

**Ron Grantham**
**475**
**Quitman,, TX 75783**

**Date(s) debt was incurred  11/16/2023**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$155.63

---

**3.101 8**

**Nonpriority creditor's name and mailing address**

**Ron Hallinan**
**5926 Palm St**
**Mims,, FL 32754-6659**

**Date(s) debt was incurred  3/21/2024**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$690.12

---

**3.101 9**

**Nonpriority creditor's name and mailing address**

**Ronald Koenig**
**854 E Mcmurray Rd**
**Venetia,, PA 15367-1003**

**Date(s) debt was incurred  3/19/2024**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$229.40

---

**3.102 0**

**Nonpriority creditor's name and mailing address**

**Ronnie Fortes**
**5112 Oleander Drive**
**Carmichael,, CA 95608**

**Date(s) debt was incurred  3/12/2024**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$381.46

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

**3.102**
**1**

**Nonpriority creditor's name and mailing address**

**Ronnie Jackson**
**9855 N 19th Dr Ste 6**
**Phoenix,, AZ 85021**

**Date(s) debt was incurred** **2/27/2024**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$18.76**

---

**3.102**
**2**

**Nonpriority creditor's name and mailing address**

**Rony Altermatt**
**Ramstenr tti 23**
**Switzerland**
**Nunningen,, SO 04208**

**Date(s) debt was incurred** **11/10/2023**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,017.37**

---

**3.102**
**3**

**Nonpriority creditor's name and mailing address**

**Rpm**
**462 Monkton Rd**
**Vergennes,, VT 05491**

**Date(s) debt was incurred** **4/1/2024**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$7.20**

---

**3.102**
**4**

**Nonpriority creditor's name and mailing address**

**Rts Enterprise**
**27 Maney Ave**
**Asheville,, NC 28804**

**Date(s) debt was incurred** **5/30/2024**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.11**

---

**3.102**
**5**

**Nonpriority creditor's name and mailing address**

**Ruari Crabbe**
**8167 Cottonwood Ct N**
**Plainfield,, IN 46168-7874**

**Date(s) debt was incurred** **5/10/2024**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$39.59**

---

**3.102**
**6**

**Nonpriority creditor's name and mailing address**

**Russell Florack**
**3 Allen Moore Ct**
**Durham,, NC 27703-3777**

**Date(s) debt was incurred** **5/7/2024**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

**3.102**
**7**

**Nonpriority creditor's name and mailing address**

**Ryan Buckley**
**28 W 8th St**
**Duluth,, MN 55806-2515**

**Date(s) debt was incurred** **5/8/2024**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$274.09**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.102 8**

**Nonpriority creditor's name and mailing address**

**Ryan Gillespie**
**1105 Se 6th Street**
**Battle Ground,, WA 98604**

Date(s) debt was incurred  **3/7/2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset?  ■ No  ☐ Yes

**$9.37**

---

**3.102 9**

**Nonpriority creditor's name and mailing address**

**Ryan O'Neilin**
**1274 Triple J Rd**
**Berryville,, VA 22611**

Date(s) debt was incurred  **3/16/2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$49.22**

---

**3.103 0**

**Nonpriority creditor's name and mailing address**

**Ryan Wagner**
**5650 Wied Rd**
**La Grange,, TX 78945-4263**

Date(s) debt was incurred  **5/8/2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$40.62**

---

**3.103 1**

**Nonpriority creditor's name and mailing address**

**S. Childs**
**1913 E Grand Blvd**
**Detroit,, MI 48211**

Date(s) debt was incurred  **3/9/2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$96.63**

---

**3.103 2**

**Nonpriority creditor's name and mailing address**

**Sabatay R. Goliger**
**6718 Nw 72Nd Ave**
**Pmb 090494**
**Miami,, FL 33195-3002**

Date(s) debt was incurred  **4/3/2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$605.43**

---

**3.103 3**

**Nonpriority creditor's name and mailing address**

**Saeed Almadan**
**7837 Al Quds Street**
**4075 Al Majidiyah Dist.**
**Saudi Arabia**
**Al Qatif,  32631**

Date(s) debt was incurred  **4/24/2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$235.11**

---

**3.103 4**

**Nonpriority creditor's name and mailing address**

**Salim Nice**
**5619 89th Ave Se**
**Mercer Island,, WA 98040**

Date(s) debt was incurred  **5/31/2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$31.99**

---

Debtor   **Mini Mania Inc.**
Name

Case number (if known)   24-22456 A-11

---

**3.103.5**

**Nonpriority creditor's name and mailing address**
**Salvatore Serra**
**64155 Van Dyke Rd**
**Pmb 278**
**Washington,, MI 48095-2580**

Date(s) debt was incurred   **5/9/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$32.05

---

**3.103.6**

**Nonpriority creditor's name and mailing address**
**Sam Decker**
**4445 Lafayette Lane**
**Spring Park,, MN 55384**

Date(s) debt was incurred   **1/3/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$27.79

---

**3.103.7**

**Nonpriority creditor's name and mailing address**
**Sandra Robbins**
**5181 Horsford Path**
**The Villages,, FL 32163**

Date(s) debt was incurred   **6/3/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$112.29

---

**3.103.8**

**Nonpriority creditor's name and mailing address**
**Sandy Nicholls**
**4 Park Ave**
**Selinsgrove,, PA 17870**

Date(s) debt was incurred   **3/21/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$12.16

---

**3.103.9**

**Nonpriority creditor's name and mailing address**
**Scarlett Pereida**
**3140 English Palmer Rd**
**North Las Vegas,, NV 89086-1674**

Date(s) debt was incurred   **5/29/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$40.15

---

**3.104.0**

**Nonpriority creditor's name and mailing address**
**Scott Ballard**
**10714 Walsingham Rd.**
**Seminole,, FL 33778**

Date(s) debt was incurred   **1/25/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$226.64

---

**3.104.1**

**Nonpriority creditor's name and mailing address**
**Scott Davis**
**1014 Webster Ln**
**Marshfield,, MO 65706-9681**

Date(s) debt was incurred   **4/1/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$56.87

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.104 2**

**Nonpriority creditor's name and mailing address**

**Scott Gibson**
**5 Orchard Avenue**
**Watkins Glen, NY 14891**

Date(s) debt was incurred  **3/19/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$21.95**

---

**3.104 3**

**Nonpriority creditor's name and mailing address**

**Scott Gindlesperger**
**2779 S Church St**
**Pmb 272**
**Burlington,, NC 27215-5103**

Date(s) debt was incurred  **12/8/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$104.92**

---

**3.104 4**

**Nonpriority creditor's name and mailing address**

**Scott Krzysik**
**1113 Friar Tuck Trl**
**Ladson,, SC 29456**

Date(s) debt was incurred  **1/20/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$196.12**

---

**3.104 5**

**Nonpriority creditor's name and mailing address**

**Scott Madden**
**1320 Sw Chestnut Dr**
**Portland,, OR 97219**

Date(s) debt was incurred  **5/13/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$34.75**

---

**3.104 6**

**Nonpriority creditor's name and mailing address**

**Scott Mahaffey**
**4370 N. State Hwy Uu**
**Ash Grove,, MO 65604**

Date(s) debt was incurred  **3/26/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$204.02**

---

**3.104 7**

**Nonpriority creditor's name and mailing address**

**Scott Swan**
**1203 Bartlett Dr**
**Valparaiso,, IN 46383**

Date(s) debt was incurred  **5/26/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$52.79**

---

**3.104 8**

**Nonpriority creditor's name and mailing address**

**Scott Tilton**
**884 Station St**
**Herndon,, VA 20170**

Date(s) debt was incurred  **4/21/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$71.36**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|--------|---------------------|------------------------|---------------|
| | Name | | |

---

**3.1049**

**Nonpriority creditor's name and mailing address**

**Scotty R Morris**
**169 Willow Bank Cir**
**Decatur,, AL 35603-7804**

Date(s) debt was incurred **4/8/2024**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$54.37**

---

**3.1050**

**Nonpriority creditor's name and mailing address**

**Sean Armstrong**
**1377 Beach Dr E**
**Port Orchard,, WA 98366-4911**

Date(s) debt was incurred **2/22/2024**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$243.31**

---

**3.1051**

**Nonpriority creditor's name and mailing address**

**Sean Brenninkmeijer**
**3661 S Joplin Street**
**Aurora,, CO 80013**

Date(s) debt was incurred **3/12/2024**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,804.51**

---

**3.1052**

**Nonpriority creditor's name and mailing address**

**Sean Durgin**
**5 United Ave**
**Jacobus,, PA 17407**

Date(s) debt was incurred **4/23/2024**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$39.16**

---

**3.1053**

**Nonpriority creditor's name and mailing address**

**Sean Goodwin**
**700 8 Ave**
**Canada, T1W 2E3**
**Canmore,, AB**

Date(s) debt was incurred **1/26/2024**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$90.14**

---

**3.1054**

**Nonpriority creditor's name and mailing address**

**Sean Hamilton**
**422 Broadway Ave**
**Glassport,, PA 15045**

Date(s) debt was incurred **3/7/2024**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,625.80**

---

**3.1055**

**Nonpriority creditor's name and mailing address**

**Sean Hendricks**
**155 Valley Rd**
**Killingly,, CT 06239**

Date(s) debt was incurred **5/8/2024**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ☑ No ☐ Yes

**$55.55**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.105 6**

**Nonpriority creditor's name and mailing address**

**Sean Keightley**
**654 S Falling Leaves Dr**
**Waxahachie,, TX 75167**

Date(s) debt was incurred **5/10/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$90.65**

---

**3.105 7**

**Nonpriority creditor's name and mailing address**

**Sean Mcdermott**
**813 S 3Rd St**
**Philadelphia,, PA 19147-3312**

Date(s) debt was incurred **4/28/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$156.45**

---

**3.105 8**

**Nonpriority creditor's name and mailing address**

**Sean O'Malley**
**3128 Arthur Street**
**Wall,, NJ 07719**

Date(s) debt was incurred **2/5/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.15**

---

**3.105 9**

**Nonpriority creditor's name and mailing address**

**Sean Ridgway**
**5001 State Route 982**
**Latrobe,, PA 15650-3488**

Date(s) debt was incurred **3/28/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$24.19**

---

**3.106 0**

**Nonpriority creditor's name and mailing address**

**Sebastian Rivas**
**126 Neff St #399**
**Wahiawa,, HI 96786-3626**

Date(s) debt was incurred **4/25/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$83.51**

---

**3.106 1**

**Nonpriority creditor's name and mailing address**

**Seng Kong Shang**
**Hse No.87, Reservoir Garden Ph2**
**Lorong 2A, Jln Bundusan**
**Malaysia**
**Kota Kinabalu,   88300**

Date(s) debt was incurred **3/29/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$88.73**

---

**3.106 2**

**Nonpriority creditor's name and mailing address**

**Seth Henning**
**1326 Ala Kapuna St Apt 101**
**Honolulu,, HI 96819-1329**

Date(s) debt was incurred **4/4/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$75.87**

---

Debtor  **Mini Mania Inc.**
_____
Name

Case number (if known)　**24-22456 A-11**

---

**3.106 3**

**Nonpriority creditor's name and mailing address**

**Shane Langley**
**12061 Baldwin Ln**
**Fairhope,, AL 36532-4941**

Date(s) debt was incurred  **5/28/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$70.11

---

**3.106 4**

**Nonpriority creditor's name and mailing address**

**Shane Loffler**
**105 Devonstone Dr**
**Australia**
**Cooroibah,　04565**

Date(s) debt was incurred  **3/21/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$259.21

---

**3.106 5**

**Nonpriority creditor's name and mailing address**

**Shannon Ong**
**3324 Courtland Ave**
**Oakland,, CA 94619**

Date(s) debt was incurred  **5/24/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$34.90

---

**3.106 6**

**Nonpriority creditor's name and mailing address**

**Shark Reef**
**3940 Algonquin Dr Apt 191**
**Las Vegas,, NV 89119-5309**

Date(s) debt was incurred  **5/26/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$76.38

---

**3.106 7**

**Nonpriority creditor's name and mailing address**

**Shawn Schuette**
**3241 E Shea Blvd Ste 1 PMB 414**
**Phoenix,, AZ 85028-3335**

Date(s) debt was incurred  **5/31/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$78.58

---

**3.106 8**

**Nonpriority creditor's name and mailing address**

**Sheldon Whitehouse**
**175 Carroll Ave**
**Newport,, RI 02840-4376**

Date(s) debt was incurred  **4/27/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$83.62

---

**3.106 9**

**Nonpriority creditor's name and mailing address**

**Sheon Gardiner**
**1732 Dollys Way**
**Heyburn,, ID 83336**

Date(s) debt was incurred  **5/6/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$278.86

---

Debtor **Mini Mania Inc.**
_____
Name

Case number (if known) __24-22456 A-11__

---

**3.107 0**

**Nonpriority creditor's name and mailing address**

**Shon Wilkinson**
**521 W 14th St**
**The Dalles,, OR 97058-1518**

Date(s) debt was incurred __4/25/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

$71.87

---

**3.107 1**

**Nonpriority creditor's name and mailing address**

**Simon Mccormack**
**880 Coble Blvd**
**Henderson,, NC 27536-3066**

Date(s) debt was incurred __5/13/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Refund__

Is the claim subject to offset? ■ No ☐ Yes

$6.35

---

**3.107 2**

**Nonpriority creditor's name and mailing address**

**Simonian'S Saw Service**
**42015 N Fork Dr**
**Three Rivers,, CA 93271**

Date(s) debt was incurred __5/28/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

$126.32

---

**3.107 3**

**Nonpriority creditor's name and mailing address**

**Slc Corporation**
**7724 E Santa Catalina Dr**
**Scottsdale,, AZ 85255-2700**

Date(s) debt was incurred __4/17/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

$32.50

---

**3.107 4**

**Nonpriority creditor's name and mailing address**

**Smiths Service & Co**
**3-16-8 Nishitoriishi**
**Japan, 592-0012**
**Takaishi-City,**

Date(s) debt was incurred __3/13/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

$233.00

---

**3.107 5**

**Nonpriority creditor's name and mailing address**

**Soren Madsen**
**2 Maple Lane**
**Canada, L9R 1L1**
**Alliston,, ON**

Date(s) debt was incurred __4/25/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

$139.15

---

**3.107 6**

**Nonpriority creditor's name and mailing address**

**Southern Ontario Auto Restore**
**108 Dairy Ave Unit 14**
**Canada, K7R4B3**
**Napanee,, ON**

Date(s) debt was incurred __12/19/2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

$169.51

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 156 of 179

Debtor    **Mini Mania Inc.**
_____
Name

Case number *(if known)*    24-22456 A-11

---

**3.107 7**

**Nonpriority creditor's name and mailing address**

**Southside British Cars**
**912 Lynn St**
**Danville,, VA 24541**

Date(s) debt was incurred   **5/10/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$110.06**

---

**3.107 8**

**Nonpriority creditor's name and mailing address**

**SPEED WAREHOUSE**
**Nat'l Performance Wrhse - A/R**
**3626 WEST PARKWAY BLVD**
**WEST VALLEY, UT 84120**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

**$306.66**

---

**3.107 9**

**Nonpriority creditor's name and mailing address**

**Spencer Trenery**
**1145 Park Ave**
**Emeryville,, CA 94608**

Date(s) debt was incurred   **1/26/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$85.11**

---

**3.108 0**

**Nonpriority creditor's name and mailing address**

**Sports Car Haven**
**1768 Bloom Rd**
**Danville,, PA 17821-8488**

Date(s) debt was incurred   **4/15/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$209.74**

---

**3.108 1**

**Nonpriority creditor's name and mailing address**

**Squire Motors**
**100 Mount Battie St**
**Camden,, ME 04843**

Date(s) debt was incurred   **5/20/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,047.84**

---

**3.108 2**

**Nonpriority creditor's name and mailing address**

**SSF IMPORTED AUTO PARTS**
**437 ROZZI PLACE**
**SOUTH SAN FRANCISCO, CA 94080**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

**$715.50**

---

**3.108 3**

**Nonpriority creditor's name and mailing address**

**St phane Larouche**
**438 Rue Paradis**
**Canada, J2J 1R9**
**Granby,, QC**

Date(s) debt was incurred   **5/20/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$238.85**

---

Debtor    **Mini Mania Inc.**
Name

Case number (if known)    24-22456 A-11

---

**3.108 4**

**Nonpriority creditor's name and mailing address**
**Stanley Cohen**
**400 Wythe St Apt 333**
**Alexandria,, VA 22314**

Date(s) debt was incurred **3/31/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$103.01**

---

**3.108 5**

**Nonpriority creditor's name and mailing address**
**Stanley Tweddle**
**593 Hunt Rd**
**Canada, V0E 2K2**
**Swansea Point,, BC**

Date(s) debt was incurred **5/20/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$635.61**

---

**3.108 6**

**Nonpriority creditor's name and mailing address**
**Stephane Dorais**
**808 Commerce Park Dr Unit 39494**
**Ogdensburg,, NY 13669-2208**

Date(s) debt was incurred **3/31/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$106.17**

---

**3.108 7**

**Nonpriority creditor's name and mailing address**
**Stephane Robert**
**220 Chemin Belanger**
**Canada, J1x 3w2**
**Canton De Stanstead,, QC**

Date(s) debt was incurred **4/30/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$188.02**

---

**3.108 8**

**Nonpriority creditor's name and mailing address**
**Stephen Ames**
**414 6th Ave**
**Belmar,, NJ 07719**

Date(s) debt was incurred **5/20/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$744.98**

---

**3.108 9**

**Nonpriority creditor's name and mailing address**
**Stephen Budai**
**217 1/2 Termino Ave**
**Long Beach,, CA 90803-6120**

Date(s) debt was incurred **3/7/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$29.74**

---

**3.109 0**

**Nonpriority creditor's name and mailing address**
**Stephen Darke**
**5378 Culloden St**
**Canada, V5W 3R6**
**Vancouver,, BC**

Date(s) debt was incurred **4/22/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$137.53**

---

Debtor    **Mini Mania Inc.**

Name

Case number (if known)    24-22456 A-11

---

**3.109**
**1**

**Nonpriority creditor's name and mailing address**

**Stephen Dilts**
**9282 Ashley Rd**
**Livonia,, NY 14487-9403**

Date(s) debt was incurred **5/20/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$86.69

---

**3.109**
**2**

**Nonpriority creditor's name and mailing address**

**Stephen Fisher**
**P O Box 998**
**Blue Lake,, CA 95525**

Date(s) debt was incurred **10/24/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$38.02

---

**3.109**
**3**

**Nonpriority creditor's name and mailing address**

**Stephen Grocher**
**429 East Prospect Ave.**
**Mount Vernon,, NY 10553**

Date(s) debt was incurred **2/13/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$111.11

---

**3.109**
**4**

**Nonpriority creditor's name and mailing address**

**Stephen Herzing**
**349 Kaul Ave**
**St. Mary S,, PA 15857**

Date(s) debt was incurred **5/14/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

$17.23

---

**3.109**
**5**

**Nonpriority creditor's name and mailing address**

**Stephen Jones**
**344 N 400 E**
**Kokomo,, IN 46901**

Date(s) debt was incurred **3/25/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$33.65

---

**3.109**
**6**

**Nonpriority creditor's name and mailing address**

**Stephen Myers**
**709 Airport Road**
**Ames,, IA 50010**

Date(s) debt was incurred **3/29/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$24.44

---

**3.109**
**7**

**Nonpriority creditor's name and mailing address**

**Stephen Spiak**
**629 Monroe Street Se**
**Albuquerque,, NM 87108**

Date(s) debt was incurred **7/11/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$222.99

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.1098**

Nonpriority creditor's name and mailing address

**Stephen Stanaland**
**2740 Mariah Dr**
**Melbourne,, FL 32940**

Date(s) debt was incurred **3/5/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$289.99**

---

**3.1099**

Nonpriority creditor's name and mailing address

**Stephen Valeski**
**101 Harrison Ave**
**Greenfield,, MA 01301**

Date(s) debt was incurred **5/18/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$324.40**

---

**3.1100**

Nonpriority creditor's name and mailing address

**Stevan Dupus**
**13016 S Cardiff St**
**Olathe,, KS 66062**

Date(s) debt was incurred **5/28/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$29.30**

---

**3.1101**

Nonpriority creditor's name and mailing address

**Steve Ainsworth**
**401 Se Main St Apt 4012**
**Minneapolis,, MN 55414-4609**

Date(s) debt was incurred **3/25/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$84.56**

---

**3.1102**

Nonpriority creditor's name and mailing address

**Steve Clegg**
**9640 Manion Court**
**Beaumont,, TX 77706**

Date(s) debt was incurred **11/30/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$198.10**

---

**3.1103**

Nonpriority creditor's name and mailing address

**Steve Collins**
**28 Debonair Way**
**Simpsonville,, SC 29681**

Date(s) debt was incurred **5/9/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$520.81**

---

**3.1104**

Nonpriority creditor's name and mailing address

**Steve Feldmann**
**2303 Mayfield Rd**
**Iowa City,, IA 52245-4815**

Date(s) debt was incurred **2/5/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$106.39**

---

Debtor **Mini Mania Inc.**                                     Case number (if known) **24-22456 A-11**
_____                       _____
Name

| 3.110 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.99 |

**Nonpriority creditor's name and mailing address**
**Steve Hedke**
**26821 Espuma Dr**
**Santa Clarita, CA 91350-2325**

Date(s) debt was incurred **2/16/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$36.99**

---

| 3.110 6 |

**Nonpriority creditor's name and mailing address**
**Steve Horn**
**1816 Hamilton Rd.**
**Pelham, AL 35124**

Date(s) debt was incurred **2/5/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$65.00**

---

| 3.110 7 |

**Nonpriority creditor's name and mailing address**
**Steve Kilduff**
**3735 Se Lambert St**
**Portland, OR 97202**

Date(s) debt was incurred **11/16/2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$61.10**

---

| 3.110 8 |

**Nonpriority creditor's name and mailing address**
**Steve Saarela**
**5801 Highway 194**
**Hermantown, MN 55811-9660**

Date(s) debt was incurred **3/15/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$72.60**

---

| 3.110 9 |

**Nonpriority creditor's name and mailing address**
**Steve Witte**
**1946 Grove St Apt 1**
**San Francisco, CA 94117-1149**

Date(s) debt was incurred **4/1/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$41.33**

---

| 3.111 0 |

**Nonpriority creditor's name and mailing address**
**Steve Yarborough**
**9510 Passa Tempo Dr**
**Reno, NV 89511**

Date(s) debt was incurred **2/28/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

| 3.111 1 |

**Nonpriority creditor's name and mailing address**
**Steven Anderson**
**2000 S Colorado St**
**Lockhart, TX 78644-3951**

Date(s) debt was incurred **2/19/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$6.37**

---

Debtor  **Mini Mania Inc.**
_____
Name

Case number (if known)  **24-22456 A-11**
_____

| 3.111 2 | **Nonpriority creditor's name and mailing address** | | $34.92 |
|---|---|---|---|

**Steven Coopwood**
**11312 Mesa Verde Pl**
**Parker,, CO 80138-3010**

Date(s) debt was incurred  **5/16/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.111 3 | **Nonpriority creditor's name and mailing address** | | $541.01 |
|---|---|---|---|

**Steven Curtis**
**74 Chervil Cmn**
**Lake Jackson,, TX 77566-5663**

Date(s) debt was incurred  **12/15/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.111 4 | **Nonpriority creditor's name and mailing address** | | $31.90 |
|---|---|---|---|

**Steven Gabarro**
**747 Mainsail Ln**
**Secaucus,, NJ 07094-2230**

Date(s) debt was incurred  **4/11/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.111 5 | **Nonpriority creditor's name and mailing address** | | $105.05 |
|---|---|---|---|

**Steven Gehalo**
**340 Clancey Circle**
**Margate,, FL 33068**

Date(s) debt was incurred  **2/19/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.111 6 | **Nonpriority creditor's name and mailing address** | | $130.27 |
|---|---|---|---|

**Steven Taylor**
**21570 Sw Rankin Ct**
**Aloha,, OR 97003-7038**

Date(s) debt was incurred  **4/5/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.111 7 | **Nonpriority creditor's name and mailing address** | | $0.60 |
|---|---|---|---|

**Steven Woehrmann**
**4393 Us Highway 35 N**
**Richmond,, IN 47374**

Date(s) debt was incurred  **2/27/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.111 8 | **Nonpriority creditor's name and mailing address** | | $76.22 |
|---|---|---|---|

**Stoffregen Motorsports**
**3600 Way Back Rd**
**Cool,, CA 95614-9408**

Date(s) debt was incurred  **4/22/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Mini Mania Inc.**
Name

Case number *(if known)*   24-22456 A-11

---

**3.111 9**

**Nonpriority creditor's name and mailing address**

**Superior Auto Service**
**Unit B #79 Bassett Street**
**Australia**
**Sydney,   02103**

**Date(s) debt was incurred**   **4/16/2024**

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$955.35**

---

**3.112 0**

**Nonpriority creditor's name and mailing address**

**Surfacing Solution**
**20933 Jamestown Ave**
**Lakeville,, MN 55044-8693**

**Date(s) debt was incurred**   **4/16/2024**

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$149.92**

---

**3.112 1**

**Nonpriority creditor's name and mailing address**

**Susan Barton**
**21 Maple Ln**
**Ancramdale,, NY 12503-5228**

**Date(s) debt was incurred**   **11/22/2023**

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$344.61**

---

**3.112 2**

**Nonpriority creditor's name and mailing address**

**Susan Cox**
**3765 Winthrop Dr Apt 2203**
**Lexington,, KY 40514**

**Date(s) debt was incurred**   **5/1/2024**

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$75.75**

---

**3.112 3**

**Nonpriority creditor's name and mailing address**

**Susan Hamilton**
**60 Avondale Ave**
**Redwood City,, CA 94062-1709**

**Date(s) debt was incurred**   **5/25/2024**

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$349.31**

---

**3.112 4**

**Nonpriority creditor's name and mailing address**

**Susan Tart**
**5508 Solomons Seal Court**
**Holly Springs,, NC 27540**

**Date(s) debt was incurred**   **5/28/2024**

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$40.73**

---

**3.112 5**

**Nonpriority creditor's name and mailing address**

**Tami Swanson**
**11340 Lanewood Cir**
**Dallas,, TX 75218-1909**

**Date(s) debt was incurred**   **4/11/2024**

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$33.65**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.112 6**

**Nonpriority creditor's name and mailing address**
**Tan Poh Meng**
**452 Jurong West St 42 #11-164**
**Singapore, 640452**
**Singapore,**

Date(s) debt was incurred **3/22/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$238.67

---

**3.112 7**

**Nonpriority creditor's name and mailing address**
**Tb Auto**
**1000 Erie Drive**
**Buffalo,, WY 82834**

Date(s) debt was incurred **3/27/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$81.10

---

**3.112 8**

**Nonpriority creditor's name and mailing address**
**Teodor Petrov**
**28161 Casitas Ct**
**Laguna Niguel,, CA 92677**

Date(s) debt was incurred **4/18/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$230.33

---

**3.112 9**

**Nonpriority creditor's name and mailing address**
**Teresa Ridley**
**1012 John St**
**Sault Sainte Marie,, MI 49783**

Date(s) debt was incurred **3/14/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$21.10

---

**3.113 0**

**Nonpriority creditor's name and mailing address**
**Terrell Schuh**
**PO Box 283**
**Wilton,, ND 58579**

Date(s) debt was incurred **3/7/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$27.28

---

**3.113 1**

**Nonpriority creditor's name and mailing address**
**Terry Bonnell**
**7 Claudia Crt**
**Canada, P3A 4C1**
**Sudbury,, ON**

Date(s) debt was incurred **4/16/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$67.18

---

**3.113 2**

**Nonpriority creditor's name and mailing address**
**Terry L Kalp**
**326 W 3Rd St**
**Valley Center,, KS 67147-2527**

Date(s) debt was incurred **6/2/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$68.99

---

Debtor   **Mini Mania Inc.**
Name

Case number (if known)   24-22456 A-11

---

**3.113 3**

Nonpriority creditor's name and mailing address

**Test Buyer**
**1 Main St**
**San Jose,, CA 95131**

Date(s) debt was incurred  1/18/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$33.20

---

**3.113 4**

Nonpriority creditor's name and mailing address

**Thanakharn Kotkhumlue**
**141/1 Moo 7 Padad Mueang**
**Thailand**
**Chiang Mai,  50200**

Date(s) debt was incurred  4/19/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$1,854.15

---

**3.113 5**

Nonpriority creditor's name and mailing address

**The Challenge Printing Co**
**2 Bridewell Pl**
**Clifton,, NJ 07014**

Date(s) debt was incurred  4/28/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$33.35

---

**3.113 6**

Nonpriority creditor's name and mailing address

**Thomas Basile**
**5140 Bridgemore Blvd**
**Murfreesboro,, TN 37129-2881**

Date(s) debt was incurred  4/18/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

$81.86

---

**3.113 7**

Nonpriority creditor's name and mailing address

**Thomas Frank**
**127 Hastings Pl**
**Syracuse,, NY 13206-3242**

Date(s) debt was incurred  5/21/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$51.40

---

**3.113 8**

Nonpriority creditor's name and mailing address

**Thomas Johnson**
**18 Douglas Rd**
**Glen Austin Ah**
**South Africa**
**Midrand,  01685**

Date(s) debt was incurred  4/9/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$1,179.17

---

**3.113 9**

Nonpriority creditor's name and mailing address

**Thomas Mcmurry**
**2126 Bridgegate Ct**
**Westlake Village,, CA 91361**

Date(s) debt was incurred  4/16/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$33.60

---

Debtor    **Mini Mania Inc.**                          Case number (if known)    24-22456 A-11
_____
Name

| 3.114 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$183.71** |

**Thomas Reimel**
**6 50th St Apt 2**
**Weehawken, NJ 07086-7291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/13/2024

**Basis for the claim:**  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30.95** |

**Thomas Renshaw**
**58 Hilton Ave**
**Woods Hole,, MA 02543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/6/2023

**Basis for the claim:**  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$116.94** |

**Thomas Ward**
**176 Savannah Ln**
**Richmond Hill,, GA 31324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/15/2024

**Basis for the claim:**  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$31.25** |

**Thomas Webb**
**609 Ryan Way**
**Crystal Lake,, IL 60012-3380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/10/2024

**Basis for the claim:**  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23.05** |

**Thomas Woolsey**
**603 S Fir Ave**
**Inglewood,, CA 90301-3229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/11/2024

**Basis for the claim:**  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$180.06** |

**Thomas Worden**
**101 Radcliffe Rd**
**Rochester,, NY 14617-2713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/18/2024

**Basis for the claim:**  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$193.13** |

**Tim Taylor**
**561 5th Street**
**Lewisport,, KY 42351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/14/2024

**Basis for the claim:**  **Customer Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.114 7**

**Nonpriority creditor's name and mailing address**

**Timmothy Lessley**
**1984 Hokulei Pl**
**Lihue, HI 96766-8975**

Date(s) debt was incurred **5/13/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$411.16**

---

**3.114 8**

**Nonpriority creditor's name and mailing address**

**Timothy Doherty**
**20 Baker Ln**
**Goleta,, CA 93117**

Date(s) debt was incurred **12/28/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$28.80**

---

**3.114 9**

**Nonpriority creditor's name and mailing address**

**Todd Hampton**
**2853 Dunsmuir Dr**
**Navarre,, FL 32566-8049**

Date(s) debt was incurred **5/10/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$101.42**

---

**3.115 0**

**Nonpriority creditor's name and mailing address**

**Todd Heilicher**
**320 Dakota Av S**
**Golden Valley,, MN 55416**

Date(s) debt was incurred **4/2/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$46.88**

---

**3.115 1**

**Nonpriority creditor's name and mailing address**

**Todd Miller**
**125-34408 Range Road 41**
**Canada, T0M 0K0**
**Red Deer County,, AB**

Date(s) debt was incurred **10/16/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$55.15**

---

**3.115 2**

**Nonpriority creditor's name and mailing address**

**Todd Rasmussen**
**25924B E Us Hwy 64**
**Taos,, NM 87571-7100**

Date(s) debt was incurred **3/12/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$57.43**

---

**3.115 3**

**Nonpriority creditor's name and mailing address**

**Todd Wells**
**3086 S. Abingdon St.**
**Arlington,, VA 22206**

Date(s) debt was incurred **3/23/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$55.07**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.115 4**

**Nonpriority creditor's name and mailing address**
**Todocargo**
**8430 Nw 68th St**
**Miami,, FL 33166**

Date(s) debt was incurred  **4/28/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$36.03

---

**3.115 5**

**Nonpriority creditor's name and mailing address**
**Tom Locklear**
**7500 Martel Rd**
**Lenoir City,, TN 37772-6034**

Date(s) debt was incurred  **3/13/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$175.82

---

**3.115 6**

**Nonpriority creditor's name and mailing address**
**Tom O'Brien**
**15203 Juniper Peak Rd**
**Weed,, CA 96094-9468**

Date(s) debt was incurred  **3/18/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

$212.30

---

**3.115 7**

**Nonpriority creditor's name and mailing address**
**Tom Start**
**7987 Verona Dr Sw**
**Byron Center,, MI 49315**

Date(s) debt was incurred  **5/16/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

$399.90

---

**3.115 8**

**Nonpriority creditor's name and mailing address**
**Tom Tuohy**
**27601 Kornegay Rd**
**San Benito,, TX 78586-7584**

Date(s) debt was incurred  **5/16/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

$37.95

---

**3.115 9**

**Nonpriority creditor's name and mailing address**
**Tony Alafouzos**
**3506 Teal Ct**
**Eau Claire,, WI 54701**

Date(s) debt was incurred  **12/8/2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$420.85

---

**3.116 0**

**Nonpriority creditor's name and mailing address**
**Tony Campitelli**
**407 Main Street**
**Po Box 362**
**Oley,, PA 19547**

Date(s) debt was incurred  **12/14/2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$17.23

---

Debtor   **Mini Mania Inc.**
_____
Name

Case number (*if known*)   24-22456 A-11
_____

---

| 3.116 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $69.16 |

**Tony Lipari**
**PO Box 12225**
**Parkville,, MO 64152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/19/2023

Last 4 digits of account number  _

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.116 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $251.24 |

**Toyota Tmmk**
**709 S Hamilton St**
**Georgetown,, KY 40324-1503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/12/2024

Last 4 digits of account number  _

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.116 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $228.93 |

**Tracy Yablonski**
**PO Box 19**
**Canada, R0C 1Z0**
**Malonton,, MB**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/11/2024

Last 4 digits of account number  _

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.116 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $97.89 |

**Travis Gowing**
**6 Westvale Rd**
**Medford,, MA 02155-2525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/13/2024

Last 4 digits of account number  _

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.116 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27.12 |

**Travis Schweger**
**1935 Dunlap Rd**
**Council Grove,, KS 66846-8338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/3/2024

Last 4 digits of account number  _

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.116 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $135.67 |

**Trinity Petroleum Services**
**63 Magellan Cct**
**Australia**
**Urraween,  04655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/6/2024

Last 4 digits of account number  _

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.116 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $142.93 |

**Troy Lowrey**
**U 9/142 South Tce**
**Australia**
**Fremantle,, WA 06160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/20/2023

Last 4 digits of account number  _

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.116 8**

**Nonpriority creditor's name and mailing address**

**Troy Mccabe
7290 Cherry Ave
Jenison,, MI 49428**

Date(s) debt was incurred  5/22/2024

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$214.67**

---

**3.116 9**

**Nonpriority creditor's name and mailing address**

**Troy Reid
18A Cloverfield Lane
Horotui
New Zealand
Hamilton Horsham Downs,   03281**

Date(s) debt was incurred  4/4/2024

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,128.25**

---

**3.117 0**

**Nonpriority creditor's name and mailing address**

**Trygve Faste
300 E 36th Ave
Eugene,, OR 97405-4750**

Date(s) debt was incurred  4/17/2024

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$19.62**

---

**3.117 1**

**Nonpriority creditor's name and mailing address**

**Tuencomienda
2505 Nw 72Nd Ave Suite A
Apt 207N
Miami,, FL 33122**

Date(s) debt was incurred  2/26/2024

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,473.28**

---

**3.117 2**

**Nonpriority creditor's name and mailing address**

**TURNER MOTORSPORT
16 SO HUNT RD
AMESBURY, MA 01913**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

**$211.11**

---

**3.117 3**

**Nonpriority creditor's name and mailing address**

**Tweaks Performance Inc
218 Evans Ave
Canada, M8Z 1J8
Etobicoke,, ON**

Date(s) debt was incurred  2/20/2024

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$75.30**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.117 4**

**Nonpriority creditor's name and mailing address**

**Tyler Hicks-Wright**
**1960 Wabash St**
**Denver,, CO 80220**

Date(s) debt was incurred  **4/22/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$188.13**

---

**3.117 5**

**Nonpriority creditor's name and mailing address**

**ULINE**
**PO Box 88741**
**CHICAGO, IL 60680-1741**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

**$5,346.16**

---

**3.117 6**

**Nonpriority creditor's name and mailing address**

**Underway Llc**
**29772 Clear Lake Rd**
**Eugene,, OR 97402**

Date(s) debt was incurred  **4/2/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$75.21**

---

**3.117 7**

**Nonpriority creditor's name and mailing address**

**Unishippers**
**901 Sunrise Avenue**
**Suite B1**
**ROSEVILLE, CA 95661-4521**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset? ■ No ☐ Yes

**$1,317.76**

---

**3.117 8**

**Nonpriority creditor's name and mailing address**

**Valerie Jack**
**535 Locust St**
**Kittanning,, PA 16201**

Date(s) debt was incurred  **2/22/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$225.15**

---

**3.117 9**

**Nonpriority creditor's name and mailing address**

**Vera Grobes**
**Rhs Door W/Wreath**
**6327 N 8Th St #2C**
**Philadelphia,, PA 19126**

Date(s) debt was incurred  **4/11/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$69.36**

---

**3.118 0**

**Nonpriority creditor's name and mailing address**

**Veronica Martinez**
**8125 La Almendra Way**
**Sacramento,, CA 95823**

Date(s) debt was incurred  **5/2/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$126.27**

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.118 1**

**Nonpriority creditor's name and mailing address**

**Victor Garcia**
**6 Elda Ct**
**Brownsville,, TX 78521**

Date(s) debt was incurred **5/2/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$56.81**

---

**3.118 2**

**Nonpriority creditor's name and mailing address**

**Victor Longoria**
**274 Randall Dr**
**Carrollton,, GA 30117**

Date(s) debt was incurred **3/26/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$52.54**

---

**3.118 3**

**Nonpriority creditor's name and mailing address**

**Victor Scavarda**
**1081 Talus Drive**
**Sequim,, WA 98382**

Date(s) debt was incurred **2/12/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$92.04**

---

**3.118 4**

**Nonpriority creditor's name and mailing address**

**Victor Schaesferkoeper**
**14190 County Road 4110**
**Rolla,, MO 65401**

Date(s) debt was incurred **5/8/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$36.35**

---

**3.118 5**

**Nonpriority creditor's name and mailing address**

**VIKING CLOUD INC**
**DEPT CH 17101**
**PALATINE, IL 60055-7101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Services.**

Is the claim subject to offset? ☒ No ☐ Yes

**$228.94**

---

**3.118 6**

**Nonpriority creditor's name and mailing address**

**Vincent Maniscalco**
**231 Canterberry Dr**
**New Braunfels,, TX 78132**

Date(s) debt was incurred **5/28/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$309.99**

---

**3.118 7**

**Nonpriority creditor's name and mailing address**

**Vincent Wieczorek**
**1520 Fox Creek Rd**
**Stroudsburg,, PA 18360-7969**

Date(s) debt was incurred **5/28/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$325.05**

---

Debtor  **Mini Mania Inc.**

Name

Case number (if known)   24-22456 A-11

---

**3.118**
**8**

**Nonpriority creditor's name and mailing address**

**Violeta Jore**
**3147 Vamana Street**
**Pomona,, CA 91767**

Date(s) debt was incurred  **3/29/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$843.83

---

**3.118**
**9**

**Nonpriority creditor's name and mailing address**

**Vivi Badillo**
**618 South St**
**Glendale,, CA 91202**

Date(s) debt was incurred  **6/3/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$74.05

---

**3.119**
**0**

**Nonpriority creditor's name and mailing address**

**Wade Wilkinson**
**220 South 11th**
**Livingston,, MT 59047-2930**

Date(s) debt was incurred  **7/18/2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$32.48

---

**3.119**
**1**

**Nonpriority creditor's name and mailing address**

**Walt Nagy**
**1146 N Wide Open Trl**
**Prescott Valley,, AZ 86314-1449**

Date(s) debt was incurred  **4/2/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$141.30

---

**3.119**
**2**

**Nonpriority creditor's name and mailing address**

**WANDERLOST OVERLAND**
**2328 RANDOLPH ST**
**MARK & MERRI MORRALL**
**CALEDONIA, IL 61011**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Services.**

Is the claim subject to offset?  ■ No  ☐ Yes

$220.00

---

**3.119**
**3**

**Nonpriority creditor's name and mailing address**

**WASTE MANAGEMENT OF NEVADA COUNTY**
**PO Box 541065**
**LOS ANGELES, CA 90054-1065**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility service provider.**

Is the claim subject to offset?  ■ No  ☐ Yes

$954.51

---

**3.119**
**4**

**Nonpriority creditor's name and mailing address**

**Way Fong Llc**
**57-29 49th St**
**Maspeth,, NY 11378**

Date(s) debt was incurred  **4/26/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$75.19

---

| Debtor | **Mini Mania Inc.** | Case number *(if known)* | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.119
5**

**Nonpriority creditor's name and mailing address**

**Wayne Bowman**
**302 19th St**
**Huntington Beach,, CA 92648**

**Date(s) debt was incurred  4/21/2024**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$187.59

---

**3.119
6**

**Nonpriority creditor's name and mailing address**

**Wayne Eltringham**
**9201 Shearer St**
**Rowlett,, TX 75088**

**Date(s) debt was incurred  5/3/2024**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$92.84

---

**3.119
7**

**Nonpriority creditor's name and mailing address**

**Wells, Adam**
**12326 8th Ave Nw**
**Grand Rapids,, MI 49534-6817**

**Date(s) debt was incurred  3/7/2024**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$52.61

---

**3.119
8**

**Nonpriority creditor's name and mailing address**

**Wes Kimmey**
**10167 Westside Cir**
**Littleton,, CO 80125-8991**

**Date(s) debt was incurred  5/25/2024**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$48.89

---

**3.119
9**

**Nonpriority creditor's name and mailing address**

**Wesley Easly**
**920 Saint James St**
**Pittsburgh,, PA 15232**

**Date(s) debt was incurred  3/20/2024**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$27.84

---

**3.120
0**

**Nonpriority creditor's name and mailing address**

**Wesley Tsai**
**1047 N Barston Ave**
**Covina,, CA 91724**

**Date(s) debt was incurred  4/9/2024**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$1,065.09

---

**3.120
1**

**Nonpriority creditor's name and mailing address**

**WH Motors**
**Hortonwood 10, Unit C4**
**TF1 4ES**
**Telford, Shropshire**
**United Kingdom**

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$512.40

---

Debtor   **Mini Mania Inc.**
_____
Name

Case number (if known)   24-22456 A-11
_____

---

**3.120 2**

**Nonpriority creditor's name and mailing address**

**Wilfredo Martinez**
**Urb Savannah Real**
**56 Paseo Real**
**San Lorenzo,, PR 00754-3064**

Date(s) debt was incurred   **4/26/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

$129.70

---

**3.120 3**

**Nonpriority creditor's name and mailing address**

**Will Harmon**
**721 S Lake Dr**
**Lexington,, SC 29072-3432**

Date(s) debt was incurred   **3/29/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

$26.83

---

**3.120 4**

**Nonpriority creditor's name and mailing address**

**Will Vasser**
**1076 Shirley Oaks St**
**Columbus,, TX 78934-3203**

Date(s) debt was incurred   **3/26/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

$29.82

---

**3.120 5**

**Nonpriority creditor's name and mailing address**

**William Carter**
**18949 Harris Ave Ne**
**Suquamish,, WA 98392**

Date(s) debt was incurred   **1/9/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

$63.92

---

**3.120 6**

**Nonpriority creditor's name and mailing address**

**William Ellis**
**23 Oakencroft Rd**
**Wellesley,, MA 02482**

Date(s) debt was incurred   **5/31/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

$179.98

---

**3.120 7**

**Nonpriority creditor's name and mailing address**

**William Goyette**
**44 Victoria Drive**
**Pittsboro,, NC 27312**

Date(s) debt was incurred   **1/4/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

$301.21

---

**3.120 8**

**Nonpriority creditor's name and mailing address**

**William Hill**
**2452 Sand Run Pkwy**
**Fairlawn,, OH 44333-3843**

Date(s) debt was incurred   **3/27/2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

$36.57

---

| Debtor | **Mini Mania Inc.** | Case number (if known) | 24-22456 A-11 |
|---|---|---|---|
| | Name | | |

---

**3.120 9**

**Nonpriority creditor's name and mailing address**

**William Lake**
**1 East Pasture Place**
**Aquinnah,, MA 02535-1419**

Date(s) debt was incurred  **4/22/2024**

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$34.52**

---

**3.121 0**

**Nonpriority creditor's name and mailing address**

**William Longyard**
**2913 Bradenton Dr**
**Winston Salem,, NC 27103-5706**

Date(s) debt was incurred  **5/14/2024**

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$50.27**

---

**3.121 1**

**Nonpriority creditor's name and mailing address**

**William Moine**
**6611 Greenwich Rd PO Box 509**
**Westfield Center,, OH 44251**

Date(s) debt was incurred  **5/6/2024**

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$128.63**

---

**3.121 2**

**Nonpriority creditor's name and mailing address**

**William Myers**
**11381 Lampson Ave.**
**Garden Grove,, CA 92840**

Date(s) debt was incurred  **12/29/2023**

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$20.26**

---

**3.121 3**

**Nonpriority creditor's name and mailing address**

**William Porter**
**49 Azalea Way**
**Belchertown,, MA 01007**

Date(s) debt was incurred  **5/22/2024**

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

**$37.95**

---

**3.121 4**

**Nonpriority creditor's name and mailing address**

**William Soule**
**400 North Road**
**Windsor,, NY 13865**

Date(s) debt was incurred  **3/19/2024**

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$36.29**

---

**3.121 5**

**Nonpriority creditor's name and mailing address**

**William Vali**
**206 Briarwood Cir**
**Denton,, MD 21629**

Date(s) debt was incurred  **5/5/2024**

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$55.96**

---

Debtor     **Mini Mania Inc.**
           _____
           Name

Case number (if known)     24-22456 A-11

---

| 3.121 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $80.70 |

**William Whitman**
**637 Hickory Valley Rd**
**Stroudsburg,, PA 18360-9454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2/2023**

Last 4 digits of account number __

**Basis for the claim:   Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $352.26 |

**Wong Cham Pong**
**Room 1912 19/F Choi Kiu House**
**Choi Hing Court**
**Hong Kong**
**Kowloon Bay,**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2/2024**

Last 4 digits of account number __

**Basis for the claim:   Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9.05 |

**Wyatt Fishel**
**9770 Cunningham Ln**
**Traverse City,, MI 49685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/18/2023**

Last 4 digits of account number __

**Basis for the claim:   Customer Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $82.23 |

**Wyld West Repair**
**72 Road 3Kd**
**Meeteetse,, WY 82433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/25/2024**

Last 4 digits of account number __

**Basis for the claim:   Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $302.92 |

**Yaroslav Petrovskiy**
**6915 47th St W**
**University Place,, WA 98466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/5/2024**

Last 4 digits of account number __

**Basis for the claim:   Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $197.67 |

**Yench Properties**
**8925 N Tennyson Dr**
**Bayside,, WI 53217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/28/2024**

Last 4 digits of account number __

**Basis for the claim:   Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $221.59 |

**Yizhen Cai**
**24182 Rue De Gauguin**
**Laguna Niguel,, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/12/2023**

Last 4 digits of account number __

**Basis for the claim:   Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Mini Mania Inc.**
_____
Name

Case number (if known)   24-22456 A-11
_____

| 3.122 | | |
|---|---|---|
| 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.      **$233.52** |

**Zo Brady**
**27 White Oak Rd**
**Landenberg,, PA 19350-1027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **5/13/2024**

Last 4 digits of account number   _ _

**Basis for the claim:**   **Customer Deposit**

Is the claim subject to offset?   ■ No   ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express Lending aka Kabbage** **Attn: Legal Department** **3370 N. Hayden Rd #123 PMB 681** **Scottsdale, AZ 85251** | Line **3.51** <br> ☐ Not listed. Explain ___ | _ |
| 4.2 | **Bank of America Corporate Center** **Attn: President, CEO, Officer** **100 North Tyron St** **Charlotte, NC 28255** | Line **3.98** <br> ☐ Not listed. Explain ___ | _ |
| 4.3 | **Bueau of Automotive Repair** **Attn: Legal Department** **10949 N Mather Blvd** **Rancho Cordova, CA 95670** | Line **2.1** <br> ☐ Not listed. Explain ___ | _ |
| 4.4 | **California Dept of Tax & Fee Admin** **450 N St MIC:56** **Sacramento, CA 95814** | Line **2.2** <br> ☐ Not listed. Explain ___ | _ |
| 4.5 | **California Dept of Tax & Fee Admin** **Acct Info Group MIC: 29** **PO Box 942879** **Sacramento, CA 94279-0029** | Line **2.2** <br> ☐ Not listed. Explain ___ | _ |
| 4.6 | **CT Corporation System As Rep** **Attn: SPRS, Discover Financial Services** **330 N Brand Blvd Ste 700** **Glendale, CA 91203** | Line **3.331** <br> ☐ Not listed. Explain ___ | _ |
| 4.7 | **Discover Financial Services** **Attn: Legal Subpoena Processing** **2500 Lake Cook Rd** **Deerfield, IL 60015** | Line **3.331** <br> ☐ Not listed. Explain ___ | _ |
| 4.8 | **Employment Development Department** **PO Box 826215 MIC3A** **Sacramento, CA 94230-6215** | Line **2.3** <br> ☐ Not listed. Explain ___ | _ |
| 4.9 | **Foley & Lardner LLP** **90 Park Ave** **New York, NY 10016** | Line **3.130** <br> ☐ Not listed. Explain ___ | _ |

| Debtor | **Mini Mania Inc.** | | Case number (if known) | 24-22456 A-11 |
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | **JPMorgan Chase Bank NA**<br>**Attn: President, CEO, Officer**<br>**1111 Polaris Pkwy**<br>**Columbus, OH 43240** | Line **3.644**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Paypal Inc.**<br>**Attn: Legal Department**<br>**PO Box 45950**<br>**Omaha, NE 68145-0950** | Line **3.130**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Swift Financial, LLC**<br>**3505 Silverside Rd**<br>**Wilmington, DE 19810** | Line **3.130**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Waste Management**<br>**800 Capitol St Ste 3000**<br>**Houston, TX 77002** | Line **3.1193**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 8,773.76 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,081,739.96 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **3,090,513.72** |